# EXHIBIT 1

Case 2:11-cv-00432-DGC   Document 89-1   Filed 04/10/11   Page 1 of 5



March 8, 2011

<u>VIA E-MAIL & OVERNIGHT COURIER</u>

Mr. Ryan K. Wuerch
Motricity, Inc.
601 108th Avenue, NE
Suite 900
Bellevue, Washington  98004

**Re:     Termination of Short Codes, Customer Refunds and Breach of Agreement**

Dear Mr. Wuerch:

We are writing to notify you of a disturbing and unacceptable situation involving improper activity by content providers associated with Motricity.

Yesterday, Verizon Wireless filed a complaint in the United States District Court for the District of Arizona seeking injunctive relief and damages against these content providers and the individuals associated with them for perpetrating a massive fraud scheme involving dozens of premium messaging campaigns and short codes.  The lead defendants are Jason Hope, Wayne Destefano, Quinn McCullough, Christa Stephens, Steve Uhrman, Janet O'Meara, Cylon LLC, Eye Level Holdings LLC and Jawa LLC (along with many related entities that we have been able to identify so far).  The complaint demonstrates that the defendants employed sophisticated techniques, including the use of cloaking software and a large web of shell companies, to frustrate the efforts of Verizon Wireless and its auditor, Aegis Mobile, to discover its fraudulent scheme.  A copy of the complaint is attached.

Pursuant to the Advanced Messaging Agreement for Marketing Messaging Hubs between Motricity and Verizon Wireless (the "Agreement"), we demand that Motricity undertake the following steps associated with this situation.

First, all message campaigns associated in any way with any of the defendants must be terminated immediately.  A list of the short codes that we have been able to identify so far as associated with the defendants and active with Motricity is set out below.

VZW00000762

By the end of day tomorrow (i.e., March 9, 2011), Motricity must prevent all customers of Verizon Wireless from opting in to the messaging campaigns run on these short codes, and all marketing efforts aimed at getting customers to opt in to the campaigns must stop. Additionally, by the end of the day tomorrow, all customers of Verizon Wireless currently opted in to any of the campaigns must be opted out from the campaigns, and those customers must be provided with a free text message notifying them of the opt out. Motricity then must terminate all of the short codes on its platform to ensure that all messaging and premium charges are stopped, and it must notify Verizon Wireless in writing once this termination is completed. Further, within 10 days of receipt of this letter, Motricity must provide a refund to all customers opted in to the campaigns for any premium charges assessed those customers in the 30 day period immediately preceding the opt out. Motricity must provide Verizon Wireless with written notice once the refunds are completed.

Second, Verizon Wireless expects Motricity to cooperate fully with it in the ongoing investigation of this situation and to voluntarily, and proactively, provide any information that it thinks might be relevant. This includes providing any relevant information you have about the defendants and the campaigns they have run (e.g., a list of all campaigns and short codes connected to the defendants, correspondence with the defendants that relate to the matters addressed in the complaint or concerns Motricity may have had regarding the campaigns being run by defendants, etc.).

Third, Motricity must not allow any of the defendants listed in the complaint, or anyone else subsequently identified by Verizon Wireless as associated with the activity described in the complaint, to ever again submit a request to Verizon Wireless to run a messaging campaign (unless specifically authorized by Verizon Wireless in writing).

Fourth, Motricity must accept responsibility for the costs that Verizon Wireless will incur in connection with these improper messaging campaigns that the defendants have been running through Motricity. Effective today, Verizon Wireless has established a web site where customers who believe they were charged improperly as a result of the scam outlined in the complaint can go to obtain refunds. In the coming days and weeks, Verizon Wireless will send notices to affected customers to make them aware of the web site and refund process. Many of the refunds issued by Verizon Wireless involving campaigns run through Motricity will flow back to Motricity following existing processes. To the extent any refunds are issued by Verizon Wireless outside of these processes, we expect that Motricity will cover the costs of those refunds as well. Moreover, we expect Motricity to reimburse us for its proportionate share of other costs that we incur in connection with this investigation, including, but not limited to, our outside counsel costs.

Fifth, this is to notify you that, effectively immediately, Verizon Wireless will withhold payment to Motricity on any charges associated with the short codes listed below. To the extent Motricity has submitted any invoices that have not yet been paid, please be advised that Verizon Wireless will not pay those invoices until Motricity resubmits them after removing any such charges. Going forward, please remove such charges from invoices before sending them to Verizon Wireless.

VZW00000763

Finally, we insist that Motricity provide us a complete explanation of how this fraud was allowed to occur and what steps Motricity plans to undertake to ensure that such a thing can never happen again.

Under the Agreement, Motricity is responsible for the messaging campaigns it manages, and it is responsible for ensuring that the campaigns comply with Verizon Wireless, as well as industry, standards. As you can see from the complaint, many of the campaigns run by the defendants, including those run through Motricity, violated these standards and were intentionally designed to deceive consumers. While Verizon Wireless is pursuing those that actually perpetrated the fraud in the complaint, it is important to note that Motricity ultimately is responsible under the Agreement. Motricity's failure to detect this activity, or to figure out that the entitles it was paying and with which it was doing business were engaged in a massive fraud scheme, is inexcusable and a breach of the Agreement. Verizon Wireless reserves all rights and remedies it has under the Agreement, and at law, in connection with this situation.

We will be setting up a meeting in the near future to discuss this situation with you. Thank you in advance for your full and immediate cooperation in response to this situation.

Sincerely,

Dave Burmester
Verizon Wireless

cc: Nichole Lemieux

Attachment

VZW00000764

## Short Codes

| |
|---|
| 21344 |
| 27449 |
| 32941 |
| 33849 |
| 35182 |
| 38254 |
| 44811 |
| 46327 |
| 47553 |
| 50920 |
| 50920 |
| 51062 |
| 51368 |
| 57370 |
| 59252 |
| 60339 |
| 61266 |
| 62478 |
| 64219 |
| 65108 |
| 65500 |
| 70877 |
| 72078 |
| 74034 |
| 74332 |
| 76426 |
| 81946 |
| 85797 |
| 96666 |
| 96835 |
| 97688 |
| 99796 |

VZW00000765