# EXHIBIT 2

**From:** Robert Alpert [mailto:robert@danro.com]
**Sent:** Sunday, May 16, 2010 9:28 AM
**To:** wayne@cyloncorp.com; wayne@cyloncorp.com
**Subject:** Your self-destructive foolishness

I just returned from Texas and learned that your process server threw papers at Falan in my driveway frightening her as she was being driven to school. This, of course, is defective service and Falan at 10 years of age is not a party. I'll deal with this in the appropriate forum.

I offered to arbitrate your and James Investment's issues. The harsh glare of litigation is going to end up destroying you, your family's financial security and is going to have VERY serious adverse ramifications on a lot of people related to Eye Level Holdings. Apparently you have forgotten there will be a substantial and complex counterclaim. You will be creating a very adverse and damaging public record. I am certain you have not told your attorneys the whole story.

If I have to fight you in court I will use every available resource to prevail and you will ruin all that you have accomplished. Think about it. If you don't agree to go to arbitration within 10 days I will not agree to do so in the future and it will prove to be the worst decision of your life.