IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>        Plaintiff,<br><br>vs.<br><br>Jason Hope, et al.,<br><br>        Defendants. | No. CV11-432-PHX-DGC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

This matter came before the Court pursuant to the Defendants' Motion to Dismiss Plaintiffs' Complaint, filed April 1, 2011 (Doc. #77).

The Court finds that all parties were given proper and timely notice of the Motion to Dismiss.

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon") has asserted five causes of action against Defendants: Two claims based on violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962(a),(c), & (d), by committing mail fraud and wire fraud; one count alleging violation of the Arizona Consumer Fraud Act, A.R.S. Sec. 44-1522 (the "ACFA"); one allegation of tortious interference by Defendants with Verizon's contracts with its wireless customers; and one count of unjust enrichment by Defendants.

By their Motion, Defendants request that the Court dismiss all of Verizon's claims pursuant to Federal Rule of Civil Procedure 12(b)(1), for lack of jurisdiction, and pursuant to Rule 12(b)(6), for failure to state a claim upon which relief may be granted.

The Court finds the Defendants Motion should be, and it hereby is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Verizon's RICO claims, its claim under ACFA, and its claims for tortious interference and unjust enrichment are DISMISSED.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Verizon will
2  be allowed to replead only upon motion and good cause shown.
3  SO ORDERED.