Douglas F. Behm – 014727
**DOUGLAS F. BEHM, PLLC**
14362 N. Frank Lloyd Wright Blvd.; Ste. 1000
Scottsdale, Arizona 85260
Telephone:   480-305-5633
Facsimile:   480-305-5634
E-mail: dbehm@behmlawfirm.com

Charles L. Babcock, admitted *pro hac vice*
Richard E. Griffin, admitted *pro hac vice*
Curt M. Langley, admitted *pro hac vice*
**JACKSON WALKER L.L.P.**
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone:   713-752-4200
Facsimile:    713-752-4221
Email: cbabcock@jw.com
        rgriffin@jw.com
        clangley@jw.com

and

Stephen R. Fogle, admitted *pro hac vice*
**JACKSON WALKER L.L.P.**
112 E. Pecan Street, Suite 2400
San Antonio, Texas 78205
Telephone:   210-978-7700
Facsimile:    210- 978-7790
Email: sfogle@jw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br>           Plaintiff,<br><br>vs.<br><br><br><br><br><br>Jason R. Hope, et al.,<br>           Defendants. | No. CV11-432-PHX-DGC<br><br>**NOTICE OF FILING OF DECLARATION OF BRAD OWEN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS'RESPONSE TO REQUEST FOR PRODUCTION** |

1

1  NOTICE IS HEREBY GIVEN that Defendants hereby submit the *DECLARATION OF BRAD OWEN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' RESPONSE TO REQUEST FOR PRODUCTION*, attached hereto as Exhibit A.

DATED this 13th day of April, 2011.

                Respectfully submitted,

                DOUGLAS F. BEHM, PLLC

                By:  /s/ Douglas F. Behm
                      Douglas F. Behm
                      14362 N. Frank Lloyd Wright Blvd.
                      Suite 1000
                      Scottsdale, Arizona 85260

                AND

                JACKSON WALKER L.L.P.

                By:  /s/ Charles L. Babcock
                      Charles L. Babcock
                      Richard E. Griffin
                      Curt M. Langley
                      1401 McKinney, Suite 1900
                      Houston, Texas 77010

                AND

                Stephen R. Fogle
                112 E. Pecan Street, Suite 2400
                San Antonio, Texas 78205

                *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2011, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Paul Kipp Charlton, Esq. | paul.charlton@gknet.com, gjk@gknet.com |
| Lindsi Michelle Weber, Esq. | lindsi.weber@gknet.com, jk@gknet.com |
| Marcos D. Jimenez, Esq. | mjimenez@kasowitz.com, ymorales@kasowitz.com |
| Scott B. Cosgrove, Esq. | scosgrove@kasowitz.com, anoonan@kasowitz.com |
| Ann M. St Peter-Griffith, Esq. | astpetergriffith@kasowitz.com |
| Sandra J. Millor, Esq. | smillor@kasowitz.com |

By: /s/ Douglas F. Behm

**EXHIBIT A**

**DECLARATION OF BRAD OWEN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' RESPONSE TO REQUEST FOR PRODUCTION**

Pursuant to 28 U.S.C. § 1746, I, Brad Owen, do hereby declare under penalty of perjury that to the best of my knowledge the following information is true and correct:

1. I am over 18 years of age and have never been convicted of a felony or misdemeanor involving moral turpitude, and am otherwise competent to make this declaration.

2. I am a resident of the State of Arizona, and an employee of Eye Level Holdings, LLC d/b/a JAWA (the "Company"). My title is Director of Content Development and Information Technology, and my job responsibilities including creating new content for customers and managing information technology resources.

3. I have reviewed Request for Production No. 4 sent by Cellco Partnership d/b/a Verizon Wireless ("Verizon") to the Company, seeking production of the URLs and landing pages defendants were running to sign up customers for short codes used on the Verizon Wireless Network by defendants and related entities, as well as the forensic copy of all such URLs as provided for in the Court's March 10 order. I have also reviewed the Court's March 10, 2011 Temporary Restraining Order (the "TRO").

4. With respect to these forensic images, the Company took a broad view of its obligations with respect to preservation of websites, and thus has captured data in the approximate amount of 14 terabytes of information, or 14 trillion bytes of data. Based on this amount of data, I estimate that it will take between 3-4 weeks to review the data to determine what is relevant and responsive to the request made by Verizon in this case. This review is necessary due to the broad snapshot of data the Company took in order to comply with the TRO.

I also estimate that it will take at least the same amount of time for the attorneys to review responsive information to determine whether any legal privileges apply to the information. The expense associated with undertaking a full review of this captured information at this time easily exceeds $60,000, calculated at the average rate of $250 per hour to conduct the review necessary before production can take place.

5. Due to the amount of data at issue, the Company cannot produce the information requested under Request for Production No. 4 before April 13, 2011. Even doing so within 6-8 weeks would still place an undue burden and expense upon the Company."

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 12, 2011.

_____
Brad Owen