1  Paul K. Charlton (Bar No. 012449)
   Lindsi M. Weber (Bar No. 025820)
2  GALLAGHER & KENNEDY, P.A.
   2575 East Camelback Road
3  Phoenix, Arizona 85016-9225
   Telephone:    (602) 530-8000
4  Facsimile:    (602) 530-8500
   Email:        paul.charlton@gknet.com
5                lindsi.weber@gknet.com

6  Marcos Jiménez (admitted pro hac vice)
   Scott Cosgrove (admitted pro hac vice)
7  Ann M. St. Peter-Griffith (admitted pro hac vice)
   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
8  1441 Brickell Avenue, Suite 1420
   Miami, Florida 33131
9  Telephone:    (786) 587-1077
   Facsimile:    (305) 675-7970
10 Email:        MJimenez@kasowitz.com
                 SCosgrove@kasowitz.com
11               AStpetergriffith@kasowitz.com

12 *Attorneys for Plaintiff*

13            **UNITED STATES DISTRICT COURT**

14              **DISTRICT OF ARIZONA**

15 CELLCO PARTNERSHIP d/b/a          Case No. 2:11-cv-00432-DGC
   VERIZON WIRELESS,
16                                   **PLAINTIFF'S DEPOSITION**
                    Plaintiff,       **DESIGNATIONS FOR JASON HOPE**
17 v.

18 JASON HOPE; et al.,

19                   Defendants.

20        The following excerpts were presented by Plaintiff at the hearing conducted on

21 April 13, 2011.

22

23        Deposition of Jason Hope conducted April 1, 2011:

24        80:18-81:25

25        82:1-83:17

26        89:1-90:24

27        101:18-102:22

28        134:24-135:19

GALLAGHER & KENNEDY, P.A.
2575 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9225
(602) 530-8000

147:18-151:6

172:12-178:10

DATED this 14th day of April, 2011.

GALLAGHER & KENNEDY, P.A.

By */s/ Lindsi M. Weber*
Paul K. Charlton
Lindsi M. Weber
2575 East Camelback Road
Phoenix, Arizona 85016-9225

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Marcos Jiménez
Scott Cosgrove
Ann M. St. Peter-Griffith
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2011, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

*/s/Jeanette Burkey*

2714192

2