**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

CIV 11-432-PHX-DGC                     DATE:  4/13/2011
   Year   Case No   Initials

Title: Cellco Partnership          vs.    Jason Hope, et al
         Plaintiff                              Defendant
============================================================

HON: DAVID G. CAMPBELL                  Judge # 7031


Lisa Richter                            Merilyn Sanchez
Deputy Clerk                            Court Reporter/ECR

**Attorney(s) for Plaintiff(s)**         **Attorney(s) for Defendant(s)**

Paul Charlton                           Charles Babcock
Scott Cosgrove                          Douglas Behm
Marcos Jimenez                          Richard Griffin
Lindsi Weber                            Curt Langley

============================================================

**PROCEEDINGS:**     XXX   Open Court      ____ Chambers      ____ Other


9:01 a.m. Preliminary Injunction Hearing held. Hearing schedule is discussed. Plaintiff's case: Richard Perry is sworn and examined. Exhibits 26.002, 30, 27.002, 7.002, 8.001, 9, 5 and 38 are admitted in evidence. 10:40 a.m. Recess.

10:55 a.m. Reconvene. Richard Perry resumes the stand and is examined further. Exhibits 37, 47, 48, 49, 40 and 50 are admitted in evidence. The witness is excused. Portions of Richard Perry's testimony are sealed as stated on the record. Portions of Wayne DeStefano's deposition are played. Wayne DeStefano is sworn and examined. Exhibits 54 and 13 are admitted in evidence. 12:02 p.m. Recess.

1:00 p.m. Reconvene. Wayne DeStefano resumes the stand and is examined further. Exhibits 14, 45 and 41 are admitted in evidence. The witness is excused. Exhibits 1, 2, 3, 4, 20, 21, 22 and 23 are admitted in evidence. Portions of Jason Hope's deposition are played. Jason Hope is sworn and examined. Exhibits 43, 44 and 534 are admitted in evidence. The witness is excused. Richard LaPerch is sworn and examined. 2:39 p.m. Recess.

2:55 p.m. Reconvene. Richard LaPerch resumes the stand and is examined further. Exhibits 65 (pages 26 through 36 and 57) and 69 are admitted. The witness is excused. Plaintiff rests. Defendant's case: Brad Owen is sworn and examined. The witness is excused. Emmett Mitchell is sworn and examined. Exhibits 108, 530, 531, 532, 533, 536, 542, 543, 544, 545, 546, 547, 549, 550, 552, 565, 575, 576, 577, 578, 579, 580, 581, 582, 583, 585, 596, 602, 603, 604, 606 and 609 are admitted in evidence. The witness is excused.

Christa Johnson is sworn and examined.  The witness is excused for the day, to return for further examination on 4/14/2011.  Hearing schedule is discussed.  Exhibits 6, 12, 10, 11, 15, 16, 64, 66, 68 and 59 are admitted in evidence.

4:55 p.m.  Court stands at recess until 4/14/2011 at 9:00 a.m.

Time in court: 6 hours, 25 mins.