UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

__X__ Preliminary Injunction  _____ TRO  _____ Non-Jury Trial  ~~Jury Trial~~

Case Number: 2:11-cv-00432-DGC    Judge Code **7031**    Date: **April 13, 2011**

*Cellco Partnership d/b/a Verizon Wireless v. Jason Hope, et al.*

__X__ Plaintiff/Petitioner    ___ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1. | | 4-13-11 | 3/7/11 Declaration of David Burmester (ECF Dkt. #7) |
| 2. | | 4-13-11 | 3/7/11 Declaration of Richard LaPerch (ECF Dkt. #8) |
| 3. | | 4-13-11 | 3/10/11 Declaration of David Burmester (ECF Dkt. #30) |
| 4. | | 4-13-11 | 3/25/11 Declaration of Richard LaPerch (ECF Dkt. #60) |
| 5. | | 4-13-11 | Cloaking Software Flow Chart (DEFS.000003-28; Pl. Depo. Exh. 48) |
| 6. | | 4-13-11 | Code Excerpts from Hard Drive (Pl. Depo. Exh. 50) |
| 7.002 | | 4-13-11 | Best Funny Jokes URL Screen Shot (Pl. Depo. Exh. 5; ECF Dkt. #53-1) |
| 8.001 | | 4-13-11 | Best Funny Jokes URL Screen Shot #2 (Pl. Depo. Exh. 6) |
| 9. | | 4-13-11 | Best Funny Jokes URL Screen Shot #3 (Def. Depo. Exh. 9) |
| 10. | | 4-13-11 | 3/28/11 Phoenix Business Journal Article |
| 11. | | 4-13-11 | 3/30/11 Arizona Central Article |
| 12. | | 4-13-11 | Corporate Entity Chart (Pl. Depo. Exh. 35; DEFS.001128-44) |
| 13. | | 4-13-11 | March 30, 2009 Hope Email (Pl. Depo. Exh. 21; VZW00000294-97) |
| 14. | | 4-13-11 | April 5, 2009 DeStefano e-mail re same (Pl. Depo. Exh. 22; VZW00028933-50) |
| 15. | | 4-13-11 | Summary Chart of Aggregator Agreements |
| 16. | | 4-13-11 | Summary Chart and Defendants' LLC Agreements |
| 17. | | | Aegis Summary Power Point (VZW000300024) |
| 18. | | | Program Summary (Pl. Depo. Exh. 25) |
| 19. | | | Violations by Aggregator PowerPoint (Pl. Depo. Exh. 26) |
| 20. | | 4-13-11 | Program Summary (Pl. Depo. Exh. 38) |
| 21. | | 4-13-11 | Screen Shot (Plaintiff Deposition Ex. 39) |
| 22. | | 4-13-11 | Program Summary (Plaintiff Deposition Ex. 40) |
| 23. | | 4-13-11 | Screen Shot (Plaintiff Deposition Ex. 41) |
| 24. | | | Program Summary (Plaintiff Deposition Ex. 42) |
| 25. | | | Screen Shot (Plaintiff Deposition Ex. 43) |
| 26.002 | | 4-13-11 | Program Summary (Plaintiff Deposition Ex. 44) |
| 27.002 | | 4-13-11 | Screen Shot (Pl. Depo Exh. 45) |
| 28. | | | Program Summary (Pl. Depo Exh. 46) |
| 29. | | | Screen Shot (Plaintiff Deposition Ex. 47) |
| 30. | | 4-13-11 | 2010 and 2009 MMA Guidelines |
| 31. | | | 1/20/11 email string re Verizon Severity Audit (DEFS.032240-42) |

1

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## CIVIL EXHIBIT LIST

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 32. | | | 2/11/11 email string re repeat offender rule for 47553 (DEFS.032512-14) |
| 33. | | | 1/3/11 email string re new audit (DEFS.032559-60) |
| 34. | | | 12/21/10 email string re new audit (DEFS.032598-99) |
| 35. | | | 2/10/11 email string re new audit (DEFS.032591-92) |
| 36. | | | 12/10/09 email string re Verizon/OM (DEFS.032616-18) |
| 37. | | 4-13-11 | 10/15/09 email and attachments (DEFS.033190-92) |
| 38. | | 4-13-11 | 9/18/09 email string (DEFS.033146-48) |
| 39. | | | 3/9/11 handwritten notes and check (DEFS.024524-25) |
| 40. | | 4-13-11 | 1/20/11 email string (DEFS.034446-47) |
| 41. | | 4-13-11 | 10/15/09 email and attachment (DEFS.034429-30) |
| 42. | | 4-13-11 | 4/19/10 email string (DEFS.034435-38) |
| 43. | | 4-13-11 | 9/9/09 email string and attachment (DEFS.034534-38) |
| 44. | | 4-13-11 | 9/14/09 (DEFS.034216) |
| 45. | | 4-13-11 | 10/15/09 email (DEFS.034234) |
| 46. | | | 8/20/10 email (DEFS.033243) |
| 47. | | 4-13-11 | 2/28/11 email string (DEFS.033245) |
| 48. | | 4-13-11 | Domain list (DEFS.033246-55) |
| 49. | | 4-13-11 | Pin and Short Code List (DEFS.033256-64) |
| 50. | | 4-13-11 | 10/6/09 email string (DEFS.034502-08) |
| 51. | | | 11/16/10 email and attachment (DEFS.034453-79) |
| 52. | | | Letter from Motricity to JAWA (Pl. Depo. Exh. 37) |
| 53. | | | Screen Shot (VZW00029698-99) |
| 54. | | 4-13-11 | 2009 Suspension Letter (Pl. Depo. Exh. 16; VZW00000291-93) |
| 55. | | | Premium SMS Definition – Demonstrative Exh. |
| 56. | | | Short Code Program Approval Process – Demonstrative Exh. |
| 57. | | | Screen Shot (VZW00029700) |
| 58. | | | URL Summary Spreadsheet (Pl. Depo Exh. 9) |
| 59. | | 4-13-11 | California Telephone Corporation Billing Rules (VZW00000650-715) |
| 60. | | | 2/4/11 email and attachments (Def. Depo. Exh. 16; VZW00028958-76) |
| 61. | | | 2/21/11 Alpert Summary and documents (Def. Depo. Exh. 25; VZW00000622-643) |
| 62. | | | Cylon Investigation Timeline (Def. Depo. 3; VZW00009344-45) |
| 63. | | | 6/9/10 Alpert Letter (Def. Depo. 29) |
| 64. | | 4-13-11 | Short Code Program Summaries produced by Defendants |
| 65. | | 4-14-11 | Summary Aegis PowerPoint Exhibits (VZW00030026, 29, 30) |
| 66. | | 4-13-11 | Complaints from consumers/regulators (DEFS.024512-737) |
| 67. | | | Complaints Received by Verizon (VZW00029110-29693; and VZW00029701-29972) (on CD) |
| 68. | | 4-13-11 | UPS Store Applications (produced by Defendants) |

65 pgs 26-36&57  4-13-11

2

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## CIVIL EXHIBIT LIST

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 69. | | 4-13-11 | 4-4-11 correction sheet |
| 70. | | | |
| 71. | | | |
| 72. | | | |
| 73. | | | |
| 74. | | | |
| 75. | | | |