X FILED ___ LODGED
___ RECEIVED ___ COPY

APR 14 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Defendants' Exhibit List
CV 11-432-PHX-DGC

| Exhibit No. | Marked for ID | Admitted in Evidence | DESCRIPTION |
|---|---|---|---|
| 501 | | | E-mail thread dated 2/22/11 between Rich LaPerch, Matthew Son and forwarded to Suzanne Shaw and Jen Sizer re: Suspects, Bates No. VZW00018173 (LaPerch Dep. Exh. 1) |
| 502 | | | E-mail dated 3/1/11 to Jen Sizer from Herbert Rice re: updated matrix, Bates No. VZW00018139 (LaPerch Dep. Exh. 2) |
| 503 | | | Cylon Investigation Timeline, Bates No. VZW00009345 (LaPerch Dep. Exh. 3) |
| 504 | | | E-mail dated 2/18/11 to Jen Sizer from Cathy Lunde re: Creative Short Code History, Bates Nos. VZW00018045-00018047 (LaPerch Dep. Exh. 4) |
| 505 | | | E-mail thread dated 4/13/10 between Kathy Harrington, Cathy Lunde, Dana Hanson and Jen Sizer re: Revenue Spikes, Bates Nos. VZW00018045-00018047 (LaPerch Dep. Exh. 5) |
| 506 | | | Declaration of Richard LaPerch dated 3/25/11 (45 pp.) (LaPerch Dep. Exh. 6) |
| 507 | | | Email thread dated 3/4/11 between Jen Sizer and Matthew Son re: Urgent Request from Rich, Bates No. VZW00018167 (LaPerch Dep. Exh. 7) |
| 508 | | 4-13-11 | U.S. Consumer Best Practices Guidelines for Cross-Carrier Mobile Content Programs, dated June 2010, v. 5.2 (144 pp.) (LaPerch Dep. Exh. 8) |
| 509 | | | Screen shot Best Funny Jokes (p. 26 of Complaint) (1 p.) (LaPerch Dep. Exh. 9) |

| | | | |
|---|---|---|---|
| 510 | | | Pages from Final Decision Adopting California Telephone Corporation Billing Rules, Bates Nos. VZW00000650, 00000668-00000669 (Burmester Dep. Exh. 10) |
| 511 | | | Notice of Filing Declaration of David Burmester in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunctive Relief (10 pp.) (Burmester Dep. Exh. 11) |
| 512 | | | Declaration of Representative of Verizon Wireless in Opposition to Defendants' Motion for a Temporary Restraining Order (28 pp.) (Burmester Dep. Exh. 12) |
| 513 | | | Claim Form (2 pp.) (Burmester Dep. Exh. 13) |
| 514 | | | Page from Verizon Wireless customer phone bill (1 p.) (Burmester Dep. Exh. 14) |
| 515 | | 4-14-11 | E-mail thread dated 2/3/11 between Leigh Schachter and Robert Alpert re: Consumer Fraud processed through Verizon Wireless, Bates Nos. VZW00028903-00028905 (Burmester Dep. Exh. 15) |
| 516 | | 4-14-11 | E-mail dated 2/4/11 from Robert Alpert to Leigh Schachter re: Cylon with attachment, Bates Nos. VZW00028958-00028976 (Burmester Dep. Exh. 16) |
| 517 | | 4-14-11 | E-mail dated 2/3/11 from Jonathan Salkoff to Jen Sizer re: Cylon, Bates Nos. VZW00012506-00012508 (Salkoff Dep. Exh. 17) |
| 518 | | 4-14-11 | Litigation Involving Robert Alpert or His Affiliates (10 pp.) (Salkoff Dep. Exh. 18) |
| 519 | | | Complaint in this action (39 pp.) (Salkoff Dep. Exh. 19) |
| | | | |
| | | | |

| No. | | Date | Description |
|---|---|---|---|
| 520 | | | E-mail dated 5/16/10 from Robert Alpert to Wayne DeStefano re: Your self-destructive foolishness (Alpert Dep. Exh. 20) |
| 521 | | | Letter dated 6/9/10 to Michael Kercher from Tod Schleier re: *Chadwick v. Eye Level Holdings* (Alpert Dep. Exh. 21) |
| 522 | | 4-14-11 | E-mail thread dated 2/21/11 between Robert Alpert and Leigh Schachter re: OM/Verizon Document, Bates Nos. VZW00028858-00028861 (Alpert Dep. Exh. 22) |
| 523 | | 4-14-11 | E-mail dated 2/21/11 forwarding 4/5/09 email to Leigh Schachter re: OM/Verizon Document, Bates Nos. VZW00028933-00028935, VZW00028939-00028946, VZW00028950 (Alpert Dep. Exh. 23) |
| 524 | | | E-mail thread starting 2/17/11 through 2/21/11 between Herbert Rice, Jennie Cung, Jonathan Salkoff, Jen Sizer and S. Shaw re: Review of PLT, Bates Nos. VZW00018147-00018150 (Alpert Dep. Exh. 24) |
| 525 | | 4-14-11 | Document created by Robert Alpert, Version 2-21-11-B, Bates Nos. VZW00000622-00000643 (Alpert Dep. Exh. 25) |
| 526 | | 4-14-11 | E-mail thread dated 2/21-22/11 between Leigh Schachter and Robert Alpert re: ELH, Bates Nos. VZW00028852-00028853 (Alpert Dep. Exh. 26) |
| 527 | | 4-14-11 | E-mail dated 3/2/11 from Robert Alpert to Leigh Schachter re: AT&T Contact with attachment, Bates Nos. VZW00028850-00028851 (Alpert Dep. Exh. 27) |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 528 | | 4-14-11 | E-mail thread starting 2/21/11 through 3/9/11 between Robert Alpert and Leigh Schachter re: ELH, Bates Nos. VZW00028846-00028849 (Alpert Dep. Exh. 28) |
| 529 | | 4-14-11 | Letter dated 6/9/10 from Robert Alpert to Michael Kercher re: Your letter of 3/25/10 on behalf of Eye Level Holdings (4 pages) (Alpert Dep. Exh. 29) |
| 530 | | 4-13-11 | Letter dated 3/8/11 from Dave Burmester to Scott Nichols at Ericsson Inc. re: Termination of Short Codes, Customer Refund Plan and Breach of Agreement, Bates Nos. VZW00000748-00000751 |
| 531 | | 4-13-11 | Letter dated 3/8/11 from Dave Burmester to Andrew Dark at mBlox, Inc. re: Termination of Short Codes, Customer Refund Plan and Breach of Agreement, Bates Nos. VZW00000752-00000756 |
| 532 | | 4-13-11 | Letter dated 3/8/11 from Dave Burmester to Jay Emmet at OpenMarket, Inc. re: Termination of Short Codes, Customer Refund Plan and Breach of Agreement, Bates Nos. VZW00000757-00000761 |
| 533 | | 4-13-11 | Letter dated 3/8/11 from Dave Burmester to Ryan K. Wuerch at Motricity, Inc. re: Termination of Short Codes, Customer Refund Plan and Breach of Agreement, Bates Nos. VZW00000762-00000765 |
| 534 | | 4-13-11 | Eye Level Holding Compliance Process Team Charter dated 2/17/11, Bates Nos. DEFS.000111-000120 |
| 535 | | | Cerberus page out of New Hire Training Manual, Bates Nos. DEFS.032981-032982 |
| 536 | | 4-13-11 | Refund process page out of New Hire Training Manual, DEFS.032941-032942 |

| | | | |
|---|---|---|---|
| 537 | | | Jawa QA Expectations and Scoring – Policies & Procedures (3 pp.) |
| 538 | | | *Phoenix Business Journal* Best Places to Work (2 pp.) |
| 539 | | | Order Granting in Part and Denying in Part Request for Temporary Injunction; *State of Texas v. Eye Level Holdings, LLC d/b/a Jawa, et al.*; Cause No. D-1-GV-11-000268 in the 345th Judicial District Court of Travis County, Texas |
| 540 | | | Cylon – Aegis Findings dated 2/15/11, Bates Nos. VZW00011690-00011723 |
| 541 | | | Email thread dated 7/19/10 through 7/29/10 between Christa Richert and Janet re: Program addendum requirements, Bates Nos. DEFS3.000004-000006 |
| 542 | | 4-13-11 | Email dated 2/11/11 from Matt De Croix to Janet re: Urgent – Immediate action required, Bates No. DEFS.001606 |
| 543 | | 4-13-11 | Email thread dated 2/5/11 through 2/16/11 between Christa Karle and Janet Donnellan re: Tomorrow's agenda with attachment, Bates Nos. DEFS.001607-001609 |
| 544 | | 4-13-11 | Email thread dated 2/17/11 through 2/22/11 between Matt De Croix, Adam Ronalds, Janet, Rick and Christa re: VZW issue, Bates Nos. DEFS.001610-001615 |
| 545 | | 4-13-11 | Email thread dated 2/22/11 through 2/23/11 between Christa Karle and Janet Donnellan re: Tomorrow's agenda with attachment, Bates Nos. DEFS.001616-001617 |
| 546 | | 4-13-11 | Email thread dated 3/1/11 between Christa Karle and Janet re: Verizon Codes, Bates Nos. DEFS.001618-001619 |
| 547 | | 4-13-11 | Email dated 3/2/11 from Rick Saunders to Janet O'Meara re: Fwd: Verizon codes, Bates No. DEFS.001620 |
| | | | |

| | | | |
|---|---|---|---|
| 548 | | 4-14-11 | Email dated 2/19/11 from Herbert Rice to Suzanne Shaw re: Testing Trends, Bates No. VZW00023491 |
| 549 | | 4-13-11 | Stipulation of Class Action Settlement; *Cynthia Walker, et al. v. Openmarket, Inc., et al.*; Case No. 08 CH 40592; In the Circuit Court of Cook County, Illinois, County Department, Chancery Division, Bates Nos. AG00001468-00001544 |
| 550 | | 4-13-11 | Final Order and Judgment; *Cynthia Walker, et al. v. Openmarket, Inc., et al.*; Case No. 08 CH 40592; In the Circuit Court of Cook County, Illinois, County Department, Chancery Division, Bates Nos. AG00001545-00001551 |
| 551 | | | Press Release from Attorney General of Texas dated 3/10/11 (2 pp.) |
| 552 | | 4-13-11 | Verizon Wireless press release via PR Newswire dated 3/9/11 (2 pp.) |
| 553 | | | Welcome New Hires! Bates Nos. DEFS.032884-032986 |
| 554 | | | MMA dated 12/30/08/Revised 1/8/09, Version 3.4 (Revised), Bates Nos. DEFS.001786-001809 |
| 555 | | | MMA dated 7/1/09, Version 4.0, Bates Nos. DEFS.001949-002083 |
| 556 | | | MMA dated 12/22/09, Version 4.1.1, Bates Nos. DEFS.001810-001948 |
| 557 | | | MMA dated April 2010, Version 5.0, Bates Nos. DEFS.002367-002505 |
| 558 | | | MMA dated May 2010, Version 5.1, Bates Nos. DEFS.002228-002366 |
| 559 | | | MMA dated June 2010, Version 5.2, Bates Nos. DEFS.002084-002227 |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 560 | | | MMA Version 6.0, published 3/1/11, effective 4/1/11, Bates Nos. DEFS.001621-001785 |
| 561 | | | Notice of Filing of Declaration of Richard LaPerch in Response to Defendants' Motion for Expedited Discovery (Doc. 60) |
| 562 | | | Aegis Creative Short Code History Detail, Bates No. VZW00028978 (Shaw Dep. Exh. 35) |
| 563 | | | Defendants' First Amended Answer and Restated Second Amended Counterclaim (Doc. 89) |
| 564 | | | Document created by Robert Alpert, Version 2-4-11, Bates Nos. VZW00025453-00025470 |
| 565 | | 4-13-11 | Verizon Wireless Competitive Screenshots, pp. a) – f) |
| 566 | | | Aegis Mobile – Violations by Aggregator (Sizer Dep. Exh. 30) |
| 567 | | | Email thread dated 4/13/10 between David Burmester, Jonathan Salkoff, Kathy Harrington, Cathy Lunde, Dana Hanson and Jen Sizer re: Revenue Spikes, Bates Nos. VZW00017933-00017934 (Sizer Dep. Exh. 31) |
| 568 | | 4-14-11 | Aegis Mobile – Testing Results and Testing Trends, Bates No. VZW00023657-00023658 (Sizer Dep. Exh. 33) with Email attaching same, Bates No. VZW00023491 (Sizer Dep. Exh. 32) |
| 569 | | | Open Market Schedule 2 – SMS Short Code Service between Open Market and Grand Alerts dated 2/8/11, Bates Nos. DEFS.000854-000866 |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 570 | | | a) SCHUELKE Ashby 022411 0544.rtf<br>E-mails between Verizon and AG re: two test phones sent FedEx<br>02/24/2011<br>Bates Nos. AG00000214-00000216<br><br>b) SCHUELKE Ashby 030411 0338.rtf<br>E-mail between AG and Verizon re: MMA best practices applicable to premium messaging campaigns<br>03/04/2011<br>Bates Nos. AG00000241-00000244<br><br>c) SCHUELKE Schachter 022211 0409.rtf<br>E-mail from Verizon to AG forwarding Alpert's presentation<br>02/22/2011<br>Bates Nos. AG00000483, 00000465-00000482<br><br>d) Emails SCHUELKE Schachter 022211 0311 attach1.pdf Presentation<br>Alpert's presentation detailing evidence against Eye Level<br>02/21/2011<br>Bates Nos. AG00000458, 00000436-00000457<br><br>e) SCHUELKE Green 030811 0755.rtf<br>E-mail from AG to T. Green transmitting petition (with affidavits), list of short codes AG "would like to see" AT&T hold money payable to aggregators<br>03/08/2011<br>Bates Nos. AG00000435 |

| 570 (cont'd.) | | | f) SCHUELKE<br>Schachter 022511 0325.rtf<br>E-mail from Verizon to AG re: summary chart of data for 11 short codes<br>02/25/2011<br>Bates Nos. AG00000549, 00000548<br><br>g) SCHUELKE<br>Schachter 030311 1230.rtf<br>E-mail from Verizon to AG transmitting summary of TX consumers billed by short codes<br>03/03/2011<br>Bates Nos. AG00000641-00000642; AG00000638-00000640<br><br>h) SCHUELKE<br>Schachter 030411 0254.rtf<br>E-mail from Verizon to AG transmitting draft AZ complaint<br>03/04/2011<br>Bates Nos. AG00000643-00000656<br><br>i) SCHUELKE<br>Schachter 030711 0142.rtf<br>E-mail from AG to Verizon transmitting TX Petition and Affidavits<br>03/07/2011<br>Bates Nos. AG00000730; AG00000711-00000729; AG00000671-00000710; AG00000657-00000670<br><br>j) SCHUELKE<br>Schachter 030711 0151.rtf<br>E-mails between AG and Verizon regarding filing lawsuits<br>03/07/2011<br>Bates Nos. AG00000731-00000732 |

| | | | | |
|---|---|---|---|---|
| 570 (cont'd.) | | | | k) SCHUELKE Schachter 030711 0927.rtf E-mail from AG to Verizon transmitting draft Petition 03/07/2011 Bates Nos. AG00000773; AG00000733-00000772<br><br>l) Email SCHACHTER Schuelke 031011 1223 Press release March 10, 2011 Verizon press release re: TX AG, Verizon in tandem with lawsuits 03/10/2011 Bates Nos. AG00000874-00000875<br><br>m) SCHUELKE Schachter 030811 0719.rtf E-mail from Verizon to AG re: March 9 press release and TRO hearing 03/08/2011 Bates Nos. AG00000820; AG00000817-00000819<br><br>n) SCHUELKE Schachter 030811 0732.rtf E-mail from AG to Verizon re: March 9 press release and TRO hearing 03/08/2011 Bates Nos. AG00000821 |
| 571 | | | | Firewall Flowchart (Attorneys and Experts Eyes Only), Bates Nos. DEFS2.000003-000028 |

| | | | |
|---|---|---|---|
| 572 | | | 25 F.C.C.R. 15105, 25 FCC Rcd. 15105, 51 Communications Reg. (P&F) 998, 2010 WL 4271531 (F.C.C.) Federal Communications Commission (F.C.C.) Consent Decree, *In The Matter Of Verizon Wireless Data Usage Charges*, File No. EB-09-TC-458, Account No. 201132170001, FRN No. 0019212406, DA 10-2068 Adopted: October 28, 2010 Released: October 28, 2010 |
| 573 | | | Letter dated 3/9/11 from William Kushner at mBlox to Steve Uhrman at City-O-Games, Inc. re: Notice of Termination & Right of Indemnification, Bates Nos. DEFS3.000007-000008 |
| 574 | | | Reply Comments of the Mobile Internet Content Coalition; *In the Matter of Preserving the Open Internet broadband Industry Practices*; Before the FCC, GN No. 09-191, WC No. 07-52, dated 4/26/10 |
| 575 | | 4-13-11 | Advanced Messaging Agreement for Marketing Messaging Hubs between Verizon and GoldPocket Wireless, Inc., Bates Nos. VZW00000242-00000290 |
| 576 | | 4-13-11 | Amendment 1 to Advanced Messaging Agreement for Marketing Messaging Hubs between Verizon and Mobile Media North America (f/k/a Telenor), Bates Nos. VZW00000194-00000241 |
| 577 | | 4-13-11 | Amendment 1 to Advanced Messaging Agreement for Marketing Messaging Hubs between Verizon and GoldPocket Wireless, Inc., Bates Nos. VZW00000395-00000409 |
| 578 | | 4-13-11 | Amendment 1 to Advanced Messaging Agreement for Marketing Messaging Hubs between Verizon and MBlox, Inc., Bates Nos. VZW00000298-00000345 |
| | | | |
| | | | |

| # | | | Description |
|---|---|---|---|
| 579 | | 4-13-11 | Advanced Messaging Agreement for Marketing Messaging Hubs between Verizon and MBlox, Inc., Bates Nos. VZW00000346-00000394 |
| 580 | | 4-13-11 | Advanced Messaging Agreement between Verizon and Telenor, Bates Nos. VZW00000481-00000530 |
| 581 | | 4-13-11 | Motricity Master Services Agreement and Amendments thereto between Motricity and Eye Level Holdings, et al.: <br> a) Bates No. DEFS.000001 <br> b) Bates Nos. DEFS.000002-000012; <br> c) Bates Nos. DEFS.000013-000023; <br> d) Bates Nos. DEFS.000024-000025; <br> e) Bates No. DEFS.000174; <br> f) Bates Nos. DEFS.000175-000184; DEFS.034742-034758; <br> g) Bates Nos. DEFS.000185-000195; <br> h) Bates Nos. DEFS.000196-000206; <br> i) Bates Nos. DEFS.000207-000208; <br> j) Bates Nos. DEFS.000641-000642 |
| 582 | | 4-13-11 | Ericsson IPX Service Agreements between Ericsson and Pegasus Blue Holdings: <br> a) Bates Nos. DEFS.034759-034763; <br> b) Bates Nos. DEFS.034764-034767; <br> c) Bates Nos. DEFS.034768-034769; <br> d) Bates Nos. DEFS.034770-034771 |

| | | | |
|---|---|---|---|
| 583 | | 4-13-11 | a) mBlox Master Services Agreement, mBlox, Inc. and Total SMS, Bates Nos. DEFS.034809-034828; |
| | | | b) PSMS USA Service Addendum, mBlox and Total SMS, Bates Nos. DEFS.034976-034993; |
| | | | c) mBlox Master Services Agreement, mBlox, Inc. and Mobile Texts, Bates Nos. DEFS.034956-034975; |
| | | | d) US Premium SMS Pricing Addendum, mBlox and Mobile Texts, Bates Nos. DEFS.034942-034955; |
| | | | e) mBlox Master Services Agreement, mBlox, Inc. and The SMS Program, Bates Nos. DEFS.034902-034921; |
| | | | f) US Premium SMS Pricing Addendum, mBlox, Inc. and The SMS Program, Bates Nos. DEFS.034829-034842; |
| | | | g) mBlox Master Services Agreement, mBlox, Inc. and City-O-Games, Bates Nos. DEFS.000379-000398; |
| | | | h) mBlox Master Services Agreement, mBlox, Inc. and Kwiry, Bates Nos. DEFS.034922-034941; |
| | | | i) US Premium SMS Pricing Addendum, mBlox, Inc. and WABO, LLC, Bates Nos. DEFS.034994-035007; |
| | | | j) mBlox Master Services Agreement, mBlox, Inc. and Text Alert Plan, Bates Nos. DEFS.034882-034901; |

| | | | |
|---|---|---|---|
| 583 (cont'd.) | | | k) US Premium SMS Pricing Addendum, mBlox, Inc. and Text Alert Plan, Bates Nos. DEFS.034847-034860; <br><br> l) mBlox Master Services Agreement, mBlox, Inc. and Cylon Corporation, Bates Nos. DEFS.034861-034881; <br><br> m) Operator ID Service Addendum, mBlox, Inc. and Cylon Corporation, DEFS.034843-034846 |
| 584 | | ~~4-13-11~~ | UNUSED |
| 585 | | 4-13-11 | Open Market Commercial Services Agreements and Amendments and Addenda between Open Market and Jaynet Mobile, LLC and Affiliated Companies: <br><br> a) Bates Nos. DEFS.000145-000173; <br> b) Bates Nos. DEFS.000653-000656; <br> c) Bates Nos. DEFS.000657-000658; <br> d) Bates Nos. DEFS.000659-000664; <br> e) Bates Nos. DEFS.000665-000666; <br> f) Bates Nos. DEFS.000667-000669; <br> g) Bates Nos. DEFS.000675-000679 <br> h) Bates Nos. DEFS.000680-000682; <br> i) Bates Nos. DEFS.000688-000716; <br> j) Bates Nos. DEFS.000719-000720; <br> k) Bates Nos. DEFS.000723-000724; <br> l) Bates Nos. DEFS.000725-000726; <br> m) Bates Nos. DEFS.000729-000730; <br> n) Bates Nos. DEFS.000733-000734; <br> o) Bates Nos. DEFS.000737-000738; <br> p) Bates Nos. DEFS.000741-000742; <br> q) Bates Nos. DEFS.000743-000744; <br> r) Bates Nos. DEFS3.000027-000028 |

| | | | |
|---|---|---|---|
| 586 | | | Name Change Verification to Rick Saunders at OpenMarket that Cylon, LLC has changed names to Jaynet Mobile, LLC, dated 3/5/10, Bates No. DEFS.000683 |
| 587 | | | Name Change Verification to Rick Saunders at OpenMarket that General Texting, LLC has changed names to Jaynet Mobile, LLC, dated 3/5/10, Bates No. DEFS.000684 |
| 588 | | | Email thread dated 5/27/10-5/28/10 between Danielle Longeway, Compliance and Christa re: Verizon Severity 2 Audit – Standard Texting – 52944 – Violation 215650 – 5.27.10; Bates Nos. DEFS.033304-033305 |
| 589 | | | Email thread dated 2/25/10-3/1/10 between Danielle Longeway, Compliance and Christa Richert re: Verizon Severity 2 Audit – Cylon – 38146 – Violation 184755 – 2.25.10; Bates Nos. DEFS.033138-033139 |
| 590 | | | Email thread dated 9/15/09 between Steve Uhrman, Wayne DeStefano, Christa Stephens and Jason Hope re: For Wayne, Bates Nos. DEFS.033070-033072 |
| 591 | | 4-14-11 | Verizon BP Roll Out dated 10/1/09 (5 pp.) |
| 592 | | | Email thread dated 3/23/10 between Christa Stephens and Kathryn Bullard re: text-dash.com re: amendment not needed, Bates Nos. DEFS3.000001-000003 |
| 593 | | | Audit excerpts dated January-February, 2011, Bates Range Nos. DEFS.032238-032424 |
| 594 | | | *In the Matter of Consumer Information and Disclosure Truth-in-Billing and Billing Format IP-Enabled Services*; Before the FCC, CG No. 09-158, CC No. 98-170, WC No. 04-36, dated 10/13/09, Comments of Verizon and Verizon Wireless |
| | | | |

| | | | |
|---|---|---|---|
| 595 | | | Screenshots |
| 596 | | 4-13-11 | Positive Customer Feedback |
| 597 | | | Content Examples |
| 598 | | | Order Preliminarily Approving Class Action Settlement, Certifying Nationwide Settlement Class, Approving Procedure and Form of Notice, and Scheduling Final Fairness Hearing; *Cynthia Walker, et al. v. Openmarket, Inc., et al.*; Case No. 08 CH 40592; In the Circuit Court of Cook County, Illinois, County Department, Chancery Division |
| 599 | | 4-14-11 | Verizon Contract with Netpace, Inc., Bates Nos. VZW0000410-0000478 |
| 600 | | | Email correspondence between Verizon Wireless and IPX (Ericsson), Bates Nos. AG2.00005942-00005944, AG2.00006960-00006961 |
| 601 | | | Email correspondence between Jawa entities and OpenMarket re: Urgent – Immediate action required re: SMS short codes, Bates Nos. DEFS.001606-001620 |
| 602 | | 4-13-11 | Text messages to Verizon customers re: suspension, Bates Nos. DEFS.034728-034741 |
| 603 | | 4-13-11 | Email dated 3/10/11 from Motricity to Quinn McCullough re: FTEU message - proposed text messages, Bates No. DEFS.034727 |
| 604 | | 4-13-11 | Contact list for MMA Consumer Best Practices Committee |
| 605 | | | CTIA 2011 Board of Directors |
| 606 | | 4-13-11 | CSCA Registrant Sublicense Agreement, Bates Nos. DEFS3.000018-000025 |
| | | | |

| | | | |
|---|---|---|---|
| 607 | | | OpenMarket Short Code Program Summary, Bates Nos. DEFS3.000012-000017 |
| 608 | | | CSCA Application Short Code 96040, Bates Nos. DEFS3.000009-000011 |
| 609 | | 4-13-11 | Eye Level Holdings LLC Web page, Bates No. DEFS3.000026 |
| 610 | | 4-14-11 | CTIA Shortcode Violations and Actions Required for Premium Advertising, Bates Nos. VZW00029995-00030006 |
| 611 | | | NOT USED |
| 612 | | 4-14-11 | Tool Bar PowerPoint: <br> a) Bates No. DEFS3.000030 <br> b) Bates No. DEFS3.000031 <br> c) Bates No. DEFS3.000032 <br> d) Bates No. DEFS3.000033 <br> e) Bates No. DEFS3.000034 <br> f) Bates No. DEFS3.000035 <br> g) Bates No. DEFS3.000036 <br> h) Bates No. DEFS3.000037 <br> i) Bates No. DEFS3.000038 <br> j) Bates No. DEFS3.000039 <br> k) Bates No. DEFS3.000040 <br> l) Bates No. DEFS3.000041 <br> m) Bates No. DEFS3.000042 <br> n) Bates No. DEFS3.000043 <br> o) Bates No. DEFS3.000044 <br> p) Bates No. DEFS3.000045 <br> q) Bates No. DEFS3.000046 <br> r) Bates No. DEFS3.000047 <br> s) Bates No. DEFS3.000048 |

| | | | |
|---|---|---|---|
| 613 | | | Email dated 10/31/08 from Wayne DeStefano to Robert Alpert re: Cylon, Bates Nos. DEFS3.000049-000050 |
| 614 | | | Email dated 2/20/09 from Robert Alpert to Wayne [DeStefano] re: Restructure, Bates No. DEFS3.000051 |
| 615 | | | Email dated 4/6/09 from Robert Alpert to Jay Emmet at OpenMarket re: Cylon client 17138985193 (re: Cylon was compliant), Bates Nos. DEFS3.000052-000054 |
| 616 | | | Letter dated 4/6/09 from Robert Alpert at Cylon to Jay Emmet at OpenMarket re: Root Cause Analysis (RCA) Update, Bates Nos. DEFS3.000055-000063 |
| 617 | | 4-14-11 | Aegis audit report |
| 618 | | 4-14-11 | power point slides |