UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

```
Cellco Partnership,              )
                                 )
                                 )
             Plaintiff,          )    CV 11-432 - PHX DGC
                                 )
     v.                          )    MINUTE ORDER RE EXHIBITS
                                 )
                                 )
Jason Hope, et al,               )
                                 )
             Defendants.         )
                                 )
_____  )
```

IT IS HEREBY ORDERED that the exhibits marked and admitted in the above-entitled case at the time of the trial/hearing are returned to respective counsel.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals.

DATED: 4/14/11

Richard Weare, DCE/COC

By: Lisa Richter
Courtroom Deputy

Exhibits returned to respective counsel/representative.

_____ counsel's signature/date

_____ counsel's signature/date