**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

CIV <u>11-432-PHX-DGC</u>                                    DATE:  <u>4/14/2011</u>
   Year   Case No  Initials

Title: <u>Cellco Partnership</u>           vs.    <u>Jason Hope, et al</u>
         Plaintiff                                  Defendant
==================================================================

HON: <u>DAVID G. CAMPBELL</u>                    Judge # <u>7031</u>

<u>Lisa Richter</u>                                      <u>Merilyn Sanchez</u>
Deputy Clerk                                          Court Reporter/ECR

**Attorney(s) for Plaintiff(s)**                    **Attorney(s) for Defendant(s)**

<u>Paul Charlton</u>                                    <u>Charles Babcock</u>
<u>Scott Cosgrove</u>                                   <u>Douglas Behm</u>
<u>Marcos Jimenez</u>                                   <u>Richard Griffin</u>
<u>Lindsi Weber</u>                                     <u>Curt Langley</u>

==================================================================

**PROCEEDINGS:**    <u>  XXX  </u> Open Court    <u>     </u> Chambers    <u>    </u> Other

9:01 a.m.  Preliminary Injunction Hearing continues.  Christa Johnson resumes the stand and is examined further.  Exhibits 612, 618 and 42 are admitted in evidence.  10:39 a.m.  Recess.

10:55 a.m.  Reconvene.  Christa Johnson resumes the stand and is examined further.  The witness is excused.  Exhibit 65 is admitted in evidence.  Exhibits 591, 599, 610, 548, 568, 617, 515, 516, 517, 522, 523, 525, 526, 527, 528, 529 and 518 are admitted in evidence.  Defendant rests.  Plaintiff's rebuttal case:  David Burmester is sworn and examined.  The witness is excused.  Argument presented.  Plaintiff's Motion for Preliminary Injunction (doc. 6) is taken under advisement.  Briefing schedule is discussed.  Plaintiff's response to Defendant's motion for preliminary injunction is due 4/25/2011; Defendant's reply is due 4/28/2011.  Plaintiff's Motion to Seal (doc. 76) is granted.  Defendant's Motion to Seal (doc. 82) is granted.

12:15 p.m.  Court is adjourned.

Time in court: 3 hours