# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership doing business as Verizon Wireless,<br><br>Plaintiff,<br><br>vs.<br><br>Jason Hope, et al.,<br><br>Defendants. | No. CV11-0432-PHX-DGC<br><br>**ORDER** |

At the end of the preliminary injunction hearing on April 14, 2011, the Court stated that it would try to rule in the next few days on Plaintiff's request for a preliminary injunction. Having considered that request, the Court concludes that it should wait to rule on Plaintiff's motion until it has fully considered Defendants' motion for a preliminary injunction. The briefing on that motion will be completed by the end of April, 2011. The Court will then seek to rule promptly on both motions for preliminary injunction.

Dated this 18th day of April, 2011.

David G. Campbell
United States District Judge