**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>        Plaintiff,<br>v.<br><br>JASON HOPE; et al.,<br><br>        Defendants. | Case No. CV11-0432-PHX DGC<br><br>**ORDER EXTENDING RESPONSE AND REPLY DEADLINES** |

This matter came before the Court pursuant to the parties' Stipulated Request to Extend Response and Reply Deadlines (the "Stipulation"). After consideration of the Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's deadline to respond to Defendants' Motion to Dismiss Case be extended to April 22, 2011; and

**IT IS HEREBY FURTHER ORDERED** that Defendants' deadline to reply in support of its Motion to Strike Paragraph 76 of the Complaint be extended to April 22, 2011.

Dated this 20th day of April, 2011.

_____
David G. Campbell
United States District Judge