# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Cellco Partnership d/b/a Verizon Wireless

      Plaintiff(s)/Petitioner(s),

vs.

Jason Hope, et al.

      Defendant(s)/Respondent(s)

CASE NO: 11-cv-00432-DGC

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

FILED ___ LODGED
RECEIVED ___ COPY

APR 2 5 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## NOTICE:  $50.00 APPLICATION FEE REQUIRED!

I, Kurt Schwarz , hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission

to appear and practice in this action on behalf of Defendants Jason Hope, et al. .

**City and State of Principal Residence:** Dallas, Texas

**Firm Name:** Jackson Walker, LLP

**Address:** 901 Main Street    **Suite:** 6000

**City:** Dallas    **State:** Texas   **Zip:** 75202

**Firm/Business Phone:** (214) 953-6000 x6159

**Firm Fax Phone:** (214) 953-5822    **E-mail Address:** kschwarz@jw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| Texas Supreme Court/State Bar of Texas | 01/22/1991 | ☑ Yes | ☐ No* |
| Northern District of Texas | 01/22/1991 | ☑ Yes | ☐ No* |
| Western District of Texas | 04/24/1992 | ☑ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, m ade *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

## ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

4/21/2011

Date          Signature of Applicant

Fee Receipt # PHX108946

(Rev. 03/11)

Additional courts to which Kurt Schwarz is admitted to practice:

| Court | Date Admitted | Good Standing |
|---|---|---|
| Fifth Circuit Court of Appeals | 07/13/1993 | Yes |
| United States Supreme Court | 01/10/1994 | Yes |
| Eastern District of Texas | 05/07/1997 | Yes |
| Southern District of Texas | 06/21/1999 | Yes |
| Eighth Circuit Court of Appeals | 08/03/2009 | Yes |

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Kurt Schwartz Bar # 17871550**, was duly admitted to practice in said Court on 11/22/91, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on April 21, 2011.

KAREN MITCHELL, Clerk

BY: _____

Deputy Clerk