Douglas F. Behm – 014727
**DOUGLAS F. BEHM, PLLC**
14362 N. Frank Lloyd Wright Blvd.; Ste. 1000
Scottsdale, Arizona 85260
Telephone: 480-305-5633
Facsimile: 480-305-5634
E-mail: dbehm@behmlawfirm.com

Charles L. Babcock, admitted *pro hac vice*
Richard E. Griffin, admitted *pro hac vice*
Curt M. Langley, admitted *pro hac vice*
**JACKSON WALKER L.L.P.**
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4200
Facsimile: 713-752-4221
Email: cbabcock@jw.com, rgriffin@jw.com, clangley@jw.com

*Attorneys for Defendants and Counter-Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>Jason R. Hope, et al.,<br><br>Defendants and Counter-Plaintiffs. | No. CV11-432-PHX-DGC<br><br>**NOTICE OF ERRATA REGARDING DEFENDANTS' AND COUNTER-PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION** |

**NOTICE IS HEREBY GIVEN** that, through ministerial error, Defendants' and Counter-Plaintiffs' Reply in Support of their Motion For Preliminary Injunction, filed today at Docket #124, contains a page 13, which is blank. It was also mistakenly named only "Counter-Plaintiffs'" reply, instead of "Defendants' and Counter-Plaintiffs'" reply.

Defendants' and Counter-Plaintiffs' Corrected Reply in Support of their Motion for Preliminary Injunction, which does not contain a page 13, is being filed contemporaneously with this notice.

/////

/////

/////

Respectfully submitted this 28th day of April 2011.

                  **DOUGLAS F. BEHM, PLLC**

                  By:  /s/ Douglas F. Behm
Douglas F. Behm
14362 N. Frank Lloyd Wright Blvd. Suite 1000
Scottsdale, Arizona 85260, and

**JACKSON WALKER L.L.P.**

By:  /s/ Charles L. Babcock
Charles L. Babcock
Richard E. Griffin
Curt M. Langley
1401 McKinney, Suite 1900
Houston, Texas 77010

**ATTORNEYS FOR DEFENDANTS AND COUNTER-PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Paul Kipp Charlton, Esq. | paul.charlton@gknet.com, gjk@gknet.com |
| Lindsi Michelle Weber, Esq. | lindsi.weber@gknet.com, jk@gknet.com |
| Marcos D. Jimenez, Esq. | mjimenez@kasowitz.com, ymorales@kasowitz.com |
| Scott B. Cosgrove, Esq. | scosgrove@kasowitz.com, anoonan@kasowitz.com |
| Ann M. St Peter-Griffith, Esq. | astpetergriffith@kasowitz.com |
| Sandra J. Millor, Esq. | smillor@kasowitz.com |

                  By:    /s/ Richard E. Griffin

6103238v.1 137567/00002