Douglas F. Behm – 014727
**DOUGLAS F. BEHM, PLLC**
14362 N. Frank Lloyd Wright Blvd.; Ste. 1000
Scottsdale, Arizona  85260
Telephone:    480-305-5633
Facsimile:    480-305-5634
E-mail:  dbehm@behmlawfirm.com

Charles L. Babcock, admitted *pro hac vice*
Richard E. Griffin, admitted *pro hac vice*
**JACKSON WALKER L.L.P.**
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone:    713-752-4200
Facsimile:    713-752-4221
Email: cbabcock@jw.com, rgriffin@jw.com, clangley@jw.com

*Attorneys for Defendants and Counter-Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br>          Plaintiff,<br><br>vs.<br><br><br><br><br>Jason R. Hope, et al.,<br><br>          Defendants. | No. CV11-432-PHX-DGC<br><br><br>**COUNTER-PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIM NUNC PRO TUNC** |

Counter-Plaintiffs Eye Level Holdings, LLC, New Economic Order, LLC, Saguaro Media, LLC, Cylon, LLC, SMS City, LLC, Standard Plan, LLC, Worldtxts.com, LLC, Mytxtsms.com, LLC, Text Charge, LLC, Fyisms.com, LLC, News Alerts, LLC, Message Plan, LLC, Standard Message, LLC, City-O-Games.com, LLC, All-Game-Cheats.org, LLC, Hot-Hot-

1

News.com, LLC, Topictext.com, LLC, Yellow Ball Holdings, LLC, New EIN, LLC, Ink Sign Holdings, LLC (collectively, "JAWA") file this Unopposed Motion to File Second Amended Counterclaim Nunc Pro Tunc, and would show the Court as follows:

In its Order of May 11, 2011 (Doc. #133), the Court stated (at pp. 18-19) that JAWA had not properly moved for leave to file its Second Amended Counterclaim or Restated Second Amended Counterclaim, thereby rejecting JAWA's argument that JAWA's Second Amended Counterclaim was properly before the Court. JAWA and its counsel meant no disrespect to the Court or to Verizon and its counsel in filing the Second Amended Counterclaim without first obtaining leave or consent, but in the rapidly moving events leading up to the hearing was attempting to meet the procedural objections Verizon raised.

JAWA now moves to file its Second Amended Counterclaim nunc pro tunc. A copy of JAWA's First Amended Answer and Restated Second Amended Counterclaim is attached hereto as Exhibit A. As a point of clarification, no objection has been raised concerning JAWA's First Amended Answer, and the Restated Second Amended Counterclaim dated April 10, 2011 (Doc. # 89), is identical to the Second Amended Counterclaim dated April 1, 2011 (Doc. #78). JAWA included the Second Amended Counterclaim in the same document as its First Amended Answer for two reasons: first, for convenience, so JAWA's live pleadings, defensive and offensive, would be in the same document; and, second, to avoid any dispute over whether the counterclaim was part of a live pleading. Exhibit B attached hereto is a redline depicting the changes made in Doc. # 89 filed April 10, 2011 as it revised Doc. # 78, filed April 1, 2011.

In addition, both the facts and the legal theories set forth in the Second Amended Counterclaim were tried by consent at the hearing held on April 13 and 14. Finally, Verizon has pending a motion to dismiss the Second Amended Counterclaim (Doc. #129), which motion will not be ripe for decision until JAWA's Second Amended Counterclaim is properly before the Court.

Counsel for JAWA has conferred with counsel for Verizon, and understands that Verizon does not oppose this Motion.

Therefore, for the reasons stated above, Counter-Plaintiffs respectfully request that Unopposed Motion to File Second Amended Counterclaim Nunc Pro Tunc be granted, and that the pleading attached as Exhibit A be filed.

Respectfully submitted this 16th day of May, 2011,

DOUGLAS F. BEHM, PLLC

By   /s/ Douglas F. Behm
Douglas F. Behm
14362 N. Frank Lloyd Wright Blvd. Suite 1000
Scottsdale, Arizona 85260

JACKSON WALKER L.L.P.

By:   /s/ Charles L. Babcock
Charles L. Babcock
Richard E. Griffin
1401 McKinney, Suite 1900
Houston, Texas 77010

ATTORNEYS FOR JAWA, DEFENDANTS AND COUNTER-PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2011, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Paul Kipp Charlton, Esq. | paul.charlton@gknet.com, gjk@gknet.com |
| Lindsi Michelle Weber, Esq. | lindsi.weber@gknet.com, jk@gknet.com |
| Marcos D. Jimenez, Esq. | mjimenez@kasowitz.com, ymorales@kasowitz.com |
| Scott B. Cosgrove, Esq. | scosgrove@kasowitz.com, anoonan@kasowitz.com |
| Ann M. St Peter-Griffith, Esq. | astpetergriffith@kasowitz.com |
| Sandra J. Millor, Esq. | smillor@kasowitz.com |

By: /s/ Douglas F. Behm