1
2
3
4
5
6
7                  **IN THE UNITED STATES DISTRICT COURT**
8                     **FOR THE DISTRICT OF ARIZONA**
9
10   Cellco Partnership d/b/a Verizon        No.  CV11-432-PHX-DCG
     Wireless,
11                Plaintiff,                 **ORDER**
12            vs.
13   Jason R. Hope, et al.,
14                Defendants.

15        Upon consideration of *Counter-Plaintiffs' Unopposed Motion for Leave to File*

16   *Second Amended Counterclaim Nunc Pro Tunc,* and for good cause appearing,

17        **IT IS HEREBY ORDERED** that *Counter-Plaintiffs' Unopposed Motion for*

18   *Leave to File Second Amended Counterclaim Nunc Pro Tunc* is granted, and Counter-

19   Plaintiffs' Second Amended Counterclaim is hereby considered properly filed.

20
21
22
23
24
25
     6119560v.1 137567/00002
26
27
28

1