FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 16 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## BOND NUMBER 82160821

**Cellco Partnership doing business as Verizon Wireless**

     Plaintiff,

v.

**Jason Hope, et al.,**

     Defendants.

CASE NO. CV11-0432-PHX-DGC

THE HONORABLE DAVID G. CAMPBELL

## BOND AS SECURITY FOR PRELIMINARY INJUNCTION

  KNOWN ALL MEN BY THESE PRESENTS that We, <u>Cellco Partnership doing business as Verizon Wireless</u>, as principal, and <u>Federal Insurance Company</u>, as surety, are held firmly bound unto the Defendants, <u>Jason Hope, et al.</u>, and all that class represented by the aforesaid Defendants, in the above action, in the sum of <u>Twenty Five Thousand and 00/100 ($25,000.00)</u> to be paid to said Defendants, their successors and assigns, to the payment of which we bind ourselves, successors and assigns, jointly and severally, by these presents.

  The condition of the above obligation is such that whereas <u>Cellco Partnership doing business as Verizon Wireless.</u>, Plaintiff in the above-entitled cause, have obtained from the <u>United States District Court For The District of Arizona</u>, a Preliminary Injunction against the aforesaid Defendants, upon condition that the Plaintiffs shall execute and file a good and sufficient bond for the sum of <u>Twenty Five Thousand and 00/100 ($25,000.00)</u>. To secure the payment of such costs and damages as may be incurred or suffered by any party hereto who may be found to have been wrongfully enjoined thereby.

Now, if the above bounded <u>Cellco Partnership doing business as Verizon Wireless</u> shall well and truly pay all such costs and damages as may be incurred or suffered by any party hereto who may be found to have been wrongfully enjoined by reason of said Preliminary Injunction, should it be thereafter dissolved or it be decided that said Preliminary Injunction as wrongfully obtained, then this obligation to be void, otherwise it shall remain in full force and effect.

  Signed at <u>Washington, D.C.</u> this <u>12th</u> day of <u>May, 2011</u>

               Cellco Partnership doing business as Verizon Wireless.
               Principal

               By: _____
               **Karen M. Shipman**
               **Assistant Secretary**
               Federal Insurance Company
               Surety

               By: _____
               Patrick Bannon, Attorney-in-Fact



| Chubb Surety | POWER OF ATTORNEY | Federal Insurance Company<br>Vigilant Insurance Company<br>Pacific Indemnity Company | Attn: Surety Department<br>15 Mountain View Road<br>Warren, NJ 07059 |
|---|---|---|---|

Know All by These Presents, That **FEDERAL INSURANCE COMPANY**, an Indiana corporation, **VIGILANT INSURANCE COMPANY**, a New York corporation, and **PACIFIC INDEMNITY COMPANY**, a Wisconsin corporation, do each hereby constitute and appoint **Patrick Bannon, Menuel Jones, Erin M. Margelis, Myrna Smith and Jeffrey Tyler of Washington, DC**-------

each as their true and lawful Attorney- In- Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

In Witness Whereof, said **FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY**, and **PACIFIC INDEMNITY COMPANY** have each executed and attested these presents and affixed their corporate seals on this **4th** day of **May, 2010**.

Kenneth C. Wendel, Assistant Secretary

David B. Norris, Jr., Vice President

STATE OF NEW JERSEY
County of Somerset } ss.

On this **4th** day of **May, 2010** before me, a Notary Public of New Jersey, personally came Kenneth C. Wendel, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Kenneth C. Wendel, being by me duly sworn, did depose and say that he is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of the By- Laws of said Companies; and that he signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that he is acquainted with David B. Norris, Jr. and knows him to be Vice President of said Companies; and that the signature of David B. Norris, Jr., subscribed to said Power of Attorney is in the genuine handwriting of David B. Norris, Jr., and was thereto subscribed by authority of said By- Laws and in deponent's presence.

Notarial Seal



KATHERINE J. ADELAAR
NOTARY PUBLIC OF NEW JERSEY
No 2316685
Commission Expires July 16, 2014

Notary Public

## CERTIFICATION

Extract from the By- Laws of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY:

"All powers of attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman or the President or a Vice President or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the following officers: Chairman, President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Assistant Secretaries or Attorneys- In- Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached."

I, Kenneth C. Wendel, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY (the "Companies") do hereby certify that

(i) the foregoing extract of the By- Laws of the Companies is true and correct,
(ii) the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U.S. Treasury Department; further, Federal and Vigilant are licensed in Puerto Rico and the U.S. Virgin Islands, and Federal is licensed in American Samoa, Guam, and each of the Provinces of Canada except Prince Edward Island; and
(iii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Warren, NJ this **12th day of May 2011**

  

Kenneth C. Wendel, Assistant Secretary

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT ADDRESS LISTED ABOVE, OR BY Telephone (908) 903- 3493 Fax (908) 903- 3656
e- mail: surety@chubb.com

Form 15-10- 0225B- U (Ed. 5- 03) CONSENT