# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a<br>VERIZON WIRELESS,<br><br>               Plaintiff,<br>v.<br>JASON HOPE; et al.,<br><br>               Defendants. | Case No. CV11-0432-PHX DGC<br><br>**ORDER GRANTING PLAINTIFF'S** *UNOPPOSED* **MOTION TO SET DEADLINE FOR FILING REPLY TO DEFENDANTS' RESPONSE TO MOTION TO DISMISS RESTATED SECOND AMENDED COUNTERCLAIM** |

      This matter came before the Court pursuant to the Plaintiff's *Unopposed* Motion to Set Deadline for Filing Reply to Defendants' Response to the Motion to Dismiss the Restated Second Amended Counterclaim (Doc. 137). After consideration of the Motion, and good cause appearing,

      **IT IS HEREBY ORDERED** that Plaintiff's deadline to Reply to Defendants' Response to Verizon's Motion to Strike and Motion to Dismiss (the "Response") [DOC. 130] is set for one week from the date the Court enters an order granting Defendants' Motion for Leave to File the Restated Second Amended Complaint *Nunc Pro Tunc*.

      Dated this 23rd day of May, 2011.

*/s/ David G. Campbell*
_____
David G. Campbell
United States District Judge