**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a/ VERIZONA WIRELESS, | Case No.:  CV 11-00432-DGC |
| Plaintiff, | |
| v. | NOTICE OF APPEAL |
| JASON HOPE; WAYNE P. DESTEFANO; CHRISTA STEPHENS; QUINN McCULLOUGH; STEVE UHRMAN; JANET O'MEARA; CYLON, LLC a/k/a JAWA; EYE LEVEL HOLDINGS, LLC a/k/a/ JAWA; NEW ECONOMIC ORDER, LLC; SAGUARO MEDIA, LLC; NEW EIN, LLC; INK SIGN HOLDINGS, LLC; MESSAGE PLAN, LLC; FYISMS,COM, LLC; MYTXTSMS.COM, LLC; STANDARD PLAN, LLC; STANDARD MESSAGE, LLC; SMS CITY, LLC; HOT-HOT-NEWS.COM, LLC; CITY-O-GAMES.COM, LLC; WORLDTXTS.COM, LLC; TOPICTEXT.COM, LLC; TEXT | |

**CHARGE, LLC; ALL-GAME-CHEATS.ORG, LLC; and NEWS ALERTS, LLC,**

        **Defendants.**

Notice is hereby given that the Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Order Granting Plaintiffs' Motion for Preliminary Injunction and Denying Defendants' Motion for Preliminary Injunction entered in this action on the 11th day of May, 2011 (DKT #133).

**DATED** this 7th day of June, 2011.

        **WILENCHIK & BARTNESS, P.C.**

/s/ Dennis I. Wilenchik
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona  85004
admin@wb-law.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I certify that on this 7th day of June, 2011, I electronically transmitted the attached document to the Clerk's office of the United States District Court, District of Arizona, using a Clerk of Court hosted electronic filing system for filing and the transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Kristen Rhoad