**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810      Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Kathleen E. Martoncik #023982
admin@wb-law.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a/ VERIZONA WIRELESS, | Case No.:  CV 11-00432-DGC |
| **Plaintiff,** | |
| v. | **NOTICE OF APPEARANCE** |
| JASON HOPE; WAYNE P. DESTEFANO; CHRISTA STEPHENS; QUINN McCULLOUGH; STEVE UHRMAN; JANET O'MEARA; CYLON, LLC a/k/a JAWA; EYE LEVEL HOLDINGS, LLC a/k/a/ JAWA; NEW ECONOMIC ORDER, LLC; SAGUARO MEDIA, LLC; NEW EIN, LLC; INK SIGN HOLDINGS, LLC; MESSAGE PLAN, LLC; FYISMS,COM, LLC; MYTXTSMS.COM, LLC; STANDARD PLAN, LLC; STANDARD MESSAGE, LLC; SMS CITY, LLC; HOT-HOT-NEWS.COM, LLC; CITY-O-GAMES.COM, LLC; WORLDTXTS.COM, LLC; TOPICTEXT.COM, LLC; TEXT CHARGE, LLC; ALL-GAME-CHEATS.ORG, LLC; and NEWS ALERTS, LLC, | |
| **Defendants.** | |

Notice is hereby given that the firm of Wilenchik & Bartness P.C., by and through attorney Dennis I. Wilenchik, hereby appears for and on behalf of Defendants Jason Hope,

1  Wayne P. DeStefano, Christa Stephens, Quinn McCullough, Steve Uhrman, Janet O'Meara,
2  Cylon, LLC a/k/a JAWA; Eye Level Holdings, LLC a/k/a/ JAWA; New Economic Order, LLC,
3  Saguaro Media, LLC, New Ein, LLC; Ink Sign Holding, LLC, Message Plan, LLC,
4  Fyisms,Com, LLC; Mytxtsms.Com, LLC; Standard Plan, LLC; Standard Message, LLC; SMS
5  City, LLC; Hot-Hot-News.com, LLC; City-O-Games.com, LLC; Worldtxts.com, LLC;
6  Topictext.com, LLC; Text Charge, LLC; All-Game-Cheats.org, LLC; and News Alerts, LLC in
7  the above-entitled cause of action.

    Mr. Wilenchik is a member in good standing of the Arizona State Bar, the Bar of this Court, and the Bar of the Ninth Circuit.  He has been advised of all deadlines and pending matters and will appear on behalf of JAWA to serve as counsel in this matter.  Copies of all filings related to the above captioned matter, henceforth, should be forwarded to the appearing counsel:

> Dennis I. Wilenchik, Esq.
> The Wilenchik & Bartness Building
> 2810 North Third Street
> Phoenix, Arizona 85004
> admin@wb-law.com
> Telephone (602-606-2810)
> Facsimile (602-606-2811),

**DATED** this 9th day of June, 2011.

**WILENCHIK & BARTNESS, P.C.**

/s/ Dennis I. Wilenchik
Dennis I. Wilenchik, Esq.
Kathleen E. Martoncik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that on this 8th day of June, 2011, I electronically transmitted this document to the Clerk's office of the United States District Court, District of Arizona, using a Clerk of Court hosted electronic filing system for filing and the transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I further certify that a copy of this document was sent, via e-mail and regular mail, to the following parties:

| | |
|---|---|
| Douglas Behm, Esq.<br>Douglas F. Behm, PLLC<br>14362 N. Frank Lloyd Wright Blvd. #1000<br>Scottsdale, AZ 85260<br>Defendants' Former Counsel | John Kiley Edwards, Esq.<br>Chip Babcock, Esq.<br>Jackson Walker LLP<br>1401 McKinney, Ste. 1900<br>Houston, TX 77010<br>Defendants' Former Counsel |
| Ann M St Peter-Griffith, Esq.<br>Marcos D. Jimenez, Esq.<br>Kasowitz Benson Torres & Friedman LLP<br>Miami, FL<br>1441 Brickell Ave., Ste. 1420<br>Miami, FL 33131<br>Plaintiff's Counsel<br>Email: astpetergriffith@kasowitz.com | Paul Kipp Charlton<br>Lindsi Michelle Weber<br>Gallagher & Kennedy PA<br>2575 E Camelback Rd., Ste. 1100<br>Phoenix, AZ 85016-9225<br>602-530-8202<br>Fax: 602-530-8500<br>Email: lindsi.weber@gknet.com<br>Email: paul.charlton@gknet.com<br>*Plaintiff's Counsel* |
| Jeff Bouma, Esq.<br>3001 E. Camelback Rd.<br>Suite 140<br>Phoenix, Arizona 85016<br>(602) 340-1000 (main)<br>(602) 493-7967 (fax)<br>(602) 284-3063 (cell)<br>jjbouma@boumalaw.com<br>jjbouma@azbar.org<br>Attorney for Janet O'Meara | Grant Woods, Esq.<br>**GRANT WOODS, P.C.**<br>Two Renaissance Square<br>40 North Central Avenue, Suite 2250<br>Phoenix, Arizona 85003<br>Phone: 602-258-2599<br>E-Mail: gw@grantwoodspc.net<br>Co-Counsel for Defendants |

Dated this 8th day of June, 2011

/s/ Kristen Rhoads