

Dennis I. Wilenchik, #005350
Kathleen E. Martoncik #023982
admin@wb-law.com
*Attorneys for Defendants and Counter-Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS,** | Case No.: CV 11-00432-DGC |
| **Plaintiff,** | |
| v. | **AMENDED NOTICE OF APPEAL** |
| JASON HOPE; WAYNE P. DESTEFANO; CHRISTA STEPHENS; QUINN McCULLOUGH; STEVE UHRMAN; JANET O'MEARA; CYLON, LLC a/k/a JAWA; EYE LEVEL HOLDINGS, LLC a/k/a/ JAWA; NEW ECONOMIC ORDER, LLC; SAGUARO MEDIA, LLC; NEW EIN, LLC; INK SIGN HOLDINGS, LLC; YELLOW BALL HOLDINGS, LLC; MESSAGE PLAN, LLC; FYISMS,COM, LLC; MYTXTSMS.COM, LLC; STANDARD PLAN, LLC; STANDARD MESSAGE, LLC; SMS CITY, LLC; HOT-HOT-NEWS.COM, LLC; CITY-O-GAMES.COM, LLC; WORLDTXTS.COM, LLC; TOPICTEXT.COM, LLC; TEXT CHARGE, LLC; ALL-GAME-CHEATS.ORG, LLC; and NEWS ALERTS, LLC, | **PRELIMINARY INJUNCTION APPEAL AND REPRESENTATION STATEMENT** |
| **Defendants.** | |
| CYLON, LLC a/k/a JAWA; EYE LEVEL HOLDINGS, LLC a/k/a/ JAWA; NEW ECONOMIC ORDER, LLC; SAGUARO MEDIA, LLC; NEW EIN, LLC; INK SIGN | |

| | |
|---|---|
| HOLDINGS, LLC; YELLOW BALL HOLDINGS, LLC; MESSAGE PLAN, LLC; FYISMS,COM, LLC; MYTXTSMS.COM, LLC; STANDARD PLAN, LLC; STANDARD MESSAGE, LLC; SMS CITY, LLC; HOT-HOT-NEWS.COM, LLC; CITY-O-GAMES.COM, LLC; WORLDTXTS.COM, LLC; TOPICTEXT.COM, LLC; TEXT CHARGE, LLC; ALL-GAME-CHEATS.ORG, LLC; and NEWS ALERTS, LLC, | |
| **Counter-Plaintiffs,** | |
| v. | |
| CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, | |
| **Counter-Defendant.** | |

Defendants/Counter-Plaintiffs hereby file their amended Notice of Appeal to designate the appeal as a Preliminary Injunction Appeal, as is required pursuant to Rule 3-3, Ninth Circuit Rules of Appellate Procedure. Pursuant to Ninth Circuit Rule 3-2, Defendants/Counter-Plaintiffs' Representation Statement is attached hereto.

Notice is hereby given that the Defendants in the above named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Order Granting Plaintiffs' Motion for Preliminary Injunction and Denying Defendants' Motion for Preliminary Injunction entered in this action on the 11th day of May, 2011 (DKT #133).

**DATED** this 9th day of June, 2011.

**WILENCHIK & BARTNESS, P.C.**

/s/ Dennis I. Wilenchik
Dennis I. Wilenchik, Esq.
Kathleen E. Martoncik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendants/Counterplaintiffs*

## REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Defendants/Counter-Plaintiffs identify the following parties to this action, and their counsel of record:

1. **Appellants Jason Hope, Wayne P. DeStefano, Christa Stephens, Quinn McCullough, Steve Uhrman, and Janet O'Meara, and Defendants and Counter-Plaintiffs Cylon, LLC, Planet Web, LLC, BESTXTS.COM , LLC, Text Charge, LLC, Eye Level Holdings, LLC, New Economic Order, LLC, Saguaro Media, LLC, New EIN, LLC, Ink Sign Holdings, LLC, Yellow Ball Holdings, LLC, Message Plan, LLC, FYISMS.COM , LLC, MYTXTSMS.COM , LLC, Standard Plan, LLC, Standard Message, LLC, SMS City, LLC, City-O-Games.Com , LLC, Hot-Hot-News.Com, LLC, WorldTxts.Com, LLC, TopicText.Com, LLC, Text Charge, LLC, All-Game-Cheats.Org , LLC, and News Alerts, LLC**

   <u>**Lead Counsel:**</u>
   Dennis I. Wilenchik, Esq.
   Kathleen E. Martoncik, Esq.
   The Wilenchik & Bartness Building
   2810 North Third Street
   Phoenix, Arizona  85004
   admin@wb-law.com
   Phone:  602.606.2810
   Facsimile:  602.606.2811

   Grant Woods, Esq.
   **GRANT WOODS, P.C.**
   Two Renaissance Square
   40 North Central Avenue, Suite 2250
   Phoenix, Arizona  85003
   Phone:  602-258-2599
   *gw@grantwoodspc.net*
   *Co-Counsel*

2. **Appellee CELLCO Partnership d/b/a/ Verizon Wireless**

   Ann M. St. Peter-Griffith
   Marcos D. Jimenez, Esq.
   Kasowitz Benson Torres & Friedman LLP
   1441 Brickell Ave., Ste. 1420
   Miami, FL 33131
   astpetergriffith@kasowitz.com
   mjimenez@kasowitz.com
   Phone:  786.587.1054
   Facsimile:  305.397.2731

# CERTIFICATE OF SERVICE

I certify that on this 9th day of June, 2011, I electronically transmitted this document to the Clerk's office of the United States District Court, District of Arizona, using a Clerk of Court hosted electronic filing system for filing and the transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I further certify that a copy of this document was sent, via e-mail and regular mail, this 9th day of June 2011, to the following parties:

| | |
|---|---|
| Douglas Behm, Esq.<br>Douglas F. Behm, PLLC<br>14362 N. Frank Lloyd Wright Blvd. #1000<br>Scottsdale, AZ 85260<br>dbehm@behmlawfirm.com<br>*Defendants/Counter-Plaintiffs' Former Counsel* | John Kiley Edwards, Esq.<br>Chip Babcock, Esq.<br>Jackson Walker LLP<br>1401 McKinney, Ste. 1900<br>Houston, TX 77010<br>E-Mail: cbabcock@jw.com<br>*Defendants/Counter-Plaintiffs' Former Counsel* |
| Marcos D. Jimenez, Esq.<br>Kasowitz Benson Torres & Friedman LLP<br>1441 Brickell Ave., Ste. 1420<br>Miami, FL 33131<br>Plaintiff's Counsel<br>Email: astpetergriffith@kasowitz.com<br>*Plaintiffs/Counter-Defendants' Counsel* | Paul Kipp Charlton, Esq.<br>Lindsi Michelle Weber, Esq.<br>Gallagher & Kennedy PA<br>2575 E Camelback Rd., Ste. 1100<br>Phoenix, AZ 85016-9225<br>Email: lindsi.weber@gknet.com<br>Email: paul.charlton@gknet.com<br>*Plaintiffs/Counter-Defendants' Counsel* |
| Jeff Bouma, Esq.<br>3001 E. Camelback Rd.<br>Suite 140<br>Phoenix, Arizona 85016<br>jjbouma@boumalaw.com<br>jjbouma@azbar.org<br>*Attorney for Janet O'Meara* | Grant Woods, Esq.<br>GRANT WOODS, P.C.<br>Two Renaissance Square<br>40 North Central Avenue, Suite 2250<br>Phoenix, Arizona 85003<br>E-Mail: gw@grantwoodspc.net<br>*Co-Counsel for Defendants/Counter-Plaintiffs* |

Dated this 9th day of June, 2011

/s/ K. Rhoad