# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership doing business as Verizon Wireless,<br><br>        Plaintiff,<br><br>vs.<br><br>Jason Hope, et al.,<br><br>        Defendants. | No. CV11-0432 PHX DGC<br><br>**ORDER** |

Upon consideration of Counter-Plaintiffs' unopposed motion for leave to file second amended counterclaim *nunc pro tunc* (Doc. 136), and good cause appearing,

**IT IS HEREBY ORDERED** that Counter-plaintiffs' unopposed motion for leave to file second amended complaint *nunc pro tunc* (Doc. 136) is **granted**. Counter-Plaintiffs' second amended counterclaim is hereby considered properly filed.

Dated this 23rd day of June, 2011.

_____
David G. Campbell
United States District Judge