J. Grant Woods (#006106)
**GRANT WOODS LAW**
Two Renaissance Square
40 N Central Ave, Suite 2250
Phoenix, AZ 85004
(602) 258-2599 phone
(602) 258-5070 fax
Email: sharonb@grantwoodspc.net

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **CELLCO PARTNERSHIP d/b/a/ VERIZONA WIRELESS,** | Case No.: CV 11-00432-DGC |
| **Plaintiff,** | |
| v. | **NOTICE OF APPEARANCE** |
| **JASON HOPE; WAYNE P. DESTEFANO; CHRISTA STEPHENS; QUINN McCULLOUGH; STEVE UHRMAN; JANET O'MEARA; CYLON, LLC a/k/a JAWA; EYE LEVEL HOLDINGS, LLC a/k/a JAWA; NEW ECONOMIC ORDER, LLC; SAGUARO MEDIA, LLC; NEW EIN, LLC; INK SIGN HOLDINGS, LLC; MESSAGE PLAN, LLC; FYISMS,COM, LLC; MYTXTSMS.COM, LLC; STANDARD PLAN, LLC; STANDARD MESSAGE, LLC; SMS CITY, LLC; HOT-HOT-NEWS.COM, LLC; CITY-O-GAMES.COM, LLC; WORLDTXTS.COM, LLC; TOPICTEXT.COM, LLC; TEXT CHARGE, LLC; ALL-GAME-CHEATS.ORG, LLC; and NEWS ALERTS, LLC,** | |
| **Defendants.** | |

Notice is hereby given that the firm of Grant Woods Law by and through attorney J. Grant Woods, hereby appears, along with Co-Counsel Dennis I. Wilenchik of Wilenchik & Bartness, P.C., for and on behalf of Defendants Jason Hope, Wayne P.

DeStefano, Christa Stephens, Quinn McCullough, Steve Uhrman, Janet O'Meara, Cylon, LLC a/k/a JAWA; Eye Level Holdings, LLC a/k/a/ JAWA; New Economic Order, LLC, Saguaro Media, LLC, New Ein, LLC; Ink Sign Holding, LLC, Message Plan, LLC, Fyisms,Com, LLC; Mytxtsms.Com, LLC; Standard Plan, LLC; Standard Message, LLC; SMS City, LLC; Hot-Hot-News.com, LLC; City-O-Games.com, LLC; Worldtxts.com, LLC; Topictext.com, LLC; Text Charge, LLC; All-Game-Cheats.org, LLC; and News Alerts, LLC in the above-entitled cause of action.

  Mr. Woods is a member in good standing of the Arizona State Bar, the Bar of this Court, and the Bar of the Ninth Circuit.  He has been advised of all deadlines and pending matters and will appear on behalf of JAWA to serve as counsel in this matter.  Copies of all filings related to the above captioned matter, henceforth, should be forwarded to the appearing counsel:

Grant Woods Law<br>
40 N. Central Avenue<br>
Phoenix, Arizona 85004<br>
sharonb@grantwoodspc.net<br>
Telephone (602-258-2599)<br>
Facsimile (602-258-5070),

 **DATED** this 23rd day of June, 2011.

        GRANT WOODS LAW

        /s/ Grant Woods
        Grant Woods
        40 N. Central Avenue, Suite 2250
        Phoenix, Arizona  85004
        sharonb@grantwoodspc.net
        *Attorney for Defendants*

# **CERTIFICATE OF SERVICE**

I certify that on this 23rd day of June, 2011, I electronically transmitted this document to the Clerk's office of the United States District Court, District of Arizona, using a Clerk of Court hosted electronic filing system for filing and the transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I further certify that a copy of this document was sent, via e-mail and regular mail, to the following parties:

| | |
|---|---|
| Douglas Behm, Esq.<br>Douglas F. Behm, PLLC<br>14362 N. Frank Lloyd Wright Blvd. #1000<br>Scottsdale, AZ 85260<br>Defendants' Former Counsel | John Kiley Edwards, Esq.<br>Chip Babcock, Esq.<br>Jackson Walker LLP<br>1401 McKinney, Ste. 1900<br>Houston, TX 77010<br>Defendants' Former Counsel |
| Ann M St Peter-Griffith, Esq.<br>Marcos D. Jimenez, Esq.<br>Kasowitz Benson Torres & Friedman LLP<br>1441 Brickell Ave., Ste. 1420<br>Miami, FL 33131<br>Plaintiff's Counsel<br>Email: astpetergriffith@kasowitz.com | Paul Kipp Charlton<br>Lindsi Michelle Weber<br>Gallagher & Kennedy PA<br>2575 E Camelback Rd., Ste. 1100<br>Phoenix, AZ 85016-9225<br>602-530-8202<br>Fax: 602-530-8500<br>Email: lindsi.weber@gknet.com<br>Email: paul.charlton@gknet.com<br>*Plaintiff's Counsel* |
| Jeff Bouma, Esq.<br>3001 E. Camelback Rd.<br>Suite 140<br>Phoenix, Arizona 85016<br>(602) 340-1000 (main)<br>(602) 493-7967 (fax)<br>(602) 284-3063 (cell)<br>jjbouma@boumalaw.com<br>jjbouma@azbar.org<br>Attorney for Janet O'Meara | Grant Woods, Esq.<br>**GRANT WOODS, P.C.**<br>Two Renaissance Square<br>40 North Central Avenue, Suite 2250<br>Phoenix, Arizona  85003<br>Phone:  602-258-2599<br>E-Mail: gw@grantwoodspc.net<br>Co-Counsel for Defendants |

Dated this 23rd day of June, 2011

/s/ Sharon E. Beatty.