# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br>      Plaintiff,<br>vs.<br>Jason R. Hope, et al.,<br>      Defendants. | No. CV11-432-PHX-DGC<br><br>**ORDER** |

Pursuant to the application of Douglas F. Behm, of Douglas F. Behm, PLLC, to withdraw as counsel (Doc. 148) for Jason R. Hope, Wayne P. DeStefano, Christa Stephens, Quinn McCullough, Steve Uhrman, Janet O'Meara Donnellan, Cylon, LLC; Eye Level Holdings, LLC, a/k/a JAWA; New Economic Order, LLC; Saguaro Media, LLC; New Ein, LLC; Ink Sign Holdings, LLC; Yellow Ball Holdings, LLC; Message Plan, LLC; FYISMS.com, LLC; MYTXTSMS.com, LLC; Standard Plan, LLC; Standard Message, LLC; SMS City, LLC; Hot-Hot-News.com, LLC; City-o-Games.com, LLC; Worldtxts.com, LLC; Topictext.com, LLC; Text Charge, LLC; All-Game-Cheats.org, LLC; and News Alerts, LLC, (collectively, "JAWA"), with the consent of JAWA, and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' application (Doc. 148) is **granted**. Douglas F. Behm of Douglas F. Behm, PLLC is permitted to withdraw as counsel of record for JAWA and is hereby removed as counsel of record for JAWA in this matter.

Dated this 24th day of June, 2011.

_____
David G. Campbell
United States District Judge

1