Jeff Bouma, Esq. #011808
**LAW OFFICES OF JEFF BOUMA, P.C.**
3001 E. Camelback Road, Suite 140
Phoenix, Arizona 85016
Telephone: (602) 340-1000
Fax: (602) 493-7967
jjbouma@boumalaw.com
*Attorneys for Janet O'Meara*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | Case No. 11-CV-0432-PHX-DGC |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| JASON HOPE, ET AL., | |
| Defendants. | |

    Undersigned counsel hereby files with this Court his formal Notice of Appearance as Counsel of Record on behalf of Defendant Janet O'Meara.

    RESPECTFULLY SUBMITTED this  28th  day of June, 2011.

                             **LAW OFFICES OF JEFF BOUMA, P.C.**

                             By:  /s/ Jeff Bouma
                                 Jeff Bouma, Esq.
                                 3001 E. Camelback Road, Suite 140
                                 Phoenix, AZ  85016
                                 *Attorneys for Janet O'Meara*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants and/or hand-delivered.


*By:*  /s/ Jeff Bouma