Paul K. Charlton (Bar No. 012449)
Lindsi M. Weber (Bar No. 025820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: paul.charlton@gknet.com
lindsi.weber@gknet.com

Marcos Jiménez (admitted pro hac vice)
Scott Cosgrove (admitted pro hac vice)
Ann M. St. Peter-Griffith (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone: (786) 587-1077
Facsimile: (305) 675-7970
Email: MJimenez@kasowitz.com
SCosgrove@kasowitz.com
AStpetergriffith@kasowitz.com

Dennis Ira Wilenchik (Bar No. 005350)
J. Grant Woods (Bar No. 006106)
Kathleen E. Martoncik (Bar No. 023982)
M. Rob Somers (Bar No. 017501)
Edwin G. Anderson (Bar. No. 027292)
WILENCHIK & BARTNESS, P.C.
2810 N 3rd St., Ste. 103
Phoenix, AZ 85004
Telephone: (602) 606-2810
Facsimile: (602) 606-2811
Email: diw@wb-law.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br>v.<br><br>JASON HOPE; et al.,<br><br>Defendants. | Case No. 2:11-cv-00432-DGC<br><br>**STIPULATION AND FIRST REQUEST FOR EXTENSION OF INITIAL DISCLOSURE DEADLINE**<br><br>(Assigned to the Hon. David G. Campbell) |

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless" or "Plaintiff") and Defendants All-Game-Cheats.org, LLC; City-O-Games.com, LLC; Cylon, LLC; Wayne P. Destefano; Eye Level Holdings, LLC; Fyisms.com, LLC; Jason

Hope; Hot-Hot News.com, LLC; Ink Sign Holdings, LLC; Quinn McCullough; Message Plan, LLC; Mytxtsms.com, LLC; New Economic Order, LLC; New EIN, LLC; News Alerts, LLC; Janet O'Meara; Saguaro Media, LLC; SMS City, LLC; Standard Message, LLC; Standard Plan, LLC; Christa Stephens; Text Charge, LLC; Topictext.com, LLC; Steve Uhrman; Worldtxts.com, LLC; and Yellow Ball Holdings, LLC (collectively, "Defendants") hereby stipulate and request an extension of the deadline to exchange initial disclosure statements by a period of two weeks. The current deadline is set for July 8, 2011, and the parties have been in active and continuing discussions regarding potential settlement and resolution of the issues in this case. Accordingly, the Parties request an extension to July 22, 2011 to exchange initial disclosure statements. The grant of the proposed extension furthers the interests of judicial efficiency and economy by reducing expenses for all Parties in the event of a successful settlement, and will not affect any remaining deadlines set by the Court.

RESPECTFULLY SUBMITTED this 8th day of July, 2011

GALLAGHER & KENNEDY, P.A.

Paul K. Charlton
Lindsi M. Weber
2575 East Camelback Road
Phoenix, Arizona 85016-9225

By */s/ Ann M. St. Peter-Griffith*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Marcos Jiménez
Scott Cosgrove
Ann M. St. Peter-Griffith
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131

*Attorneys for Plaintiff*

By */s/ Kathleen E. Martoncik*

WILENCHIK & BARTNESS, P.C.

Dennis Ira Wilenchik, Esq.

| | |
|---|---|
| 1 | J. Grant Woods, Esq. |
| 2 | Kathleen E. Martoncik, Esq. |
| | M. Rob Somers, Esq. |
| 3 | Edwin G. Anderson, Esq. |
| | 2810 N 3rd St., Ste. 103 |
| 4 | Phoenix, AZ 85004 |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2011, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

/s/*Ann M. St. Peter-Griffith*