Paul K. Charlton (Bar No. 012449)
Lindsi M. Weber (Bar No. 025820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
Email:         paul.charlton@gknet.com
                   lindsi.weber@gknet.com

Marcos Jiménez (admitted pro hac vice)
Scott Cosgrove (admitted pro hac vice)
Ann M. St. Peter-Griffith (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone:   (786) 587-1077
Facsimile:    (305) 675-7970
Email:         MJimenez@kasowitz.com
                   SCosgrove@kasowitz.com
                   AStpetergriffith@kasowitz.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>v.<br><br>JASON HOPE; et al.,<br><br>Defendants. | Case No. 2:11-cv-00432-DGC<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that on July 22, 2011, Plaintiff Cellco Partnership d/b/a Verizon Wireless served its Rule 26(a)(1) Disclosures upon Defendants' counsel, Dennis I. Wilenchik, Kathleen Martoncik, and Grant Woods, via FedEx Overnight delivery and electronic mail.

DATED this 22nd day of July, 2011.

                        GALLAGHER & KENNEDY, P.A.

                        By */s/ Lindsi M. Weber*
                           Paul K. Charlton
                           Lindsi M. Weber
                           2575 East Camelback Road
                           Phoenix, Arizona 85016-9225

GALLAGHER & KENNEDY, P.A.
2575 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9225
(602) 530-8000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Marcos Jiménez
Scott Cosgrove
Ann M. St. Peter-Griffith
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 22nd day of July, 2011, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

        /s/  Jeanette Burkey