**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW

The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com
*Attorneys for Defendants Jason Hope and Wayne P. Destefano, et al.*

J. Grant Woods, Esq. #006106
Grant Woods Law P.C.
Two Renaissance Square
40 N. Central Ave., Ste 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-Counsel for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS,**<br><br>                    **Plaintiff,**<br>v.<br><br>**JASON R. HOPE, et al.,**<br><br>                    **Defendants.** | Case No. CV 11-00432-DGC<br><br>**JAWA DEFENDANTS' MOTION FOR LEAVE TO FILE TWO SEPARATE MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(Assigned to the Honorable David G. Campbell)** |

Defendants Jason R. Hope, Wayne P. DeStefano and Eye Level Holdings, LLC (collectively "JAWA"), by and through undersigned counsel, hereby respectfully request that

this Court allow Defendants to file one motion for summary judgment in this matter on Plaintiff's claims and a second such motion on Defendants' counterclaims. Given the complexity of the two remaining claims by Plaintiff for racketeering and intentional interference with contractual relations, it would be difficult if not impossible to address Defendants' equally complex claims in the same motion and within the page limitation. Moreover, the parties' respective legal theories are quite different, so there is no benefit in combining the briefing or any oral argument on the motions. In fact, a combined motion and its statement of facts could become unwieldy. It is also possible that discovery will allow for a motion for summary judgment to be filed on Plaintiff's claims before a similar motion can be filed on Defendants' counterclaims. The grant of any motion for summary judgment would drastically reduce the scope of this matter and it is in the interest of judicial economy to allow all issues to be narrowed and focused as early as possible during the litigation. Accordingly, it is beneficial to the Court and to all Parties not to delay Defendants' motion until they were ready to move on their counterclaims.

Therefore, in the interests of efficiency and judicial economy, Defendants move for leave to file separate motions for summary judgment on Plaintiff's claims in the complaint and Defendants' claims in the counterclaim.

**RESPECTFULLY SUBMITTED** this 23rd day of August, 2011.

| **WILENCHIK & BARTNESS, P.C.** | **GRANT WOODS LAW P.C.** |
|---|---|
| /s/ Dennis I. Wilenchik | /s/ J. Grant Woods |
| Dennis I. Wilenchik, Esq. | Two Renaissance Square |
| The Wilenchik & Bartness Building | 40 N. Central Ave., Ste 2250 |

2

2810 North Third Street
Phoenix, Arizona  85004
admin@wb-law.com
*Attorneys for Defendants Jason Hope
and Wayne P. Destefano, et al.*

Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-counsel for Defendants Jason Hope
and Wayne P. Destefano, et al.*

**CERTIFICATE OF SERVICE**

    I certify that on this 23rd day of August, 2011, I electronically transmitted the attached document to the Clerk's office of the United States District Court, District of Arizona, using a Clerk of Court hosted electronic filing system for filing and the transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/Kathy Hicks