# Exhibit B

Proposed Order

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>    Plaintiff,<br>v.<br>JASON HOPE; et al.,<br><br>    Defendants. | Case No. 2:11-cv-00432-DGC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

This matter came before the Court pursuant to the Plaintiff's *Motion for Leave to File First Amended Complaint* (the "Motion for Leave"). After consideration of the Motion for Leave, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for Leave.

**IT IS FURTHER ORDERED** that Plaintiff shall file and serve the First Amended Complaint within fourteen (14) days of the date of this Order, in compliance with LR Civ. P. 15.1.

DATED this _____ day of _____, 2011.

_____
David G. Campbell
United States District Judge