IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jason Hope, et al.,<br><br>　　　　Defendants.<br>_____<br><br>Cylon, LLC, et al.,<br><br>　　　　Counterclaimants,<br><br>v.<br><br>Cellco Partnership<br><br>　　　　Counterdefendant.<br>_____ | No. CV-11-0432-PHX-DGC<br><br>**ORDER** |

　　　　The Court has received the parties' Stipulation to Reschedule Settlement Conference. (Doc. 173). After consideration of the Stipulation, doc. 173, and good cause appearing,

　　　　**IT IS ORDERED** rescheduling the parties' October 4, 2011, Settlement Conference from 2:00 p.m. to 10:00 a.m. This is a change in time only.

/ / /

/ / /

/ / /

1  **IT IS FURTHER ORDERED affirming** all orders, except for the time of
2  said conference, in the Court's Settlement Conference Order.  (Doc. 158) Counsel are
3  reminded the Court has set aside two hours for the Settlement Conference.
4  DATED this 9th day of September, 2011.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge