**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810      Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com
*Attorneys for Defendants Jason Hope and Wayne P. Destefano, et al.*

J. Grant Woods, Esq., #006106
Grant Woods Law P.C.
Two Renaissance Square
40 N. Central Ave., Ste 2250
Phoenix, Arizona  85004
gw@grantwoodspc.net
*Co-Counsel for Defendants*

Paul K. Charlton, Esq., #012449
Lindsi M. Weber, Esq., #025820
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
paul.charlton@gknet.com
lindsi.weber@gknet.com

Marcos Jiménez (admitted pro hac vice)
Scott Cosgrove (admitted pro hac vice)
Ann M. St. Peter-Griffith (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida  33131
MJimenez@kasowitz.com
SCosgrove@kasowitz.com
AStpetergriffith@kasowitz.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **CELLCO PARTNERSHIP d/b/a/ VERIZONA WIRELESS,**<br><br>Plaintiff,<br><br>v.<br><br>**JASON R. HOPE, et al.,**<br><br>Defendants. | Case No. CV 11-00432-DGC<br><br>**JOINT MEMORANDUM REGARDING SETTLEMENT NEGOTIATIONS**<br><br>Assigned to the Honorable<br>David G. Campbell |

COME NOW the Parties, by and through undersigned counsel, and hereby submit this joint memorandum to the Court regarding settlement efforts, pursuant to Paragraph 8 of the June 30, 2011 Scheduling Order.  The Parties have engaged in multiple attempts to negotiate settlement, including multiple rounds of correspondence and telephone conversations.  To date, the Parties have not been able to reach a settlement agreement.  A formal settlement conference is scheduled with Magistrate Lawrence O. Anderson on October 4, 2011.  The Parties are committed to participating in that conference in good-faith.

**RESPECTFULLY SUBMITTED** this 9th day of September, 2011

| **WILENCHIK & BARTNESS, P.C.** | **GRANT WOODS LAW P.C.** |
|---|---|
| /s/ Dennis I. Wilenchik<br>Dennis I. Wilenchik, Esq.<br>The Wilenchik & Bartness Building<br>2810 North Third Street<br>Phoenix, Arizona 85004<br>admin@wb-law.com<br>*Attorneys for Defendants Jason Hope and Wayne P. Destefano, et al.* | **/s/** Grant Woods<br>Grant Woods, Esq.<br>Two Renaissance Square<br>40 N. Central Ave, Suite 2250<br>Phoenix, Arizona 85004<br>gw@grantwoodspc.net<br>*Co-counsel for Defendants Jason Hope and Wayne P. Destefano, et al.* |

| **GALLAGHER & KENNEDY, P.C.** | **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP** |
|---|---|
| /s/ Paul Charlton, Esq. | /s/ Marcos Jiménez, Esq. |
| Paul K. Charlton (Bar No. 012449) | Marcos Jiménez (admitted pro hac vice) |
| Lindsi M. Weber (Bar No. 025820) | Scott Cosgrove (admitted pro hac vice) |
| 2575 East Camelback Road | Ann M. St. Peter-Griffith (admitted pro hac vice) |
| Phoenix, Arizona 85016-9225 | 1441 Brickell Avenue, Suite 1420 |
| paul.charlton@gknet.com | Miami, Florida 33131 |
| lindsi.weber@gknet.com | MJimenez@kasowitz.com |
| *Attorneys for Plaintiffs* | SCosgrove@kasowitz.com |
| | AStpetergriffith@kasowitz.com |
| | *Co-counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I, Hilary Myers, certify that on this 9th day of September, 2011, I electronically transmitted the attached document to the Clerk's office of the United States District Court, District of Arizona, using a Clerk of Court hosted electronic filing system for filing and the transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ H. Myers