**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>            Plaintiff,<br><br>v.<br><br>JASON HOPE; et al.,<br><br>            Defendants. | Case No. CV11-0432-PHX DGC<br><br>**ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION FOR LEAVE TO FILE TWO SEPARATE MOTIONS FOR SUMMARY JUDGMENT, MOTION TO DISMISS AND MOTION FOR RELIEF FROM ORDER GRANTING PRELIMINARY INJUNCTION DEADLINE** |

This matter came before the Court pursuant to the parties' Stipulated Request to Extend Response Deadlines (the "Stipulation"). After consideration of the Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's deadline to respond to Defendants' Motion for Leave to File Two Separate Motions for Summary Judgment, Defendants'/Counterclaimants' Motion to Dismiss Under the Doctrine of Res Judicata and Rule 12(b)(1), Fed. R. Civ. P., and Defendants' Motion for Relief from Order Granting Preliminary Injunction, be extended to September 23, 2011.

Dated this 14th day of September, 2011.

_____
David G. Campbell
United States District Judge