Paul K. Charlton (Bar No. 012449)
Lindsi M. Weber (Bar No. 025820)
Kiersten A. Murphy (Bar No. 022612)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
Email:       paul.charlton@gknet.com
             lindsi.weber@gknet.com
             kam@gknet.com

Marcos Jiménez (admitted pro hac vice)
Scott Cosgrove (admitted pro hac vice)
Ann M. St. Peter-Griffith (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone:   (786) 587-1077
Facsimile:   (305) 675-7970
Email:       MJimenez@kasowitz.com
             SCosgrove@kasowitz.com
             AStpetergriffith@kasowitz.com

Dennis Ira Wilenchik (Bar No. 005350)
J. Grant Woods (Bar No. 006106)
Kathleen E. Martoncik (Bar No. 023982)
M. Rob Somers (Bar No. 017501)
Edwin G. Anderson (Bar. No. 027292)
WILENCHIK & BARTNESS, P.C.
2810 N 3rd St., Ste. 103
Phoenix, AZ 85004
Telephone:   (602) 606-2810
Facsimile:   (602) 606-2811
Email:       diw@wb-law.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>                    Plaintiff,<br><br>v.<br><br>JASON HOPE; et al.,<br><br>                    Defendants. | Case No. 2:11-cv-00432-DGC<br><br>**NOTICE OF APPEARANCE**<br><br>(Assigned to the Hon. David G. Campbell) |

NOTICE IS HEREBY GIVEN that Kiersten A. Murphy of Gallagher & Kennedy, P.A., whose address is 2575 East Camelback Road, Phoenix, Arizona 85016, makes her

appearance in the above-captioned matter as counsel for Plaintiff CELLCO Partnership d/b/a Verizon Wireless.

RESPECTFULLY SUBMITTED this 22nd day of September, 2011

                GALLAGHER & KENNEDY, P.A.

                By */s/ Kiersten A. Murphy*
                    Paul K. Charlton
                    Lindsi M. Weber
                    Kiersten A. Murphy
                    2575 East Camelback Road
                    Phoenix, Arizona 85016-9225

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of September, 2011, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

                */s/Jenni Keller*