WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizona Wireless,<br><br>             Plaintiff,<br><br>vs.<br><br>Jason R. Hope, et al.,<br><br>             Defendants. | No. CV-11-432-PHX-DGC<br><br>**ORDER** |

On June 23, 2011, this matter was randomly assigned to the undersigned Magistrate Judge for purposes of conducting a settlement conference. (Doc. 153) On July 7, 2011, the undersigned issued a Settlement Conference Order scheduling a settlement conference for October 4, 2011. (Doc. 158)

Defendants have filed a motion seeking a modification of the settlement conference order to allow Defendants' insurance representative to appear telephonically and to state that Defendants' settlement memorandum be confidential and submitted solely to the mediator. (Doc. 180)

Federal Rule of Civil Procedure 16 authorizes the district court to control its cases "toward a process of judicial management that embraces the entire pretrial phase, especially motions and discovery." *See In re Arizona*, 528 F.3d 652, 657 (9th Cir. 2009) (quoting Fed.R.Civ.P. 16 advisory committee's note, 1983 Amendment). After consideration of this matter, the Court will deny Defendants' motion pursuant to its

1  inherent authority to manage its cases.  *F.J. Hanshaw Enters., Inc. v. Emerald River*
2  *Dev., Inc.*, 244 F.3d 1128, 1136 (9th Cir.2001) (recognizing that "all federal courts are
3  vested with inherent powers enabling them to manage their cases and courtrooms
4  effectively and to ensure obedience to their orders.").

   Accordingly,

   **IT IS ORDERED** that Defendants' Motion to Modify Settlement Conference Order, doc. 180, is **DENIED**.

   DATED this 23rd day of September, 2011.

   Lawrence O. Anderson
   United States Magistrate Judge