Paul K. Charlton (Bar No. 012449)
Lindsi M. Weber (Bar No. 025820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
Email:         paul.charlton@gknet.com
                    lindsi.weber@gknet.com

Marcos Jiménez (admitted pro hac vice)
Scott Cosgrove (admitted pro hac vice)
Ann M. St. Peter-Griffith (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone:   (786) 587-1077
Facsimile:    (305) 675-7970
Email:         MJimenez@kasowitz.com
                    SCosgrove@kasowitz.com
                    AStpetergriffith@kasowitz.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>v.<br><br>JASON HOPE; et al.,<br><br>Defendants. | Case No. 2:11-cv-00432-DGC<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE TWO SEPARATE MOTIONS FOR SUMMARY JUDGMENT**<br><br>(Assigned to the Hon. David G. Campbell) |

Pursuant to Fed. R. Civ. P. 16 and this Court's *Case Management Order* entered on June 30, 2011 (Doc. 155), Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") hereby opposes the *Defendants' Motion for Leave to File Two Separate Motions for Summary Judgment* (Doc. 166). For the reasons set forth below, the Motion should be denied.

## MEMORANDUM OF POINTS AND AUTHORITIES

As set forth in the Case Management Order, "No party shall file more than one motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure unless permission is first obtained, by joint telephone call, from the Court." Doc. 155 at ¶7(b). Defendants nevertheless filed the instant Motion requesting that the Court, prior to the substantial discovery Defendants anticipate in this case (*see, e.g., Motion for Additional Discovery,* Doc. 178),[1] permit Defendants to file multiple motions for summary judgment. Defendants' Motion also fails to demonstrate good cause, given the dispositive motion deadline of April 13, 2012, and the lack of any indication that Defendants will be in a position to file a dispositive motion any time in the immediate future. *See* Doc. 155 at ¶7(a); *see also* Doc. 178. Thus, the Motion should be denied because Defendants have failed to comply with the Court's prescribed procedure for making such a request and because they have not demonstrated the "good cause" necessary to justify a modification of the Case Management Order.

Rule 16(b) provides that the scheduling order will not be modified unless there is good cause shown. Fed. R. Civ. P. 16; *see also Johnson v. Mammoth Recreations*, *Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (stating that the good cause requirement centers on diligence). Here, Defendants have not even attempted to show that good cause exists at the present time to modify the Case Management Order. Defendants have made only general, vague statements that there may be "possible" grounds for disparate timing of multiple motions for summary judgment that may or may not materialize in the future, but have offered nothing that would constitute good cause to grant the request at this time. *See* Motion at 2. Accordingly, because there is no basis for the relief requested, the Motion should be denied.

---

[1] In addition to Defendants' utter disregard of the Court's instructions contained in the Case Management Order in filing the instant motion, Defendants' *Motion for Additional Discovery* also fails to comply with the Case Management Order and with LR Civ. 7.2(j). *E.g.,* Doc. 155 at ¶6(a) ("The parties shall not file written discovery motions without leave of Court.").

RESPECTFULLY SUBMITTED this 23rd day of September, 2011.

GALLAGHER & KENNEDY, P.A.

Paul K. Charlton
Lindsi M. Weber
2575 East Camelback Road
Phoenix, Arizona 85016-9225

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By */s/ Marcos Daniel Jiménez*
Marcos Daniel Jiménez
Scott Cosgrove
Ann M. St. Peter-Griffith
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2011, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

/s/ *Marcos Daniel Jiménez*