IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CELLCO PARTNERSHIP d/b/a Verizon Wirless

    Plaintiff(s)/Petitioner(s),
vs.

JASON HOPE, et. al.

    Defendant(s)/Respondent(s)

CASE NO: 2:11-cv-00432-DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 2 8 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

### NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, **Audrey M. Pumariega**, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of **CELLCO PARTNERSHIP d/b/a Verizon Wirless**.

**City and State of Principal Residence:** Miami, FL
**Firm Name:** Kasowitz, Benson, Torres & Friedman LLP
**Address:** 1441 Brickell Avenue    **Suite:** 1420
**City:** Miami    **State:** FL    **Zip:** 33131
**Firm/Business Phone:** (305) 377-1666
**Firm Fax Phone:** (305) 377-1664    **E-mail Address:** apumariega@kasowitz.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Florida State Bar | 09/20/2010 | ☑ Yes ☐ No* |
| Southern District of Florida | 07/06/2011 | ☑ Yes ☐ No* |
| | | ☐ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| n/a | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No
Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

9/27/11
Date

Signature of Applicant

Fee Receipt # PHC114152

(Rev. 03/11)

AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. **# 85206**

**I, STEVEN M. LARIMORE,**   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that   *Audrey M. Pumariega*   was duly admitted to practice in said Court on **7/6/11**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this September 26, 2011.

**STEVEN M. LARIMORE**
Court Administrator •Clerk of Court

By _____
Deputy Clerk