Paul K. Charlton (Bar No. 012449)
Lindsi M. Weber (Bar No. 025820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:  (602) 530-8000
Facsimile:  (602) 530-8500
Email:      paul.charlton@gknet.com
            lindsi.weber@gknet.com

Marcos Jiménez (admitted pro hac vice)
Scott Cosgrove (admitted pro hac vice)
Ann M. St. Peter-Griffith (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone:  (786) 587-1077
Facsimile:  (305) 675-7970
Email:      MJimenez@kasowitz.com
            SCosgrove@kasowitz.com
            AStpetergriffith@kasowitz.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jason Hope; et al.,<br><br>　　　　　Defendants. | Case No. 2:11-cv-00432-DGC<br><br>**PLAINTIFF'S RESPONSE AND RESERVATION OF RIGHTS RELATING TO DEFENDANTS' MOTION FOR LEAVE TO AMEND COUNTERCLAIMS**<br><br>(Assigned to the Hon. David G. Campbell) |

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") hereby files this response and reservation of rights relating to the *Motion for Leave to Amend Counterclaims* (Dkt. #169; the "Motion") filed by Defendants.

…

…

…

Verizon Wireless does not concede (and in fact disputes) that Defendants state a claim or have any basis for relief whatsoever; however, in view of the liberal pleading standards applicable to the Court's consideration of a request for leave to amend, Verizon Wireless does not oppose the requested leave but reserves all rights regarding the proposed amendments and counterclaims proffered by Defendants.

RESPECTFULLY SUBMITTED this 30th day of September, 2011.

GALLAGHER & KENNEDY, P.A.

By /s/ Lindsi M. Weber
Paul K. Charlton
Lindsi M. Weber
2575 East Camelback Road
Phoenix, Arizona 85016-9225

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Marcos Jiménez
Scott Cosgrove
Ann M. St. Peter-Griffith
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2011, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

/s/ Angela Renteria