

Dennis I. Wilenchik, #005350
admin@wb-law.com
*Attorneys for Defendants Jason Hope
and Wayne P. DeStefano, et al.*

J. Grant Woods, Esq. #006106
Grant Woods Law P.C.
Two Renaissance Square
40 N. Central Ave., Ste 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Cellco Partnership d/b/a/ Verizon Wireless,**<br><br>**Plaintiff,**<br>v.<br><br>**Jason R. Hope, et al.,**<br><br>**Defendants.** | **Case No. CV 11-00432-DGC**<br><br>**Notice of Service of Discovery Requests** |
| **Cylon, LLC a/k/a JAWA; Eye Level Holdings, LLC a/k/a/ JAWA; New Economic Order, LLC; Saguaro Media, LLC; New EIN, LLC; Ink Sign Holdings, LLC; Yellow Ball Holdings, LLC; Message Plan, LLC; FYISMS,COM, LLC; Mytxtsms.Com, LLC; Standard Plan, LLC; Standard Message, LLC; SMS City, LLC; hot-hot-news.com, LLC; City-O-Games.Com, LLC; worldtxts.com, LLC; Topictext.Com, LLC; Text Charge, LLC; all-game-cheats.org, LLC; and News Alerts, LLC,** | |

**Counter-Plaintiffs,**

v.

**Cellco Partnership d/b/a/ Verizon Wireless,**

**Counter-Defendant.**

I, Dennis I. Wilenchik, attorney for Defendants, do hereby certify that service of the foregoing Requests for Admissions, Non-Uniform Interrogatories and Requests for Production addressed to Plaintiffs were made upon Paul Charlton, Esq. by enclosing a true copy in an envelope addressed to Paul Charlton, postage prepaid, and depositing it in the United States mail on October 4, 2011.

**DATED** this 4th day of October, 2011.

**WILENCHIK & BARTNESS, P.C.**

/s/ Dennis I. Wilenchik
Dennis I. Wilenchik, Esq.
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendants Jason Hope and Wayne P DeStefano, et al.*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of October, 2011, I electronically transmitted the attached document to the Clerk's office of the United States District Court, District of Arizona, using a Clerk of Court hosted electronic filing system for filing and the transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ K. Hicks