1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

8    Cellco Partnership d/b/a/ Verizon Wireless,          No. CV 11-00432-PHX DGC

9                              Plaintiff,                 ORDER RE: STIPULATION FOR
                                                          EXTENSIONS TO
10   v.

11   Jason R. Hope, et al.,

12                             Defendants.

13   _____

     And Related Counterclaims.
14

15      Having considered the parties Stipulation for Extension of Time to Reply (Doc. 193)filed on

16   October 3, 2011, in connection with Defendants':

17      ▪  Reply in support of Motion for Leave to File Two Separate Motions for Summary

18         Judgment [Doc. 166];

19      ▪  Reply in support of Motion Vacating Court's 5/11/11 Order granting Preliminary

20         Injunction [Doc. 167]; and

21      ▪  Reply in support of Motion to Dismiss Case Under the Doctrine of Res Judicata and Rule

22         12(B)(1), Fed.R.Civ.P., Motion to Dismiss for Lack of Jurisdiction [Doc. 168];

23   and good cause appearing,

24

25

1     IT IS HEREBY ORDERED granting said Stipulation and extending the deadline for the

2  above-mentioned replies to **October 10, 2011**.

3     Dated this 4th day of October, 2011.

4

5

6  _____

7  David G. Campbell
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24