1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9    Cellco Partnership,                    )
                                            )    No. CV-11-0432-PHX-DGC
            Plaintiff,                       )
10                                           )    **ORDER**
     v.                                      )
11                                           )
     Jason Hope, et al.,                     )
12                                           )
            Defendants.                      )
13   _____        )
                                             )
14   Cylon, LLC, et al.,                     )
                                             )
15          Counterclaimants,                )
                                             )
16   v.                                      )
                                             )
17   Cellco Partnership                      )
                                             )
18          Counterdefendant.                )
     _____        )
19

20          The Court has received Defendant/Counterclaimant Janet O'Meara's

     Motion to be Excused from Attending the Settlement Conference Scheduled for Tuesday,
21

22   October 4, 2011 (Emergency Ruling Requested), filed late in the afternoon of October 3,

23   2011.  (Doc. 192)

            **IT IS ORDERED GRANTING** the Emergency Ruling Requested.
24

25          This settlement conference has been scheduled for October 4, 2011 since

26   July 7, 2011.  Defense counsel fails to adequately explain why he did not file the motion

27   any sooner.  Moreover, the Court has previously ordered counsel to comply with the

28

1  Local Rules.  Nevertheless, upon counsel's and his client's appearances at the beginning

2  of the Settlement Conference and Plaintiff having no objection,

3       **IT IS ORDERED** Defendant/Counterclaimant Janet O'Meara's Motion to

4  be Excused from Attending the Settlement Conference, doc. 192,  is **GRANTED**.

5       DATED this 5th day of October, 2011.

6

7

8                         Lawrence O. Anderson
                       United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28