Paul K. Charlton (Bar No. 012449)
Lindsi M. Weber (Bar No. 025820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
Email:   paul.charlton@gknet.com
         lindsi.weber@gknet.com

Marcos Jiménez (admitted pro hac vice)
Scott Cosgrove (admitted pro hac vice)
Ann M. St. Peter-Griffith (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone:   (786) 587-1077
Facsimile:   (305) 675-7970
Email:   MJimenez@kasowitz.com
         SCosgrove@kasowitz.com
         AStpetergriffith@kasowitz.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>                    Plaintiff,<br><br>v.<br><br>Jason Hope; et al.,<br><br>                    Defendants. | Case No. 2:11-cv-00432-DGC<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY REQUESTS**<br><br>(Assigned to the Hon. David G. Campbell) |

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), by and through undersigned counsel, hereby gives notice that service of Plaintiff's First Request for Inspection and Copying to Cylon, LLC a/k/a JAWA was made upon counsel for Defendants, Dennis I. Wilenchik, Esq. and J. Grant Woods, Esq., via scanned email and by enclosing a true copy in an envelope addressed to Dennis I. Wilenchik, Esq. and J. Grant Woods, Esq., postage prepaid, and depositing it in the United States mail on September 27, 2011.

RESPECTFULLY SUBMITTED this 7th day of October, 2011.

            GALLAGHER & KENNEDY, P.A.

                Paul K. Charlton
                Lindsi M. Weber
                2575 East Camelback Road
                Phoenix, Arizona 85016-9225

            KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

            By */s/ Marcos Jiménez*
                Marcos Jiménez
                Scott Cosgrove
                Ann M. St. Peter-Griffith
                1441 Brickell Avenue, Suite 1420
                Miami, Florida 33131

            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of October, 2011, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

                */s/ Marcos Jiménez*