The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT G. SHAW, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a Verizon Wireless; VERIZON COMMUNICATIONS, INC., a Delaware corporation; VODAFONE GROUP PLC, a public limited company incorporated in England; OPENMARKET, INC., a Michigan corporation; SNACKABLE MEDIA, LLC (formerly Nextweb Media, LLC), a Nevada limited liability company; and PREDICTO MOBILE, LLC, a Delaware limited liability company,<br><br>Defendants. | NO. 2:10-cv-184 RSL<br><br>**FIFTH JOINT REPORT ON SETTLEMENT, AGREED MOTION AND [PROPOSED] ORDER TO CONTINUE STAY OF PROCEEDINGS AGAINST ALL DEFENDANTS**<br><br>**Noted on Motion Calendar:<br>August 31, 2010.** |

## I. JOINT REPORT ON SETTLEMENT AND AGREED MOTION TO CONTINUE STAY

Pursuant to the Court's Order of August 9, 2010 (Dkt. No. 27), Plaintiff and all remaining defendants[1] are pleased to report that, OpenMarket and counsel representing

---

[1] Defendants Verizon Communications, Inc. and Vodofone Group PLC have been dismissed from this action without prejudice. (Dkt. No. 2).

FIFTH JOINT REPORT ON SETTLEMENT, AGREED
MOTION AND [PROPOSED] ORDER TO CONTINUE
STAY OF PROCEEDINGS AGAINST ALL DEFENDANTS
(NO. 2:10-CV-184 RSL) - 1
4989/001/236743.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

plaintiffs in several Related Actions have executed a settlement agreement (the "OpenMarket Settlement") which will resolve Plaintiff's claims against all defendants in this action. Class Counsel for the plaintiffs in *Walker et al. v. Cellfish Media, LLC*, Case No. 08 CH 40592, Circuit Court of Cook County, Illinois, County Dept., Chancery Division, filed October 28, 2008 (the "*Walker Action*"), anticipate filing a motion for preliminary approval in that action next week. As such, the Parties here jointly request the Court extend the stay in this case until the Illinois Circuit Court makes a final ruling on the motions for preliminary and final approval of the settlement; and, if the settlement is approved, enters a final judgment in the *Walker Action*.

## II. AGREED MOTION

In light of the above, all parties jointly move this Court to enter an order providing:

1. The Parties' Agreed Motion to Continue to Stay these proceedings as to all claims is **GRANTED**.

2. This action, in its entirety, is hereby **STAYED** in all aspects until the Illinois Circuit Court makes a final ruling in the *Walker Action* on the parties' motions for preliminary and final approval of the settlement; and, if the settlement is approved, enters final judgment in that action.

3. Plaintiff in this action shall report to the Court on the progress of proceedings in the Illinois Circuit Court every 30 days. The first status report shall be filed October 1, 2010.

Respectfully submitted this 31st day of August, 2010 by:

FIFTH JOINT REPORT ON SETTLEMENT, AGREED
MOTION AND [PROPOSED] ORDER TO CONTINUE
STAY OF PROCEEDINGS AGAINST ALL DEFENDANTS
(NO. 2:10-CV-184 RSL) - 2
4989/001/236743.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| TOUSLEY BRAIN STEPHENS PLLC<br><br>By: /s/Nancy A. Pacharzina<br>Christopher I. Brain, WSBA #5054<br>Nancy A. Pacharzina, WSBA #25946<br>1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101<br>Tel:   206.682.5600<br>Fax:   206.682.2992<br>npacharzina@tousley.com<br><br>*Attorneys for Plaintiffs* | GORDON TILDEN THOMAS & CORDELL LLP<br><br>By: /s/ Jeffrey M. Thomas<br>Jeffrey M. Thomas<br>1001 Fourth Ave, Suite 4000<br>Seattle, WA 98154-1007<br>Tel: (206) 467-6477<br>Fax: (206) 467-6292<br>jthomas@gordontilden.com<br><br>Sanket J. Bulsara<br>WILMERHALE LLP<br>399 Park Avenue<br>New York, New York 10022<br>Tel: 212.230.8800<br>Fax: 212.230.8888<br>sanket.bulsara@wilmerhale.com<br><br>*Attorneys for Defendant OpenMarket, Inc.*<br><br>**DAVIS WRIGHT TREMAINE LLP**<br><br>By:   /s/Charles S. Wright<br>Charles S. Wright<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206.757.8175<br>Fax: 206.757.7175<br>charleswright@dwt.com<br><br>*Attorneys for Defendant Cellco Partnership*<br><br>**PHILLIPS LAW GROUP, PLLC**<br>By: /s/John W. Phillips<br>John W. Phillips<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104-2682<br>Tel: 206-382-6163<br>Fax: 206-382-6168<br>jphillips@jphillipslaw.com<br><br>*Attorneys for Defendants Snackable Media, LLC and Predicto Mobile, LLC* |

FIFTH JOINT REPORT ON SETTLEMENT, AGREED
MOTION AND [PROPOSED] ORDER TO CONTINUE
STAY OF PROCEEDINGS AGAINST ALL DEFENDANTS
(NO. 2:10-CV-184 RSL) - 3
4989/001/236743.1

## III. [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: September ____, 2010.

_____
The Honorable Robert S. Lasnik
United States District Court Judge

FIFTH JOINT REPORT ON SETTLEMENT, AGREED
MOTION AND [PROPOSED] ORDER TO CONTINUE
STAY OF PROCEEDINGS AGAINST ALL DEFENDANTS
(NO. 2:10-CV-184 RSL) - 4
4989/001/236743.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and I mailed the foregoing documents to the following:

Jeffrey M. Thomas
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Ave, Suite 4000
Seattle, WA 98154-1007
  -and-
Sanket J. Bulsara
WILMERHALE LLP
399 Park Avenue
New York, new York 10022

*Attorneys for Defendant OpenMarket, Inc.*

David C. Rimas
KLEIN ZELMAN ROTHERMAN LLP
485 Madison Avenue
New York, NY 10022-5803

*Attorneys for Defendants Predicto Mobile, LLC and Snackable Media, LLC*

DATED at Seattle, Washington, this 3rd day of August, 2010.

By: /s/ Nancy A. Pacharzina
Nancy A. Pacharzina, WSBA #25946
npacharzina@tousley.com
Attorneys for Plaintiffs
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206.682.5600

FIFTH JOINT REPORT ON SETTLEMENT, AGREED MOTION
AND [PROPOSED] ORDER TO CONTINUE STAY OF
PROCEEDINGS AGAINST ALL DEFENDANTS
(NO. 2:10-CV-184 RSL) - 5
4989/001/236743.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992