Paul K. Charlton (Bar No. 012449)
Lindsi M. Weber (Bar No. 025820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: paul.charlton@gknet.com
lindsi.weber@gknet.com

Marcos Jiménez (admitted pro hac vice)
Scott Cosgrove (admitted pro hac vice)
Ann M. St. Peter-Griffith (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone: (786) 587-1077
Facsimile: (305) 675-7970
Email: MJimenez@kasowitz.com
SCosgrove@kasowitz.com
AStpetergriffith@kasowitz.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>Plaintiff,<br><br>v.<br><br>Jason Hope; et al.,<br><br>Defendants. | Case No. 2:11-cv-00432-DGC<br><br>**NOTICE OF ERRATA AND WITHDRAWAL OF PORTION OF PLAINTIFF'S OPPOSITION**<br><br>(Assigned to the Hon. David G. Campbell) |

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), by and through undersigned counsel, hereby gives notice that it withdraws a portion of the *Opposition to Defendants' Motion to Dismiss Under the Doctrine of Res Judicata and Rule 12(b)(1)* filed by Verizon Wireless on September 23, 2011 at Doc. #184 (the "Opposition"). Specifically, Verizon Wireless seeks to withdraw the second paragraph contained in Section II(B) of the Opposition, which paragraph begins "Second, the *Walker* settlement contains an express disclaimer…."

…

The subject paragraph is based on an incomplete reading of the relevant *Walker* settlement agreement provision. The error, which Verizon Wireless regrets, was unintentional.

RESPECTFULLY SUBMITTED this 13th day of October, 2011.

                                     GALLAGHER & KENNEDY, P.A.

                                     By */s/ Lindsi M. Weber*
                                           Paul K. Charlton
                                           Lindsi M. Weber
                                           2575 East Camelback Road
                                           Phoenix, Arizona 85016-9225

                                     KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                           Marcos Jiménez
                                           Scott Cosgrove
                                           Ann M. St. Peter-Griffith
                                           1441 Brickell Avenue, Suite 1420
                                           Miami, Florida 33131

                                           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2011, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

                                     */s/ Jeanette Burkey*