# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>　　　　　Plaintiff,<br>v.<br><br>Jason Hope; et al.,<br><br>　　　　　Defendants. | No. CV11-0432-PHX DGC<br><br>**ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

This matter came before the Court pursuant to the parties' *STIPULATION FOR EXTENSION OF DEADLINE TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND* (the "Stipulation"). After consideration of the Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's deadline to file its Reply in Support of the Motion for Leave to Amend be extended to October 18, 2011.

Dated this 13th day of October, 2011.

_____
David G. Campbell
United States District Judge