**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com
*Attorneys for Defendants*
*Jason Hope and Wayne P. DeStefano, et al.*

J. Grant Woods, Esq. #006106
Grant Woods Law P.C.
Two Renaissance Square
40 N. Central Ave., Ste 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Cellco Partnership d/b/a/ Verizon Wireless,**<br><br>Plaintiff,<br><br>v.<br><br>**Jason R. Hope, et al.,**<br><br>**Defendants.**<br><br>**And Related Counterclaims.** | Case No. CV 11-00432-DGC<br><br>**Affidavit of Kathleen E. Martoncik, Esq.**<br><br>Assigned to the Honorable<br>David G. Campbell |

STATE OF ARIZONA    )
                    ) ss.
MARICOPA COUNTY     )

1   Kathleen E. Martoncik, Esq., being duly sworn, upon her oath deposes and says:

2   1.   I, Kathleen E. Martoncik, am employed by Wilenchik & Bartness, P.C., am license in the Arizona District Court, and am counsel of record on the above-captioned case.

4   2.   I am competent to testify as to the matters contained herein and make this affidavit based on my own person knowledge.

6   3.   On Friday, October 14, 2011 local counsel Lindsi Weber contacted me to identify a time that all counsel could meet with the Court telephonically regarding "outstanding discovery matters."

9   4.   I called Ms. Weber to find out exactly what matters she believed needed to be raised with the Court. Ms. Weber informed me that the request was coming from the Florida attorneys and Ms. Weber did not know the precise nature of their intentions.

12   5.   I listed several discovery items that I believed were open and pending, including the provision of certain drives to third parties for data recovery, which has since been resolved, and the setting of depositions for five current or former employees of JAWA.

15   6.   I also informed Ms. Weber that I did not believe an impasse had been reached on any of these matters and described the steps being taken to ensure resolution. I indicated that I did not believe that all counsel could, in good faith, certify that after personal consultation and sincere efforts to do so counsel could not resolve the matter and that I was uncomfortable contacting the Court until we could adequately comply with Local Rule 7.2 (j).

20   7.   I asked Ms. Weber to obtain a list of items that Florida counsel wanted to discuss with the Court so that counsel could consult and make a good faith effort to resolve the matters. She agreed to attempt to do so, but, as of this date, I have not received any such list.

23   8.   On Tuesday, October 18, 2011 Audrey Pumariega, one of Verizon's attorneys from Florida, sent me an e-mail expressing her opinion regarding JAWA's request to amend the

scheduling order to add additional discovery. This e-mail was not in response to anything in particular and I do not know the purpose of the e-mail. However, given the exchange that occurred between Mr. Jimenez and Mr. Wilenchik on Monday, October 17, 2011, I believed that Ms. Pumariega was attempting to articulate another alleged discovery dispute that Verizon wanted to raise with the Court.

9. I believe that any attempt to frame the motion to amend the scheduling order as a discovery dispute is inappropriate.

10. I do not believe that the motion requires counsel's consultation pursuant to Local Rule 7.2 (j). My previous conversations with Ms. Pumariega about this matter were solely for the purpose of determining whether the motion could be filed as a stipulation.

FURTHER AFFIANT SAYETH NAUGHT.

_Kathleen E. Martoncik_
Kathleen E. Martoncik, Esq.

SUBSCRIBED and SWORN to this 19th day of October 2011, by Kathleen E. Martoncik, Esq.

_Kathy Hicks_
Notary Public

My Commission Expires:

4/20/2015



OFFICIAL SEAL
KATHY HICKS
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires April 20, 2015