## Kathleen E. Martoncik

| | |
|---|---|
| **From:** | Dennis Wilenchik |
| **Sent:** | Monday, October 17, 2011 4:21 PM |
| **To:** | Marcos D. Jimenez; Kathleen Martoncik; Scott Cosgrove; Grant |
| **Cc:** | Audrey M. Pumariega; Charlton, Paul K.; Weber, Lindsi M.; Alicia Noonan; Tyler Swensen |
| **Subject:** | Re: Verizon Wireless v. Jason Hopet et al.: Deposition Dates |

I am not available tomw at all. Will be traveling to tucson and in depos of experts on a case. This can wait and does not have to be done tomw and I am sure you will inform the good judge of this if you persist. I can be available for Wednesday although I object to the need to get the judge involved at all. But if this is going to be the way you intend to do business so be it.

Sincerely Yours,



**Dennis Wilenchik**
**Attorney At Law**
diw@wb-law.com
**Licensed in Arizona and Texas**

**The Wilenchik & Bartness Building**
2810 North Third Street Phoenix, Arizona 85004
P 602-606-2810 F 602-606-2811
www.wb-law.com

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

**From:** "Marcos D. Jimenez" <MJimenez@kasowitz.com>
**Date:** Mon, 17 Oct 2011 17:14:01 -0400
**To:** Kathleen Martoncik <katiem@wb-law.com>, Scott Cosgrove <SCosgrove@kasowitz.com>, Dennis Wilenchik <diw@wb-law.com>, Grant <gw@grantwoodspc.net>
**Cc:** "Audrey M. Pumariega" <APumariega@kasowitz.com>, "Charlton, Paul K." <paul.charlton@gknet.com>, "Weber, Lindsi M." <lindsi.weber@gknet.com>, Alicia Noonan <ANoonan@kasowitz.com>
**Subject:** RE: Verizon Wireless v. Jason Hopet et al.: Deposition Dates

1

Please advise when you are available for a phone call with Judge Campbell tomorrow.

Marcos Daniel Jiménez
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue
Suite 1420
Miami, Florida 33131
Tel. (786) 587-1047
Cell. (305) 772-6026
Fax (305) 377-1664
mjimenez@kasowitz.com

---

**From:** Kathleen Martoncik [mailto:katiem@wb-law.com]
**Sent:** Monday, October 17, 2011 5:13 PM
**To:** Scott Cosgrove; Dennis Wilenchik; Grant Woods
**Cc:** Marcos D. Jimenez; Audrey M. Pumariega; Charlton, Paul K.; Weber, Lindsi M.; Alicia Noonan
**Subject:** RE: Verizon Wireless v. Jason Hopet et al.: Deposition Dates

Scott,

Thanks for the information. As I have told you several times, we are working on getting alternative dates from the deponents. Until we are able to do that, we will not be agreeing to any of the deposition dates. As soon as we have the dates, we will send them to you.

Thanks
Katie


Kathleen Martoncik
Attorney At Law
katiem@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 F 602-606-2811
www.wb-law.com


ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

---

**From:** Scott Cosgrove [mailto:SCosgrove@kasowitz.com]
**Sent:** Monday, October 17, 2011 2:10 PM
**To:** Kathleen Martoncik
**Cc:** Marcos D. Jimenez; Audrey M. Pumariega; Charlton, Paul K.; Weber, Lindsi M.; Alicia Noonan
**Subject:** Verizon Wireless v. Jason Hopet et al.: Deposition Dates

Katie,

To follow-up on our recent letters, we are planning on being in Phoenix on October 26, 2011, and would like to start the depositions October 27 or at the latest the following week. If you are not available on those dates because of a conflict, please provide alternative dates as soon as possible.

Thank you in advance.

Scott


Scott Cosgrove
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue
Suite 1420
Miami, Florida 33131
Tel. (786) 587-1043
Fax (305) 402-0454
SCosgrove@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.