# Kathleen E. Martoncik

| | |
|---|---|
| **From:** | Dennis Wilenchik |
| **Sent:** | Monday, October 17, 2011 5:16 PM |
| **To:** | Marcos D. Jimenez |
| **Cc:** | Grant; Charlton, Paul K.; Kathleen Martoncik |
| **Subject:** | Re: Verizon Wireless v. Jason Hopet et al.: Deposition Dates |

that's fine but I need to know the purpose of the call as I can find no good faith basis for one from what I have seen and will so advise the court if no further efforts are made to advise us or to discuss.

On 10/17/11 5:04 PM, "Marcos D. Jimenez" <MJimenez@kasowitz.com> wrote:

>Let's set it up for Wednesday.
>
>
>
>Marcos Daniel Jiménez
>Kasowitz, Benson, Torres & Friedman LLP
>1441 Brickell Avenue
>Suite 1420
>Miami, Florida 33131
>Tel. (786) 587-1047
>Cell. (305) 772-6026
>Fax (305) 377-1664
>mjimenez@kasowitz.com
>
>----- Original Message -----
>From: Dennis Wilenchik [mailto:diw@wb-law.com]
>Sent: Monday, October 17, 2011 06:20 PM
>To: Marcos D. Jimenez; Kathleen Martoncik <katiem@wb-law.com>; Scott
>Cosgrove; Grant <gw@grantwoodspc.net>
>Cc: Audrey M. Pumariega; Charlton, Paul K. <paul.charlton@gknet.com>;
>Weber, Lindsi M. <lindsi.weber@gknet.com>; Alicia Noonan; Tyler Swensen
><tylers@wb-law.com>
>Subject: Re: Verizon Wireless v. Jason Hopet et al.: Deposition Dates
>
>I am not available tomw at all. Will be traveling to tucson and in
>depos of experts on a case. This can wait and does not have to be done
>tomw and I am sure you will inform the good judge of this if you
>persist. I can be available for Wednesday although I object to the need
>to get the judge involved at all. But if this is going to be the way
>you intend to do business so be it.
>
>
>Sincerely Yours,
>
>
>[cid:1cc8d23_5e9516ab__img_1.gif]
>
>
>Dennis Wilenchik

1

>Attorney At Law
>diw@wb-law.com
>Licensed in Arizona and Texas
>
>The Wilenchik & Bartness Building
>2810 North Third Street Phoenix, Arizona 85004 P 602-606-2810 F
>602-606-2811 www.wb-law.com
>
>
>
>
>ATTORNEY/CLIENT COMMUNICATION
>
>The information transmitted by this e-mail is intended only for the
>addressee and may contain confidential and/or privileged material.  Any
>interception, review, retransmission, dissemination or other use of
>this information by persons or entities other than the intended
>recipient is prohibited by law and may subject them to criminal or civil liability.
>If you received this communication in error, please contact us
>immediately at (602) 606-2810, and delete the communication from any
>computer or network system.
>
>From: "Marcos D. Jimenez"
><MJimenez@kasowitz.com<mailto:MJimenez@kasowitz.com>>
>Date: Mon, 17 Oct 2011 17:14:01 -0400
>To: Kathleen Martoncik <katiem@wb-law.com<mailto:katiem@wb-law.com>>,
>Scott Cosgrove <SCosgrove@kasowitz.com<mailto:SCosgrove@kasowitz.com>>,
>Dennis Wilenchik <diw@wb-law.com<mailto:diw@wb-law.com>>, Grant
><gw@grantwoodspc.net<mailto:gw@grantwoodspc.net>>
>Cc: "Audrey M. Pumariega"
><APumariega@kasowitz.com<mailto:APumariega@kasowitz.com>>, "Charlton,
>Paul K." <paul.charlton@gknet.com<mailto:paul.charlton@gknet.com>>,
>"Weber, Lindsi M."
><lindsi.weber@gknet.com<mailto:lindsi.weber@gknet.com>>, Alicia Noonan
><ANoonan@kasowitz.com<mailto:ANoonan@kasowitz.com>>
>Subject: RE: Verizon Wireless v. Jason Hopet et al.: Deposition Dates
>
>
>Please advise when you are available for a phone call with Judge
>Campbell tomorrow.
>
>
>Marcos Daniel Jiménez
>Kasowitz, Benson, Torres & Friedman LLP
>1441 Brickell Avenue
>Suite 1420
>Miami, Florida 33131
>Tel. (786) 587-1047
>Cell. (305) 772-6026
>Fax (305) 377-1664
>mjimenez@kasowitz.com<mailto:mjimenez@kasowitz.com>
>

2

```
>
>_____
>From: Kathleen Martoncik [mailto:katiem@wb-law.com]
>Sent: Monday, October 17, 2011 5:13 PM
>To: Scott Cosgrove; Dennis Wilenchik; Grant Woods
>Cc: Marcos D. Jimenez; Audrey M. Pumariega; Charlton, Paul K.; Weber,
>Lindsi M.; Alicia Noonan
>Subject: RE: Verizon Wireless v. Jason Hopet et al.: Deposition Dates
>
>Scott,
>
>Thanks for the information.  As I have told you several times, we are
>working on getting alternative dates from the deponents.  Until we are
>able to do that, we will not be agreeing to any of the deposition dates.
>As soon as we have the dates, we will send them to you.
>
>Thanks
>Katie
>
>
>Kathleen Martoncik
>Attorney At Law
>katiem@wb-law.com<mailto:katiem@wb-law.com>
>
>The Wilenchik & Bartness Building
>2810 North Third Street
>Phoenix, Arizona 85004
>P 602-606-2810 F 602-606-2811
>www.wb-law.com
>
>
>
>
>ATTORNEY/CLIENT COMMUNICATION
>
>The information transmitted by this e-mail is intended only for the
>addressee and may contain confidential and/or privileged material.  Any
>interception, review, retransmission, dissemination or other use of
>this information by persons or entities other than the intended
>recipient is prohibited by law and may subject them to criminal or civil liability.
>If you received this communication in error, please contact us
>immediately at (602) 606-2810, and delete the communication from any
>computer or network system.
>
>From: Scott Cosgrove [mailto:SCosgrove@kasowitz.com]
>Sent: Monday, October 17, 2011 2:10 PM
>To: Kathleen Martoncik
>Cc: Marcos D. Jimenez; Audrey M. Pumariega; Charlton, Paul K.; Weber,
>Lindsi M.; Alicia Noonan
>Subject: Verizon Wireless v. Jason Hopet et al.: Deposition Dates
>
>Katie,
```

3

\>
\>To follow-up on our recent letters, we are planning on being in Phoenix
\>on October 26, 2011, and would like to start the depositions October 27
\>or at the latest the following week.  If you are not available on those
\>dates because of a conflict, please provide alternative dates as soon
\>as possible.
\>
\>Thank you in advance.
\>
\>Scott
\>
\>
\>
\>Scott Cosgrove
\>Kasowitz, Benson, Torres & Friedman LLP
\>1441 Brickell Avenue
\>Suite 1420
\>Miami, Florida 33131
\>Tel. (786) 587-1043
\>Fax (305) 402-0454
\>SCosgrove@kasowitz.com<mailto:SCosgrove@kasowitz.com>
\>
\>This e-mail and any files transmitted with it are confidential and may
\>be subject to the attorney-client privilege. Use or disclosure of this
\>e-mail or any such files by anyone other than a designated addressee is
\>unauthorized. If you are not an intended recipient, please notify the
\>sender by e-mail and delete this e-mail without making a copy.
\>
\>