# Kathleen E. Martoncik

**From:** Dennis Wilenchik
**Sent:** Monday, October 17, 2011 7:31 PM
**To:** Kathleen Martoncik
**Subject:** Fw: Verizon Wireless v. Jason Hopet et al.: Deposition Dates


----- Original Message -----
From: Dennis Wilenchik
Sent: Monday, October 17, 2011 06:23 PM
To: 'MJimenez@kasowitz.com' <MJimenez@kasowitz.com>
Cc: 'gw@grantwoodspc.net' <gw@grantwoodspc.net>
Subject: Re: Verizon Wireless v. Jason Hopet et al.: Deposition Dates

I disagree-you are wasting all our time- why don't you call me wed if you think we have a problem first

----- Original Message -----
From: Marcos D. Jimenez [mailto:MJimenez@kasowitz.com]
Sent: Monday, October 17, 2011 06:00 PM
To: Dennis Wilenchik
Cc: Grant <gw@grantwoodspc.net>; Charlton, Paul K. <paul.charlton@gknet.com>; Kathleen Martoncik
Subject: RE: Verizon Wireless v. Jason Hopet et al.: Deposition Dates

Our emails are clear on the points we will discuss with the Court.



Marcos Daniel Jiménez
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue
Suite 1420
Miami, Florida 33131
Tel. (786) 587-1047
Cell. (305) 772-6026
Fax (305) 377-1664
mjimenez@kasowitz.com

-----Original Message-----
From: Dennis Wilenchik [mailto:diw@wb-law.com]
Sent: Monday, October 17, 2011 8:16 PM
To: Marcos D. Jimenez
Cc: Grant; Charlton, Paul K.; Kathleen Martoncik
Subject: Re: Verizon Wireless v. Jason Hopet et al.: Deposition Dates

that's fine but I need to know the purpose of the call as I can find no good faith basis for one from what I have seen and will so advise the court if no further efforts are made to advise us or to discuss.

On 10/17/11 5:04 PM, "Marcos D. Jimenez" <MJimenez@kasowitz.com> wrote:

>Let's set it up for Wednesday.

1

>
>
>
>Marcos Daniel Jiménez
>Kasowitz, Benson, Torres & Friedman LLP
>1441 Brickell Avenue
>Suite 1420
>Miami, Florida 33131
>Tel. (786) 587-1047
>Cell. (305) 772-6026
>Fax (305) 377-1664
>mjimenez@kasowitz.com
>
>----- Original Message -----
>From: Dennis Wilenchik [mailto:diw@wb-law.com]
>Sent: Monday, October 17, 2011 06:20 PM
>To: Marcos D. Jimenez; Kathleen Martoncik <katiem@wb-law.com>; Scott
>Cosgrove; Grant <gw@grantwoodspc.net>
>Cc: Audrey M. Pumariega; Charlton, Paul K. <paul.charlton@gknet.com>;
>Weber, Lindsi M. <lindsi.weber@gknet.com>; Alicia Noonan; Tyler Swensen
><tylers@wb-law.com>
>Subject: Re: Verizon Wireless v. Jason Hopet et al.:  Deposition Dates
>
>I am not available tomw at all. Will be traveling to tucson and in
>depos of experts on a case. This can wait and does not have to be done
>tomw and I am sure you will inform the good judge of this if you
>persist. I can be available for Wednesday although I object to the need
>to get the judge involved at all. But if this is going to be the way
>you intend to do business so be it.
>
>
>Sincerely Yours,
>
>
>[cid:1cc8d23_5e9516ab__img_1.gif]
>
>
>Dennis Wilenchik
>Attorney At Law
>diw@wb-law.com
>Licensed in Arizona and Texas
>
>The Wilenchik & Bartness Building
>2810 North Third Street Phoenix, Arizona 85004 P 602-606-2810 F
>602-606-2811 www.wb-law.com
>
>
>
>
>ATTORNEY/CLIENT COMMUNICATION
>
>The information transmitted by this e-mail is intended only for the

2

>addressee and may contain confidential and/or privileged material.  Any
>interception, review, retransmission, dissemination or other use of
>this information by persons or entities other than the intended
>recipient is prohibited by law and may subject them to criminal or civil liability.
>If you received this communication in error, please contact us
>immediately at (602) 606-2810, and delete the communication from any
>computer or network system.
>
>From: "Marcos D. Jimenez"
><MJimenez@kasowitz.com<mailto:MJimenez@kasowitz.com>>
>Date: Mon, 17 Oct 2011 17:14:01 -0400
>To: Kathleen Martoncik <katiem@wb-law.com<mailto:katiem@wb-law.com>>,
>Scott Cosgrove <SCosgrove@kasowitz.com<mailto:SCosgrove@kasowitz.com>>,
>Dennis Wilenchik <diw@wb-law.com<mailto:diw@wb-law.com>>, Grant
><gw@grantwoodspc.net<mailto:gw@grantwoodspc.net>>
>Cc: "Audrey M. Pumariega"
><APumariega@kasowitz.com<mailto:APumariega@kasowitz.com>>, "Charlton,
>Paul K." <paul.charlton@gknet.com<mailto:paul.charlton@gknet.com>>,
>"Weber, Lindsi M."
><lindsi.weber@gknet.com<mailto:lindsi.weber@gknet.com>>, Alicia Noonan
><ANoonan@kasowitz.com<mailto:ANoonan@kasowitz.com>>
>Subject: RE: Verizon Wireless v. Jason Hopet et al.: Deposition Dates
>
>
>Please advise when you are available for a phone call with Judge
>Campbell tomorrow.
>
>
>Marcos Daniel Jiménez
>Kasowitz, Benson, Torres & Friedman LLP
>1441 Brickell Avenue
>Suite 1420
>Miami, Florida 33131
>Tel. (786) 587-1047
>Cell. (305) 772-6026
>Fax (305) 377-1664
>mjimenez@kasowitz.com<mailto:mjimenez@kasowitz.com>
>
>
>_____
>From: Kathleen Martoncik [mailto:katiem@wb-law.com]
>Sent: Monday, October 17, 2011 5:13 PM
>To: Scott Cosgrove; Dennis Wilenchik; Grant Woods
>Cc: Marcos D. Jimenez; Audrey M. Pumariega; Charlton, Paul K.; Weber,
>Lindsi M.; Alicia Noonan
>Subject: RE: Verizon Wireless v. Jason Hopet et al.: Deposition Dates
>
>Scott,
>
>Thanks for the information.  As I have told you several times, we are
>working on getting alternative dates from the deponents.  Until we are
>able to do that, we will not be agreeing to any of the deposition dates.

3

```
>As soon as we have the dates, we will send them to you.
>
>Thanks
>Katie
>
>
>Kathleen Martoncik
>Attorney At Law
>katiem@wb-law.com<mailto:katiem@wb-law.com>
>
>The Wilenchik & Bartness Building
>2810 North Third Street
>Phoenix, Arizona 85004
>P 602-606-2810 F 602-606-2811
>www.wb-law.com
>
>
>
>
>ATTORNEY/CLIENT COMMUNICATION
>
>The information transmitted by this e-mail is intended only for the
>addressee and may contain confidential and/or privileged material.  Any
>interception, review, retransmission, dissemination or other use of
>this information by persons or entities other than the intended
>recipient is prohibited by law and may subject them to criminal or civil liability.
>If you received this communication in error, please contact us
>immediately at (602) 606-2810, and delete the communication from any
>computer or network system.
>
>From: Scott Cosgrove [mailto:SCosgrove@kasowitz.com]
>Sent: Monday, October 17, 2011 2:10 PM
>To: Kathleen Martoncik
>Cc: Marcos D. Jimenez; Audrey M. Pumariega; Charlton, Paul K.; Weber,
>Lindsi M.; Alicia Noonan
>Subject: Verizon Wireless v. Jason Hopet et al.: Deposition Dates
>
>Katie,
>
>To follow-up on our recent letters, we are planning on being in Phoenix
>on October 26, 2011, and would like to start the depositions October 27
>or at the latest the following week.  If you are not available on those
>dates because of a conflict, please provide alternative dates as soon
>as possible.
>
>Thank you in advance.
>
>Scott
>
>
>
>Scott Cosgrove
```

>Kasowitz, Benson, Torres & Friedman LLP
>1441 Brickell Avenue
>Suite 1420
>Miami, Florida 33131
>Tel. (786) 587-1043
>Fax (305) 402-0454
>SCosgrove@kasowitz.com<mailto:SCosgrove@kasowitz.com>
>
>This e-mail and any files transmitted with it are confidential and may
>be subject to the attorney-client privilege. Use or disclosure of this
>e-mail or any such files by anyone other than a designated addressee is
>unauthorized. If you are not an intended recipient, please notify the
>sender by e-mail and delete this e-mail without making a copy.
>
>