**Kathleen E. Martoncik**

| | |
|---|---|
| **From:** | Audrey M. Pumariega <APumariega@kasowitz.com> |
| **Sent:** | Tuesday, October 18, 2011 9:45 AM |
| **To:** | Kathleen Martoncik |
| **Cc:** | Marcos D. Jimenez; Scott Cosgrove; Charlton, Paul K.; Courtney Caprio; Weber, Lindsi M.; Dennis Wilenchik |
| **Subject:** | Raising Discovery Caps |

Katie,

Previously, I told you that we would not agree to raise caps on discovery, with the exception of requests for production, which we agreed to raise to 30. In an effort to come to a good-faith agreement, we will agree at this time to raise the caps on requests for production to 50 (including previously propounded RFPs). As to interrogatories, requests for admission, and depositions, we stand by our prior position that raising the caps now would be premature.

Thanks,
Audrey

Audrey Pumariega
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue
Suite 1420
Miami, Florida 33131
Tel. (786) 587-1040
Fax (305) 675-7970
APumariega@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.