Paul K. Charlton (Bar No. 012449)
Lindsi M. Weber (Bar No. 025820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Email:   paul.charlton@gknet.com
         lindsi.weber@gknet.com

Marcos Daniel Jiménez (admitted pro hac vice)
Scott B. Cosgrove (admitted pro hac vice)
Ann M. St. Peter-Griffith (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone:   (786) 587-1077
Email:   MJimenez@kasowitz.com
         SCosgrove@kasowitz.com
         AStpetergriffith@kasowitz.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>              Plaintiff,<br>v.<br><br>Jason Hope; et al.,<br><br>              Defendants. | Case No. 2:11-cv-00432-DGC<br><br>**Plaintiff's Response to Defendants' Motion for Sanctions Against Verizon's Counsel**<br><br>(Assigned to the Hon. David G. Campbell) |

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") respectfully responds to Defendants' Motion for Sanctions Against Verizon's Counsel and the Revocation of Pro Hac Vice Admission of Florida Counsel to the Arizona District Court ("Motion") (Doc. 209).

First, the contention that Verizon Wireless unilaterally noticed five depositions without any attempt to coordinate with Defendants' counsel or the deponents and insisted that they proceed before the end of October, is inaccurate. As made clear in Verizon Wireless' counsel's e-mails and the initial letter accompanying the deposition notices, Verizon Wireless only "***tentatively*** scheduled" the depositions, adding: "[i]f you are not

available on those dates and need to reschedule, please provide me with alternative dates." *See* Exhibit A (emphasis added).  Verizon Wireless' desire to contact the Court arose from Defendants' refusal to provide any alternative dates and not from any "unilateral" notice attempt.

Second, Defendants also incorrectly claim that Verizon Wireless' counsel failed to inform defense counsel about the purpose of the proposed call with the Court.  The Motion's assertion that "[n]o response was received" to defense counsel's final e-mail regarding the call's purpose, is inaccurate.  On October 18, 2011, the day *prior* to Defendants' Motion, counsel for Verizon Wireless indeed responded by email,[1] setting forth three discovery items that needed to be resolved to avoid a call to the Court.  *See* Exhibit B.  Verizon Wireless had unsuccessfully attempted to resolve these three items - - Defendants' failure to (1) produce a limited number of landing pages, (2) provide deposition dates for the five deponents, and (3) provide information sufficient to identify hard drives produced by Defendants.

Finally, Defendants claim uncertainty about whether Verizon Wireless' email regarding enlargement of requests for production was "another alleged discovery dispute that Verizon wanted to raise with the Court."  Doc. 209 at 4; 209-1 at ¶9.  Verizon Wireless' October 18th email response listing the three items to be raised with the Court eliminates any such uncertainty.

Verizon Wireless respectfully requests that Defendants' Motion be denied.

---

[1] Defendants' Motion does not attach or address Verizon Wireless' email response, and at this time – over one week later – Defendants have not sought to correct their Motion.

RESPECTFULLY SUBMITTED this 26th day of October, 2011.

        GALLAGHER & KENNEDY, P.A.

        Paul K. Charlton
        Lindsi M. Weber
        2575 East Camelback Road
        Phoenix, Arizona 85016-9225

        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By */s/ Marcos Daniel Jiménez*
        Marcos Daniel Jiménez
        Scott B. Cosgrove
        Ann M. St. Peter-Griffith
        1441 Brickell Avenue, Suite 1420
        Miami, Florida 33131

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2011, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

        */s/ Marcos Daniel Jiménez*