AO 435 (Rev. 10/05)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

Read Instructions on Back:

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME  Paul K. Charlton | 2. PHONE NUMBER  (602) 530-8585 | 3. DATE  10/28/2011 |
| 4. FIRM NAME  Gallagher & Kennedy | | |

| 5. MAILING ADDRESS  2575 East. Camelback Road | 6. CITY  Phoenix | 7. STATE  AZ | 8. ZIP CODE  85016 |
|---|---|---|---|

| 9. CASE NUMBER  2:11-cv-00432 | 10. JUDGE  David G. Campbell | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 10/27/2011 | 12. |
| 13. CASE NAME  Cellco v. Hope | | LOCATION OF PROCEEDINGS | |
| | | 14. Phoenix | 15. STATE  AZ |

16. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify) Stat. Conf.

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | Trans. of entire stat conf. on 10/27/2011 at 2:00 p.m. |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☐ | ☐ | | PAPER COPY ☐ | |
| 7 DAYS | ☑ | ☐ | | E-MAIL ☑ | |
| DAILY | ☐ | ☐ | | DISK ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT ☑ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

E-MAIL ADDRESS
paul.charlton@gknet.com

19. SIGNATURE  /s/ Paul K. Charlton

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE  10/28/2011

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY