**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - GENERAL**

Phoenix Division

CIV 11 - 432 - PHX - DGC         DATE: 10/27/2011
     Year   Case No  Initials

Title: Cellco Partnership         vs.    Jason Hope, et al
       Plaintiff                         Defendants
================================================================

HON: DAVID G. CAMPBELL              Judge # 7031

Lisa Richter                        Patricia Lyons
Deputy Clerk                        Court Reporter/ECR

**Attorney(s) for Plaintiff(s)**        **Attorney(s) for Defendant(s)**

Paul Charlton                       Dennis Wilenchik
Scott Cosgrove (telephonically)     Joel Grant Woods
Marcos Jimenez (telephonically)     Kathleen Martoncik
Audrey Pumariega (telephonically)   Jeff Bouma

================================================================

**PROCEEDINGS:**    XXX  Open Court    ____ Chambers    ____ Other

Status Hearing held.

Pending motions are discussed. Defendants' Motion for Leave to File Two Separate Motions for Summary Judgment (doc 166) is denied as moot. Defendants' Motion for Relief From Order Granting Preliminary Injunction (doc 167) is denied. Defendants'/Counter Claimants' Motion to Dismiss (doc 168) is denied. Defendants' Motion for Leave to Amend Counterclaims (doc 169) is granted. Plaintiff's Motion for Leave to File First Amended Complaint (doc 170) is granted. Defendants' Motion for Additional Discovery (doc 178) is denied as moot. Defendants' Motion for Sanctions (doc 209) is denied. Defendants' Motion for Appointment of Special Master (doc 210) is denied. Defendants' Motion for Rule 16 Conference (doc 213) is granted.

Scheduling conference held. Separate scheduling order to issue.

Time in court: 1 hour, 27 mins.