IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership doing business as Verizon Wireless,<br><br>Plaintiff,<br><br>vs.<br><br>Jason Hope, et al.,<br><br>Defendants. | No. CV11-0432 PHX DGC<br><br>**ORDER** |

The Court held a status conference with the parties on October 27, 2011. On the basis of that conference, the Court agreed to make the following changes to the Case Management Order (Doc. 155).

1. Each side may take 15 additional depositions in this case. The limitations on written discovery are increased as follows: 50 interrogatories, including subparts; 50 requests for production, including subparts; and 25 requests for admissions, including subparts. The additional depositions do not include depositions taken to date. The written discovery limitations do include written discovery propounded to date.

2. The deadline for completing fact discovery, including discovery by subpoena, shall be **April 27, 2012**.

3. Expert discovery.

   a. The parties shall provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure, on any issue

for which they bear the burden of proof, no later than **February 10, 2012**.

        b.    Rebuttal expert disclosures shall be made no later than **March 23, 2012**. Rebuttal experts shall be limited to responding to opinions stated by initial experts.

        c.    Expert depositions shall be completed no later than **April 27, 2012**.

4.    Dispositive motions shall be filed no later than **May 25, 2012**.

5.    The Court will hold a pre-motion conference with the parties on **April 30, 2012 at 4:00 p.m.** By April 25, 2012, each side shall provide the Court and opposing counsel with a letter, not to exceed three pages, describing the motion for summary judgment that side wishes to file, the precise relief that will be requested in the motion, and a summary of the factual and legal arguments that will be made in support of the motion. The purpose of the conference will be to identify the motions that will be filed and to set appropriate page limits.

6.    All other terms of the Court's Case Management Order (Doc. 155) remain in effect.

Dated this 31st day of October, 2011.

_____
David G. Campbell
United States District Judge