| ✎AO 435 (Rev. 10/05) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| *Read Instructions on Back:* | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME<br>Kathleen E. Martoncik, Esq. | 2. PHONE NUMBER<br>(602) 606-2810 | 3. DATE<br>11/6/2011 |
|---|---|---|

| 4. FIRM NAME |
|---|
| Wilenchik & Bartness, P.C. |

| 5. MAILING ADDRESS<br>2810 North Third Street | 6. CITY<br>Phoenix | 7. STATE<br>AZ | 8. ZIP CODE<br>85004 |
|---|---|---|---|

| 9. CASE NUMBER<br>2:11-cv-00432-DGC | 10. JUDGE<br>David G. Campbell | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 10/27/2011 | 12. |

| 13. CASE NAME<br>Cellco (Verizon) v. JAWA, et. al., | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE  AZ |

16. ORDER FOR
- ☐ APPEAL        ☐ CRIMINAL                    ☐ CRIMINAL JUSTICE ACT         ☐ BANKRUPTCY
- ☐ NON-APPEAL    ☑ CIVIL                       ☐ IN FORMA PAUPERIS            ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | 10/27/2011 |
| ☐ CLOSING ARGUMENT (Defendant) | | Status Hearing | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS<br>(check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☐ | ☐ | | PAPER COPY  ☑ | |
| 7 DAYS | ☐ | ☑ | | E-MAIL  ☑ | |
| DAILY | ☐ | ☐ | | DISK  ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT  ☑ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT  ☑ | |

| CERTIFICATION (19. & 20.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | E-MAIL ADDRESS<br>Jillh@wb-law.com |
|---|---|
| 19. SIGNATURE<br>Kathleen E. Martoncik, Esq. | **NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE   11/6/2011 | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY