Paul K. Charlton (Bar No. 012449)
Lindsi M. Weber (Bar No. 025820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
Email:         paul.charlton@gknet.com
                    lindsi.weber@gknet.com

Marcos Jiménez (admitted pro hac vice)
Scott Cosgrove (admitted pro hac vice)
Ann M. St. Peter-Griffith (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone:   (786) 587-1077
Facsimile:    (305) 675-7970
Email:         MJimenez@kasowitz.com
                    SCosgrove@kasowitz.com
                    AStpetergriffith@kasowitz.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>                    Plaintiff,<br><br>v.<br><br>Jason Hope; et al.,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:11-cv-00432-DGC<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY RESPONSES**<br><br>(Assigned to the Hon. David G. Campbell) |

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), by and through undersigned counsel, hereby gives notice that service of Plaintiff's Responses and Objections to Defendants' Requests for Admission, Non-Uniform Interrogatories and Request for Production was made upon counsel for Defendants, Dennis I. Wilenchik, Esq. and J. Grant Woods, Esq., via scanned email and by enclosing a true copy in an envelope addressed to Dennis I. Wilenchik, Esq. and J. Grant Woods, Esq.,

postage prepaid, and depositing it in the United States mail on November 7, 2011.

DATED this 10th day of November, 2011.

                                                  GALLAGHER & KENNEDY, P.A.

                                                  By:*/s/ Lindsi M. Weber*
                                                      Paul K. Charlton
                                                       Lindsi M. Weber
                                                       2575 East Camelback Road
                                                       Phoenix, Arizona 85016-9225

                                                KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                                   Marcos Jiménez
                                                   Scott Cosgrove
                                                   Ann M. St. Peter-Griffith
                                                   1441 Brickell Avenue, Suite 1420
                                                   Miami, Florida 33131

                                                   *Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 10th day of November, 2011, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

                                                  */s/ Jeanette Burkey*

2909766