Paul K. Charlton (Bar No. 012449)
Lindsi M. Weber (Bar No. 025820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
Email:          paul.charlton@gknet.com
                    lindsi.weber@gknet.com

Marcos Jiménez (admitted pro hac vice)
Scott Cosgrove (admitted pro hac vice)
Ann M. St. Peter-Griffith (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone:   (786) 587-1077
Facsimile:    (305) 675-7970
Email:          MJimenez@kasowitz.com
                    SCosgrove@kasowitz.com
                    AStpetergriffith@kasowitz.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Jason Hope; et al.,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:11-cv-00432-DGC<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY**<br><br>(Assigned to the Hon. David G. Campbell) |

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), by and through undersigned counsel, hereby gives notice that service of Plaintiff's Third Request for Production to All Defendants, Plaintiff's First Request for Admissions to All Defendants and Plaintiff's First Set of Interrogatories to All Defendants was made upon counsel for Defendants, Dennis I. Wilenchik, Esq. and J. Grant Woods, Esq., via scanned email and by enclosing a true copy in an envelope addressed to Dennis I.

Wilenchik, Esq. and J. Grant Woods, Esq., postage prepaid, and depositing it in the United States mail on November 23, 2011.

DATED this 23rd day of November, 2011.

> KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
>
> By: */s/ Marcos Jiménez*
>   Marcos Jiménez
>   Scott Cosgrove
>   Ann M. St. Peter-Griffith
>   1441 Brickell Avenue, Suite 1420
>   Miami, Florida 33131
>
> GALLAGHER & KENNEDY, P.A.
>   Paul K. Charlton
>   Lindsi M. Weber
>   2575 East Camelback Road
>   Phoenix, Arizona 85016-9225
>
> *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of November, 2011, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

> */s/ Gloria Kannberg*

2922385