# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>  Plaintiff,<br><br>v.<br><br>Jason Hope; et al.,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV11-0432-PHX DGC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR PLAINTIFF'S MOTION TO DISMISS THIRD AMENDED COUNTERCLAIMS** |

The Court having considered Verizon Wireless' *Unopposed Motion to Exceed Page Limit for Plaintiff's Motion to Dismiss Third Amended Counterclaims* (Doc. 230), and good cause appearing:

**IT IS ORDERED granting** the Motion to Exceed (Doc. 230). The *Motion to Dismiss Third Amended Counterclaims* shall not exceed twenty-one (21) pages.

**IT IS FURTHER ORDERED** directing the Clerk to file Plaintiff's Motion to Dismiss lodged with the Court as Doc. 231.

Dated this 23rd day of November, 2011.

_____
David G. Campbell
United States District Judge