Paul K. Charlton (Bar No. 012449)
Lindsi M. Weber (Bar No. 025820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
E-mail:      paul.charlton@gknet.com
             lindsi.weber@gknet.com

Marcos Daniel Jiménez (admitted pro hac vice)
Scott B. Cosgrove (admitted pro hac vice)
Ann M. St. Peter-Griffith (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone:   (786) 587-1077
Facsimile:   (305) 675-7970
E-mail:      MJimenez@kasowitz.com
             SCosgrove@kasowitz.com
             AStpetergriffith@kasowitz.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>    Plaintiff,<br>v.<br><br>Jason Hope; et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:11-cv-00432-DGC<br><br>**ACCEPTANCE OF SERVICE** |

The undersigned, Kathleen Martoncik, as counsel for Defendant Rick Perry, is authorized to and hereby accepts service of process of Plaintiff's Summons and First Amended Complaint in connection with the above-referenced lawsuit.

The undersigned acknowledges receipt of the Summons and First Amended Complaint as though the same had been personally served upon Defendant Rick Perry by the Sheriff or other person duly appointed or authorized by law to serve process, and waives the requirements for further personal service.

2909087

DATED this 11th day of November, 2011.

WILENCHIK & BARTNESS

By *Kathleen E. Martoncik*
Dennis Wilenchik
Kathleen Martoncik
2810 North Third Street
Phoenix, Arizona 85004
*Attorneys for Defendants*

2

2909087