# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Jason Hope; et al.,<br><br>　　　　　　Defendants. | Case No. 2:11-cv-00432-DGC<br><br>**ORDER GRANTING PLAINTIFF'S** *UNOPPOSED* **MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

This matter came before the Court pursuant to *Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint* ("the Motion"). After consideration of the Motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiffs shall have up to and including December 12, 2011, to file their Response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

SO ORDERED.