IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership doing business as Verizon Wireless,<br><br>            Plaintiff,<br><br>vs.<br><br>Jason Hope, et al.,<br><br>            Defendants. | No. CV11-0432 PHX DGC<br><br>**ORDER** |

The parties have filed an unopposed motion for enlargement of time to respond to motion to dismiss Plaintiff's first amended complaint (Doc. 239). After consideration of the motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the parties' unopposed motion for enlargement of time (Doc. 239) is **granted**. Plaintiffs shall have up to and including December 12, 2011, to file their response to Defendants' motion to dismiss Plaintiff's first amended complaint.

Dated this 7th day of December, 2011.

_____
David G. Campbell
United States District Judge