# EXHIBIT 1

**ALLEGATIONS THAT MUST BE PRESUMED TRUE**

In its TAC, JAWA has alleged, among other things, each of the following material facts:

1. Verizon conspired to put JAWA completely out of business by convincing OpenMarket, Motricity, mBlox, and IPX Ericcson (the "Aggregators") and wireless telecommunications carriers ("Wireless Carriers," such as AT&T, Verizon, Sprint, and T-Mobile) with whom Verizon was doing business, to shut off service and all business relations with JAWA. [TAC, ¶¶ 27, 54].

2. The PSMS industry is organized such that JAWA's content and services are distributed over the Internet, Mobile Web, and through SMS Aggregators and Wireless Carriers, including but not limited to Verizon, AT&T, T-Mobile, Sprint, and U.S. Cellular. [TAC, ¶ 37]. Moreover, JAWA's business relies on its relationships with the Wireless Carriers and the Aggregators, without whom JAWA could neither deliver its content or services nor collect revenue from its customers. [*Id.*, ¶¶ 39, 42].

3. A small number of wireless carriers (i.e., Verizon Wireless, AT&T, Sprint-Nextel, and T-Mobile) control over 90% of the U.S. wireless market. [*Id.*, ¶ 77].

4. In fact, Verizon competes with JAWA within the lucrative PSMS market, and offers many competing products in twelve of JAWA's vertical market segments, which comprises almost 50% of JAWA's revenue. [*Id.*, ¶¶ 28, 137].

5. On or about March 8, 2011, Verizon formally contacted each of the SMS Aggregators with whom JAWA had contracts (OpenMarket, Motricity, Ericsson IPX and mBlox) and demanded that they shut off service to JAWA, not only on the Verizon network, but on the networks of all Wireless Carriers. [*Id.*, ¶¶ 60, 62].

6. Verizon demanded that the SMS Aggregators: (1) immediately cease doing business with JAWA; (2) prevent all Verizon customers from signing up for JAWA's messaging services; (3) force an "opt out" of all Verizon customers currently subscribing to JAWA's messaging services; (4) cease forwarding JAWA's billing records to Verizon for inclusion in Verizon's bills (5) resubmit previous billing records, removing from those records all amounts for JAWA's messaging services, and (6) withhold all payments owing to JAWA for charges collected from Verizon customers. [*Id.*, ¶ 61].

7. Additionally, Verizon knowingly published false statements about JAWA in these letters to the Aggregators, such as the claim that JAWA was "perpetrating a massive fraud scheme" and engaged in deceptive practices "to frustrate the efforts of [Verizon] to discover its fraudulent scheme." [*Id.*, ¶¶ 111, 112].

8. As a result, three of the four United States SMS Aggregators (OpenMarket, IPX, and mBlox), which comprised approximately 75% of JAWA's business, shut down JAWA's network access to all Wireless Carriers based on Verizon's demands. [*Id.*, ¶¶ 64, 65].

9. Verizon also demanded indemnification from the Aggregators and threatened to hold the SMS Aggregators liable, at Verizon's sole discretion, for any customer refunds Verizon might decide to make for whatever reason related to JAWA. [*Id.*, ¶ 63].

10. All of the SMS Aggregators ceased payments for JAWA's services that were then owed and suspended further payments, as a direct result of Verizon's wrongful interference and withheld substantial sums due and owing to JAWA. [*Id.*, ¶¶ 66, 67].

11. The Aggregators continue to withhold monies on the basis that Verizon has threatened to assert claims against the Aggregators for attorneys' fees and/or refunds Verizon unilaterally and voluntarily chose to pay. [*Id.*, ¶ 60].

12. Simply put, Verizon orchestrated an unlawful horizontal group boycott among the SMS Aggregators. [*Id*., ¶¶ 139, 149].

13. Indeed, each Aggregator agreed to refuse to deal with JAWA. [*Id*., ¶ 142].

14. Each Aggregator was aware that the Aggregators as a group were being asked to terminate JAWA's short codes, and the Aggregators directly communicated their intention to comply with Verizon's demand to one another and to Verizon. [*Id*., ¶¶ 142 – 144].

15. On March 9, 2011 Verizon issued a Press Release urging "competitors to quickly follow and put a stop to this fraud and ensure all mobile customers are protected." [*Id*., ¶ 76].

16. This highly charged and defamatory release by Verizon was intended to further destroy JAWA without due process and without even talking to JAWA about what efforts it was making to comply with the MMA Guidelines. [*Id*., ¶ 76].

17. The Press Release went further and stated that JAWA was engaged "in an ongoing scheme...to defraud Verizon and its customers." [*Id*., ¶ 76].

18. These statements were false and defamatory and highly damaged JAWA's business interests and prospective business relations, much like Verizon's wrongful interference with JAWA's customers, the Aggregators and other Wireless Carriers whom Verizon wrongfully contacted. [*Id*., ¶¶ 76, 111–112].

19. Through the Press Release and other communications, Verizon implemented an illegal horizontal boycott against JAWA among competing Wireless Carriers. [*Id*., ¶¶ 156, 158].

20. Upon information and belief, one or more Verizon representatives met with or contacted representatives of Verizon's competitors (other Wireless Carriers) in order

to direct or induce those competitors to adhere to Verizon's boycott of JAWA and to believe the March 9, 2011 Press Release and take similar, punitive actions against JAWA. [*Id*., ¶¶ 78, 183].

21. The carriers in fact agreed with Verizon to boycott JAWA and carried out the boycott, whereby the carriers terminated business with JAWA. [*Id*. ¶¶ 79, 184].

22. Each of Verizon's major competitors (AT&T, Sprint-Nextel, and T-Mobile) ceased doing business with JAWA within two days after receipt of Verizon's March 9, 2011 Press Release. [*Id*., ¶ 79].

23. All of these Wireless Carriers have stubbornly refused to conduct any new business with JAWA since that date. [*Id*., ¶¶ 79, 159, 184].

24. Furthermore, Verizon, without lawful justification or excuse, withheld and is still holding approximately $9 million in revenue Verizon collected from its customers for messaging services JAWA provided prior to Verizon putting JAWA out of business. [*Id*., ¶¶ 67 – 68, 125].

25. Verizon and the Aggregators have already extracted their share of these revenues, leaving JAWA as the only entity in the chain unable to collect its rightfully earned funds. [*Id*., ¶ 68].

26. The funds held by Verizon are clearly identifiable as the revenue paid by Verizon's customers for JAWA's PSMS services billed to them by Verizon. [*Id*., ¶ 117].

27. The funds belonging to JAWA are not in any way commingled with other funds and are easily identified in segregated accounts. [*Id*., ¶ 118].

28. To add insult to the injury of holding JAWA's revenue hostage, Verizon has also improperly and unilaterally refunded approximately $8 million dollars of JAWA's revenues to almost one million customers who were billed between February 7, 2011 and

March 8, 2011, [*Id*.,¶¶ 75, 125], even though virtually none of those customers ever complained about JAWA or the services it was providing.

29. Instead of responding to actual customer complaints, Verizon initiated a program of soliciting its customers to submit refund claims for charges related to JAWA's messaging services and even created a website for this sole purpose. [*Id*., ¶ 71].

30. This was done notwithstanding the fact that Verizon knew very well that most, if not all, the potential customers it encouraged to seek refunds were subject to the settlement judgment just entered into in the *Walker* class action case in Illinois, which barred those same customers from seeking refunds directly. [*Id*., ¶ 72].

31. Verizon induced that settlement by leading JAWA to reasonably believe that Verizon would not seek to thereafter raise the issue again in a separate court given Verizon's agreement therein to specifically not seek any contribution or indemnity and to go through the Illinois court exclusively to seek any relief related to said settlement. [*Id*., ¶ 72].

32. Nevertheless, in complete disregard for this written promise to JAWA, Verizon brought this suit and then actually sought to encourage and invite its customers—who had been JAWA customers as well—to breach their relationship with JAWA, since they could not receive service due to Verizon's actions, and to seek a refund for past monies paid, notwithstanding the terms of the Illinois Settlement and Judgment. [*Id*., ¶ 72].

33. Verizon did not require proof that the customers had previously complained or sought a refund and did not require that customers even provide a reason for seeking a refund. [*Id*., ¶ 72].

34. Verizon simply solicited and then issued refunds unilaterally and used JAWA's money to pay for those refunds by withholding rightfully earned profits from the Aggregators and thus from JAWA. [*Id.*, ¶ 72].

35. Those refunds were not affirmatively requested by any customer to JAWA's knowledge, and were completely unwarranted and constitute a conversion of revenue rightfully belonging to JAWA. [*Id.*, ¶ 73].

The foregoing facts fully support Counterclaimants' claims and defeat the Motion.