**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810   Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com
*Attorneys for Defendants*
*Jason Hope and Wayne P. Destefano, et al.*

J. Grant Woods, Esq. #006106
Grant Woods Law P.C.
Two Renaissance Square
40 N. Central Ave., Ste 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Cellco Partnership d/b/a/ Verizon Wireless,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Jason R. Hope, et al.,**<br><br>**Defendants.**<br><br>**And Related Counterclaims.** | Case No. CV 11-00432-DGC<br><br>**RESPONSE TO PLAINTIFF'S MOTION TO DISMISS**<br><br>Assigned to the Honorable<br>David G. Campbell<br><br>**(Oral Argument Requested)** |

Defendants/Counterclaimants Eye Level Holdings, LLC, New Economic Order, LLC, Saguaro Media, LLC, Green Door Trust, Cylon, LLC, SMS City, LLC, Standard Plan, LLC, Worldtxts.com, LLC, Mytxtsms.com, LLC, Text Charge, LLC, Fyisms.com, LLC, News Alerts, LLC, Message Plan, LLC, Standard Message, LLC, City-O-Games.com, LLC, All-Game-Cheats.org, LLC, Hot-Hot-News.com, LLC, Topictext.com, LLC, Yellow Ball Holdings, LLC, New EIN, LLC, and Ink Sign Holdings, LLC (identified herein collectively as "JAWA"), by and through undersigned counsel, hereby move the Court for an Order pursuant to LR Civ.7.2(e),

permitting JAWA to exceed the seventeen (17) page limit for its *Response to Plaintiff's Motion to Dismiss Third Amended Counterclaims* (the "Response") by three (3) pages. An increase of the page limitation is necessary and appropriate in this case to adequately respond to Plaintiff's Motion to Dismiss Counterclaimants' Third Amended Counterclaims (the "Motion"), which is 20 pages long. Also, JAWA did not oppose Plaintiff's request to exceed the page limitation with its Motion and fully expects that Plaintiffs will likewise have no objection to this request.

Wherefore, JAWA respectfully requests that the Court enter an Order permitting JAWA to exceed the seventeen (17) page limit and file the Response, not to exceed twenty (20) pages. JAWA has lodged a proposed form of Order concurrently herewith.

DATED this 12th day of December, 2011.

**RESPECTFULLY SUBMITTED** this 12th day of December, 2011

**WILENCHIK & BARTNESS, P.C.**

/s/ Dennis I. Wilenchik
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendants Jason Hope and Wayne P. Destefano, et al.*

**CERTIFICATE OF SERVICE**

I certify that on this 12th day of December, 2011, I electronically transmitted the attached document to the Clerk's office of the United States District Court, District of Arizona, using a Clerk of Court hosted electronic filing system for filing and the transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Tyler Q. Swensen