Case 2:11-cv-00432-DGC   Document 244   Filed 12/12/11   Page 1 of 1

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Cellco Partnership d/b/a/ Verizon Wireless, | Case No. CV 11-00432-DGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Jason R. Hope, et al., | |
| Defendants. | |
| And Related Counterclaims. | |

The Court, having reviewed Defendants/Counterclaimants' Motion to Exceed Page Limit and good cause therefore appearing,

IT IS ORDERED granting Defendants/Counterclaimants' request to exceed the page limit by three (3) pages on their Response to Plaintiff's Motion to Dismiss Counterclaimants' Third Amended Counterclaims (the "Motion").