UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Cellco Partnership**, | CASE NO. **CV 11-432-PHX-DGC** |
| PLAINTIFF | |
| v. | NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| **Jason R Hope, et al.**, | |
| DEFENDANT(S) | |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Response to Plaintiff's Motion to Dismiss #243* filed by *Dennis Wilenchik*:

☒ I ncorrect PDF document attached.

**ACTION REQUIRED BY THE FILER**

☒   The deficiency must be corrected within one (1) business day of this notice.
☒   Re-file corrected document.