**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810       Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Kathleen E. Martoncik, #023982
admin@wb-law.com
*Attorneys for Defendants Jason Hope*
*and Wayne P. Destefano, et al.*

J. Grant Woods, Esq. #006106
Grant Woods Law P.C.
Two Renaissance Square
40 N. Central Ave., Ste 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>                    Plaintiff,<br><br>v.<br><br>Jason Hope; et al.,<br><br>                    Defendants. | **Case No. 2:11-cv-00432-DGC**<br><br>**NOTICE OF INTENT TO SERVE SUBPOENAS UPON NON-PARTIES** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure, Defendants hereby notify all parties of its intent to serve subpoenas on the following non-parties, on or following five (5) calendar days from the date of this notice:  1) United States Cellular Corporation, 2) Sprint Nextel Corporation; 3) Alltel Communications, LLC; 4) T-Mobile USA, Inc.; 5) OpenMarket, Inc.; 6) mBlox

Incorporated; 7) Motricity, Inc.; and 8) Ericsson, Inc.. I hereby certify that a copy of the said subpoenas have been provided this day by sending same to Plaintiff's counsel via e-mail.

DATED this 16th day of December, 2011.

**WILENCHIK & BARTNESS, P.C.**
**/S/ DENNIS I. WILENCHIK, ESQ.**

Dennis I. Wilenchik, Esq.
2810 North Third Street
Phoenix, Arizona  85004
admin@wb-law.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the original of this document was sent, via e-mail to the following party this 16th day of December, 2011:

Paul K. Charlton, Esq.
Lindsi Michelle Weber, Esq.
**GALLAGHER & KENNEDY PA**
2575 East Camelback Road, Suite 1100
Phoenix, Arizona  85016-9225
paul.charlton@gknet.com
lindsi.weber@gknet.com
Attorneys for Plaintiff

I hereby certify that a copy of this document was sent, via e-mail, to the following parties this 16th day of December, 2011:

Marcos Jimenez, Esq.
Ann M. St. Peter-Griffith, Esq.
**KASOWITZ BENSON TORRES & FRIEDMAN, LLP**
1441 Brickell Avenue, Suite 1420
Miami, Florida  33131
astpetergriffith@kasowitz.com
Attorneys for Plaintiff


By: /s/ H. Myers

2