# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership doing business as Verizon Wireless,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Jason Hope, et al.,<br><br>　　　　　Defendants. | No. CV11-0432 PHX DGC<br><br>**ORDER** |

　　　Defendants/Counterclaimants' have filed a motion to exceed page limit. (Doc. 243).

　　　**IT IS ORDERED** that Defendants/Counterclaimants' motion to exceed page limit on their response to Plaintiffs' motion to dismiss counterclaimants' third amended counterclaims (Doc. 243) is **granted**.

　　　Dated this 19th day of December, 2011.

_____
David G. Campbell
United States District Judge