**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>               Plaintiff,<br>v.<br><br>Jason Hope; et al.,<br><br>               Defendants. | Case No. CV11-0432-PHX DGC<br><br>**ORDER EXTENDING TIME TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS** |

This matter came before the Court pursuant to the parties' *STIPULATION FOR EXTENSION OF DEADLINE TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS* (Doc. 248). After consideration of the Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that Parties' stipulation (Doc. 248) is **granted**. deadline to file their respective Replies in support of the pending Motions to Dismiss be extended to January 5, 2012.

Dated this 21st day of December, 2011.

_____
David G. Campbell
United States District Judge