Brian A. Cabianca (Arizona Bar No. 019541)
brian.cabianca@squiresanders.com
Donald A. Wall (Arizona Bar No. 007492)
donald.wall@squiresanders.com
Alison E. Klingel (Arizona Bar No. 028765)
alison.klingel@squiresanders.com
SQUIRE SANDERS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona  85004-2556
Telephone:  (602) 528-4000
Facsimile:   (602) 253-8129

*Co-Counsel for Jason Hope and
the Entity Defendants/Counterclaimants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless, | Case No. 2:11-cv-00432-DGC |
| Plaintiff, | **NOTICE OF APPEARANCES** |
| v. | |
| Jason Hope; et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Pursuant to Rule 83.3, Local Rules of Practice and Procedure, United States District Court for the District of Arizona, Brian A. Cabianca, Donald A. Wall, and Alison E. Klingel of the law firm of Squire Sanders (US) LLP hereby enter their appearances on the record as co-counsel for defendant Jason Hope and defendants/counterclaimants Cylon, LLC a/k/a JAWA ("JAWA"); Eye Level Holdings, LLC; New Economic Order, LLC; Saguaro Media, LLC; New EIN, LLC; Ink Sign Holdings, LLC; Yellow Ball Holdings, LLC; Message Plan, LLC; FYISMS.COM, LLC; MYTXTSMS.COM, LLC; Standard Plan, LLC; Standard Message, LLC; SMS City, LLC; City-O-Games, LLC; Hot-Hot-News, LLC; WorldTxts.Com, LLC;

TopicText.Com, LLC; Text Charge, LLC; All-Game-Cheats.Org, LLC; and News Alerts, LLC (collectively, "The Entity Defendants/Counterclaimants"). In addition to service on current counsel of record for defendants, we request that service of all papers in the captioned case also be sent as follows:

Brian A. Cabianca<br>
Donald A. Wall<br>
Alison E. Klingel<br>
Squire Sanders (US) LLP<br>
1 East Washington Street, Suite 2700<br>
Phoenix, AZ  85004

DATED this 4th day of January, 2012.

SQUIRE SANDERS (US) LLP

By  s/ Brian A. Cabianca
    Brian A. Cabianca
    Donald A. Wall
    Alison E. Klingel
    1 East Washington Street, Suite 2700
    Phoenix, Arizona 85004

    Co-Counsel for Jason Hope and the Entity
    Defendants/Counterclaimants

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 4th day of January, 2012, I electronically transmitted the foregoing document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic Filing, and mailed to the following:

Paul K. Charlton, Esq.
Lindsi Michelle Weber, Esq.
**GALLAGHER & KENNEDY PA**
2575 East Camelback Road, Suite 1100
Phoenix, Arizona  85016-9225
paul.charlton@gknet.com
lindsi.weber@gknet.com
Attorneys for Plaintiff

Marcos Jimenez, Esq.
Ann M. St. Peter-Griffith, Esq.
**KASOWITZ BENSON TORRES & FRIEDMAN, LLP**
1441 Brickell Avenue, Suite 1420
Miami, Florida  33131
astpetergriffith@kasowitz.com
Attorneys for Plaintiff

Dennis I. Wilenchik, Esq.
J. Grant Woods, Esq.
Kathleen E. Martoncik, Esq.
2810 North Third Street
Phoenix, Arizona  85004
admin@wb-law.com
Co-Counsel for Defendants


By: s/ Tanya Skeet