**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com
*Attorneys for Defendants Jason Hope and Wayne P. Destefano, et al.*

J. Grant Woods, Esq. #006106
Grant Woods Law P.C.
Two Renaissance Square
40 N. Central Ave., Ste 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-Counsel for Defendants Jason Hope and Wayne P. Destefano, et al.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Cellco Partnership d/b/a Verizon Wireless,** | Case No. CV 11-00432-DGC |
| **Plaintiff,** vs. | **NOTICE OF SERVICE OF DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF CELLCO PARTNERSHIP'S THIRD REQUEST FOR PRODUCTION TO ALL DEFENDANTS** |
| **Jason R. Hope, et al.,** | |
| **Defendants.** | |
| **AND RELATED COUNTERCLAIMS.** | |

Pursuant to Local Rule 5.2, Defendants hereby give notice of service of Defendant's Objections and Responses to Plaintiff's Third Request for Production to All Defendants via Electronic Service and Overnight Mail on December 23, 2011.

**DATED** this 4th day of January, 2012.

| | |
|---|---|
| **WILENCHIK & BARTNESS, P.C.** | **GRANT WOODS LAW P.C.** |
| /s/ Dennis I. Wilenchik, Esq. | /s/ Grant Woods, Esq. |
| Dennis I. Wilenchik, Esq. | J. Grant Woods, Esq. |
| The Wilenchik & Bartness Building | 40 North Central Avenue |
| 2810 North Third Street | Suite 2250 |
| Phoenix, Arizona  85004 | Phoenix, Arizona  85004 |
| admin@wb-law.com | gw@grantwoodspc.net |
| *Attorneys for Defendants Jason Hope and Wayne P. Destefano, et al.* | *Co-counsel for Defendants Jason Hope and Wayne P. Destefano, et al.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2012, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.



/s/ Hilary Myers