**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street   Phoenix, Arizona  85004

Telephone: 602-606-2810          Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com
*Attorneys for Defendants Jason Hope and Wayne P. Destefano, et al.*

J. Grant Woods, Esq. #006106
Grant Woods Law P.C.
Two Renaissance Square
40 N. Central Ave., Ste 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-Counsel for Defendants Jason Hope and Wayne P. Destefano, et al.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Cellco Partnership d/b/a Verizon Wireless,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**Jason R. Hope, et al.,**<br><br>**Defendants.** | **Case No. CV 11-00432-DGC**<br><br>**NOTICE OF SERVICE OF DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF CELLCO PARTNERSHIP'S SECOND REQUEST FOR PRODUCTION TO CYLON, LLC** |
| **AND RELATED COUNTERCLAIMS.** | |

Pursuant to Local Rule 5.2, Defendants hereby give notice of service of Defendant's Objections and Responses to Plaintiff's Second Request for Production to Cylon, LLC via Electronic Service and Overnight Mail on December 23, 2011.

DATED this 4th day of January, 2012.

**WILENCHIK & BARTNESS, P.C.**          **GRANT WOODS LAW P.C.**

/s/ Dennis I. Wilenchik, Esq.          /s/ Grant Woods, Esq.
Dennis I. Wilenchik, Esq.              J. Grant Woods, Esq.
The Wilenchik & Bartness Building      40 North Central Avenue
2810 North Third Street                Suite 2250
Phoenix, Arizona  85004                Phoenix, Arizona  85004
admin@wb-law.com                       gw@grantwoodspc.net
*Attorneys for Defendants Jason Hope*  *Co-counsel for Defendants Jason Hope*
*and Wayne P. Destefano, et al.*       *and Wayne P. Destefano, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2012, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

/s/ Hilary Myers

2