**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810       Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
Tyler Q. Swensen, #015322
admin@wb-law.com
*Attorneys for Defendants*

J. Grant Woods, Esq. #006106
Grant Woods Law
Two Renaissance Square
40 North Central Avenue, Ste. 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-Counsel for Defendants*

Brian A. Cabianca, Esq., #019541
Donald A. Wall, Esq., #007492
Alison E. Klingel, Esq., #028765
Squire Sanders (US) LLP
One East Washington Street, Ste. 2700
Phoenix, Arizona  85004
brian.cabianca@squiresanders.com
donald.wall@squiresanders.com
alison.klingel@squiresanders.com
*Co-Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Cellco Partnership d/b/a Verizon Wireless,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**Jason R. Hope; et al.,**<br><br>    **Defendants.** | Case No. 2:11-cv-00432-DGC<br><br>**NOTICE OF INTENT TO SERVE SUBPOENAS UPON NON-PARTIES** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure, Defendants hereby notify all parties of its intent to serve subpoenas on the following non-parties, on or following five (5) calendar days from the date of this notice: Herb Rice. I hereby certify that a copy of said subpoena has been provided this day by sending same to Plaintiff's counsel via e-mail.

**DATED** this 3rd day of January, 2012.

**WILENCHIK & BARTNESS, P.C.**

/s/ Dennis I. Wilenchik, Esq.
Dennis I. Wilenchik, Esq.
Tyler Q. Swensen, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona  85004
admin@wb-law.com
*Attorneys for Defendants Jason Hope*
*and Wayne P. Destefano, et al.*

### CERTIFICATE OF SERVICE

I hereby certify that the original of this document was sent, via e-mail and regular mail, to the following party this 3rd day of January, 2012:

Paul K. Charlton, Esq.
Lindsi Michelle Weber, Esq.
**GALLAGHER & KENNEDY PA**
2575 East Camelback Road
Suite 1100
Phoenix, Arizona  85016-9225
Paul.charlton@gknet.com
Lindsi.weber@gknet.com
*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE (continued)**

I hereby certify that a copy of this document was sent, via e-mail and regular mail, to the following parties this 3rd day of January, 2012:

Marcos D. Jimenez, Esq.
Scott B. Cosgrove, Esq.
Audrey M. Pumareiga, Esq.
**KASOWITZ BENSON TORRES & FRIEDMAN, LLP**
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
mjimenez@kasowitz.com
scosgrove@kasowitz.com
apumariega@kasowitz.com
*Attorneys for Plaintiff*

J. Grant Woods, Esq. #006106
Grant Woods Law
Two Renaissance Square
40 N. Central Ave., Ste. 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-Counsel for Defendants Jason Hope*
*and Wayne Destefano, et al.*

Brian A. Cabianca, Esq.
Donald A. Wall, Esq.
Alison E. Klingel, Esq.
Squire Sanders (US) LLP
One E. Washington St., Ste. 2700
Phoenix, Arizona 85004
brian.cabianca@squiresanders.com
donald.wall@squiresanders.com
alison.klingel@squiresanders.com
*Co-Counsel for Defendants Jason Hope*
*and Wayne Destefano, et al.*

Jeff Bouma, Esq.
3001 E. Camelback Rd., Ste. 140
Phoenix, Arizona 85016
jjbouma@boumalaw.com
jjbouma@azbar.org
*Attorney for Defendant Janet O'Meara (Donnellan)*

/s/ H. Myers