```
                    IN THE UNITED STATES DISTRICT COURT

                        FOR THE DISTRICT OF ARIZONA
                    CIVIL MINUTES - TELEPHONIC DISCOVERY DISPUTE
```
Phoenix Division


CIV 11-432 PHX DGC                   DATE: 1/4/2012
Year   Case No   Initials

Title: Cellco Partnership   vs.  Jason Hope, et al.,
           Plaintiff                        Defendant
==================================================================

HON: DAVID G. CAMPBELL                          Judge # 7031


 Traci C. Abraham                  Patricia Lyons
       Deputy Clerk                    Court Reporter

 SEE BELOW                          SEE BELOW
Attorney(s) for Plaintiff(s)     Attorney(s) for Defendant(s)
==================================================================
**PROCEEDINGS:**     **X**   Open Court        Chambers            Other

Telephonic Appearances: Paul Charlton, Marcos Jimenez, Audrey Pumariega, Lindsi Weber, and Leigh Schacter for plaintiff; Brian Cabianca, Dennis Wilenchik, Kathleen Martoncik, Grant Woods, Tyler Swensen for defendants

Telephonic discovery hearing held.

Plaintiff's motion for temporary restraining order (doc. 251) discussed. Defendants response due 1/25/2012, plaintiff reply due 2/8/2012. A hearing on the motion for temporary restraining order is set for 3/8/2012 at 2:00 p.m.

Discovery issues discussed. Each side will prepare a matrix with four columns. First column will state the discovery request verbatim. Second column verbatim answer. Third column, the party moving to compel will explain why response deficient. Fourth column, the party that gave the response will explain why response is sufficient. Written discovery and responses should be attached,  If the Court finds that either party with respect to a particular issue acted in a clearly unreasonable manner, the Court will assess fees. The matrix from both sides is due 1/13/2012.

Objections to depositions of Schacter, Hillier, Haller discussed. The Court will review the Shelton case to address depositions. Court will issue a text only order today ruling on the issues.