# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless, <br><br> Plaintiff, <br><br> vs. <br><br> Jason R. Hope, et al., <br><br> Defendant. | No. CV 11-0432-PHX DGC <br><br> **ORDER GRANTING PARTIES' STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES** |

This Court, having received Defendants' (collectively "JAWA") and Plaintiff's stipulation and good cause appearing:

**IT IS HEREBY ORDERED** that the expert disclosure deadlines shall be extended 60 days as follows:

- The expert witness deadline shall be extended from Friday, February 10, 2012, to Tuesday, April 10, 2012.
- The rebuttal expert witness deadline shall be extended from Friday, March 23, 2012, to Wednesday, May 23, 2012.
- **All other terms of the Court's Case Management Order and the Order at Doc. 221, including the terms governing expert disclosure, remain in effect.**

- **The parties are advised that the Court will not grant additional extension absent truly extraordinary circumstances.**

Dated this 12th day of January, 2012.

David G. Campbell
United States District Judge