Dennis I. Wilenchik (SBN 005350)
Tyler Q. Swenson (SBN 015322)
WILENCHIK & PARTNESS, PC
The Wilenchik & Bartness Building
2810 N. Third Street
Phoenix, AZ 85004
admin@wb-law.com
*Attorneys for Defendants/Counterclaimants*

J. Grant Woods (SBN 006106)
Grant Woods Law P.C.
Two Renaissance Square
40 N. Central Ave., Ste 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-Counsel for Defendants/Counterclaimants*

Donald A. Wall (SBN 007522) donald.wall@squiresanders.com
Brian A. Cabianca (SBN 016410) brian.cabianca@squiresanders.com
Alison E. Klingel (SBN 028765) alison.klingel@squiresanders.com
Squire Sanders (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
*Co-Counsel for Jason Hope and*
*the Entity Defendants/Counterclaimants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>Plaintiff,<br><br>v.<br><br>Jason Hope; et al.,<br><br>Defendants. | Case No. 2:11-cv-00432-DGC<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA UPON NON-PARTY** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 45(b)(1) of the Federal Rules of

Civil Procedure, Defendant Jason Hope and the Entity Defendants/Counterclaimants

hereby notify all parties of their intent to serve subpoenas on the following non-parties, on or following five (5) calendar days from the date of this notice: 1) mBlox International; 2) Ericsson, Inc.; 3) Motricity, Inc.; and 4) OpenMarket, Inc..

I hereby certify that a copy of said subpoenas has been provided this day to Plaintiff's counsel via e-mail.

DATED this 18th day of January, 2012.

*/s/ Donald A. Wall*
Donald A. Wall
Brian A. Cabianca
Alison E. Klingel
SQUIRE SANDERS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
*Co-Counsel for Jason Hope and the Entity Defendants/Counterclaimants*

Dennis I. Wilenchik
Tyler Q. Swenson
WILENCHIK & PARTNESS, PC
The Wilenchik & Bartness Building
2810 N. Third Street
Phoenix, AZ 85004
*Attorneys for Defendants/Counterclaimants*

J. Grant Woods
Grant Woods Law P.C.
Two Renaissance Square
40 N. Central Ave., Ste 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-Counsel for Defendants/Counterclaimants*

# CERTIFICATE OF SERVICE

I certify that on this 18th day of January, 2012, I electronically transmitted this document to the Clerk of the Court, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the assigned judge and all CM/ECF registrants listed for this matter and emailed and mailed this document to the following parties:

Paul K. Charlton, Esq.
Lindsi Michelle Weber, Esq.
**GALLAGHER & KENNEDY PA**
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
paul.charlton@gknet.com
lindsi.weber@gknet.com
*Attorneys for Plaintiff*

Marcos Jimenez, Esq.
Ann M. St. Peter-Griffith, Esq.
**KASOWITZ BENSON TORRES & FRIEDMAN, LLP**
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
astpetergriffith@kasowitz.com
*Attorneys for Plaintiff*

Dennis I. Wilenchik
Tyler Q. Swensen
**WILENCHIK & BARTNESS, P.C.**
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendants*

J. Grant Woods
Grant Woods Law
Two Renaissance Square
40 N. Central Ave., Suite 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-Counsel for Defendants*

Jeff Bouma
3001 E. Camelback Road, Suite 140
Phoenix, Arizona 85016
jjbouma@boumalaw.com
*Attorney for Defendant Janet O'Meara (Donnellan)*

*/s/ Sara Ramirez*