1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                        **DISTRICT OF ARIZONA**

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless, | Case  CV11-0432-PHX DGC |
| Plaintiff, | **Order Dismissing All Claims and Counterclaims between Verizon Wireless and Janet O'Meara Without Prejudice** |
| v. | |
| Jason Hope; et al., | |
| Defendants. | |

        This matter came before the Court pursuant to the parties' *Stipulation to Dismiss All Claims and Counterclaims between Verizon Wireless and Janet O'Meara Without Prejudice*.  Doc. 267.  Good cause appearing therefore,

        **IT IS HEREBY ORDERED** dismissing all claims and counterclaims by and between Verizon Wireless' and Janet O'Meara, without prejudice, with each party to bear its own attorneys' fees and costs.

        The Court finds that there is no just reason for delay and that this shall be a final judgment as provided by Rule 54(b) of the Federal Rules of Civil Procedure.

        Dated this 23rd day of January, 2012.


                                          _David G. Campbell_
                                          _____
                                          David G. Campbell
                                          United States District Judge