# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless, | ) ) ) ) |
| Plaintiff, | ) **JUDGMENT (54b) IN A CIVIL CASE** |
| v. | ) CV 11-0432-PHX-DGC |
| Jason Hope, et al., | ) ) |
| Defendants. | ) ) |

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by way of this Court, dismissing defendant Janet O'Meara without prejudice pursuant to Federal Rules of Civil Procedure 54(b). There being no just reason for delay, judgment is entered dismissing this defendant.

|   |   |
|---|---|
| January 23rd   2012 | BRIAN D. KARTH |
| Date | District Court Executive/Clerk |
|   | s/ Kathy Gerchar |
|   | (By) Kathy Gerchar, Deputy Clerk |

cc: (all counsel)