Paul K. Charlton (Bar No. 012449)
Lindsi M. Weber (Bar No. 025820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
Email:       paul.charlton@gknet.com
             lindsi.weber@gknet.com

Marcos Jiménez (admitted pro hac vice)
Scott Cosgrove (admitted pro hac vice)
Audrey M. Pumariega (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone:   (786) 587-1077
Facsimile:   (305) 675-7970
Email:       MJimenez@kasowitz.com
             SCosgrove@kasowitz.com
             APumariega@kasowitz.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>              Plaintiff,<br><br>v.<br><br>Jason Hope; et al.,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:11-cv-00432-DGC<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY RESPONSES**<br><br>(Assigned to the Hon. David G. Campbell) |

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), by and through undersigned counsel, hereby gives notice that service of Plaintiff's Responses and Objections to Defendants' Third Set of Non-Uniform Interrogatories and Requests for Production was made upon counsel for Defendants via scanned email and by enclosing a true copy in an envelope addressed to counsel for Defendants, postage prepaid, and depositing it in the United States mail on January 23, 2012.

DATED this 24th day of January, 2012.

        GALLAGHER & KENNEDY, P.A.

By: */s/ Lindsi M. Weber*
    Paul K. Charlton
    Lindsi M. Weber
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

    Marcos Jiménez
    Scott Cosgrove
    Audrey M. Pumariega
    1441 Brickell Avenue, Suite 1420
    Miami, Florida 33131

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2012, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

        */s/ Jeanette Burkey*

2963550