Paul K. Charlton (Bar No. 012449)
Lindsi M. Weber (Bar No. 025820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:    (602) 530-8000
Facsimile:    (602) 530-8500
Email:        paul.charlton@gknet.com
              lindsi.weber@gknet.com

Marcos Jiménez (admitted pro hac vice)
Scott Cosgrove (admitted pro hac vice)
Ann M. St. Peter-Griffith (admitted pro hac vice)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone:    (786) 587-1077
Facsimile:    (305) 675-7970
Email:        MJimenez@kasowitz.com
              SCosgrove@kasowitz.com
              AStpetergriffith@kasowitz.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>            Plaintiff,<br><br>v.<br><br>Jason Hope; et al.,<br><br>            Defendants. | Case No. 2:11-cv-00432-DGC<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY RESPONSES**<br><br>(Assigned to the Hon. David G. Campbell) |

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), by and through undersigned counsel, hereby gives notice that service of Plaintiff's Responses and Objections to JAWA Defendants' Fourth Set of Requests for Production of Documents to Plaintiff was made upon counsel for Defendants via scanned email and by enclosing a true copy in an envelope addressed to counsel for Defendants, postage prepaid, and depositing it in the United States mail on February 2, 2012.

RESPECTFULLY SUBMITTED this 3rd day of February, 2012.

           GALLAGHER & KENNEDY, P.A.

           Paul K. Charlton
           Lindsi M. Weber
           2575 East Camelback Road
           Phoenix, Arizona 85016-9225

           KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

           By */s/ Audrey Pumariega*
           Marcos Jiménez
           Scott Cosgrove
           Ann M. St. Peter-Griffith
           1441 Brickell Avenue, Suite 1420
           Miami, Florida 33131

           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of February, 2012, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants and non-registered parties.

           */s/ Alicia Noonan*