Brian A. Cabianca (SBN 016410)
brian.cabianca@squiresanders.com
Donald A. Wall (SBN 007522)
donald.wall@squiresanders.com
Alison E. Klingel (SBN 028765)
alison.klingel@squiresanders.com
Squire Sanders (US) LLP
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 528-4000
Facsimile:  (602) 253-8129
*Attorneys for Jason Hope and*
*the Entity Defendants/Counterclaimants*

Dennis I. Wilenchik (SBN 005350)
Tyler Q. Swenson (SBN 015322)
admin@wb-law.com
2810 North Third Street
Phoenix, Arizona 85004
Telephone: (602) 606-2810
Fax: (602) 606-2811
*Attorneys for Defendants/Counterclaimants*

J. Grant Woods (SBN 006106)
Grant Woods Law P.C.
Two Renaissance Square
40 N. Central Ave., Ste 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Attorneys for Defendants/Counterclaimants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless,<br><br>              Plaintiff,<br><br>v.<br><br>Jason Hope; et al.,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:11-cv-00432-DGC<br><br>**NOTICE OF DEPOSITION OF COLSON HILLIER** |

1

**YOU ARE HEREBY NOTIFIED** that, pursuant to Rule 7030, Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths, and will continue until completed. The deposition will be videotaped and recorded stenographically.

| | |
|---|---|
| **Person to be examined:** | Mr. Colson Hillier |
| **Date and time:** | February 16, 2012<br>9:00 a.m. (Arizona Time) |
| **Place of examination:** | **SQUIRE SANDERS (US) LLP**<br>1 E. Washington Street, Suite 2700<br>Phoenix, Arizona  85004 |

DATED this 6th day of February, 2012.

                                            *s/ Brian A. Cabianca*
Donald A. Wall
Brian A. Cabianca
Alison E. Klingel
SQUIRE SANDERS (US) LLP
1 East Washington Street, Suite 2700
Phoenix, AZ 85004
*Attorneys for Jason Hope and the Entity Defendants/Counterclaimants*

Dennis I. Wilenchik
Tyler Q. Swenson
WILENCHIK & PARTNESS, PC
The Wilenchik & Bartness Building
2810 N. Third Street
Phoenix, AZ 85004
*Attorneys for Defendants/Counterclaimants*

J. Grant Woods, Esq. #006106
Grant Woods Law P.C.
Two Renaissance Square
40 N. Central Ave., Ste 2250
Phoenix, Arizona 85004
gw@grantwoodspc.net
*Co-Counsel for
Defendants/Counterclaimants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2012, I electronically transmitted a foregoing document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of the same to the following:

| | |
|---|---|
| Paul K. Charlton, Esq.<br>Lindsi Michelle Weber, Esq.<br>**GALLAGHER & KENNEDY PA**<br>2575 East Camelback Road, Suite 1100<br>Phoenix, Arizona 85016-9225<br>paul.charlton@gknet.com<br>lindsi.weber@gknet.com<br>Attorneys for Plaintiff | Dennis I. Wilenchik<br>Tyler Q. Swensen<br>**WILENCHIK & BARTNESS, P.C.**<br>The Wilenchik & Bartness Building<br>2810 North Third Street<br>Phoenix, Arizona 85004<br>diw@wb-law.com<br>admin@wb-law.com<br>Attorneys for Defendants/Counterclaimants |
| Marcos Jimenez, Esq.<br>Ann M. St. Peter-Griffith, Esq.<br>**KASOWITZ BENSON TORRES & FRIEDMAN, LLP**<br>1441 Brickell Avenue, Suite 1420<br>Miami, Florida 33131<br>mjimenez@kasowitz.com<br>astpetergriffith@kasowitz.com<br>Attorneys for Plaintiff | Grant Woods, Esq.<br>**GRANT WOODS, P.C.**<br>Two Renaissance Square<br>40 North Central Avenue, Suite 2250<br>Phoenix, Arizona 85003<br>gw@grantwoodspc.net<br>Co-Counsel for Defendants/Counterclaimants |

By: *s/ Tanya Skeet*

3