| AO 435 (Rev. 10/05) *Read Instructions on Back:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** **DUE DATE:** |
|---|---|---|---|
| 1. NAME Brian A. Cabianca | 2. PHONE NUMBER (602) 528-4160 | | 3. DATE 2/8/2012 |
| 4. FIRM NAME Squire Sanders (US) LLP | | | |
| 5. MAILING ADDRESS 1 East Washington Street, Suite 2700 | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85012 |
| 9. CASE NUMBER 11cv-00432 | 10. JUDGE Judge Campbell | DATES OF PROCEEDINGS 11. 1/4/2012    12. | |
| 13. CASE NAME | LOCATION OF PROCEEDINGS 14. Phoenix    15. STATE Arizona | | |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING | 01/04/2012 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | | |
| 14 DAYS | [ ] | [ ] | | PAPER COPY [ ] | |
| 7 DAYS | [ ] | [ ] | | E-MAIL [x] | |
| DAILY | [ ] | [ ] | | DISK [ ] | |
| HOURLY | [x] | [ ] | | PDF FORMAT [ ] | |
| REALTIME | [ ] | [ ] | | ASCII FORMAT [ ] | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: sherriejo.young@squiresanders.com

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE  /s/ Brian A. Cabianca
20. DATE  2/8/12

| TRANSCRIPT TO BE PREPARED BY | | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|---|
| | DATE | BY | | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY