| ◆AO 435 (Rev. 10/05) *Read Instructions on Back:* | Administrative Office of the United States Courts  **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** **DUE DATE:** | |
|---|---|---|---|---|
| 1. NAME Paul K. Charlton | | 2. PHONE NUMBER (602) 530-8585 | 3. DATE 2/8/2012 | |
| 4. FIRM NAME Gallagher & Kennedy | | | | |
| 5. MAILING ADDRESS 2575 East Camelback | | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85016 |
| 9. CASE NUMBER 2:11-cv-00432 | 10. JUDGE DGC | DATES OF PROCEEDINGS 11. 1/4/2012    12. | | |
| 13. CASE NAME Cellco v. Hope | | LOCATION OF PROCEEDINGS 14.    15. STATE | | |

16. ORDER FOR
☐ APPEAL       ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT       ☐ BANKRUPTCY
☐ NON-APPEAL   ☑ CIVIL                 ☐ IN FORMA PAUPERIS          ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) Telephonic Discovery Disp. | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | PAPER COPY ☐ | |
| 14 DAYS | ☐ | ☐ | | E-MAIL ☑ | |
| 7 DAYS | ☐ | ☐ | | DISK ☐ | |
| DAILY | ☑ | ☑ | | PDF FORMAT ☐ | |
| HOURLY | ☐ | ☐ | | ASCII FORMAT ☐ | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

19. SIGNATURE  /s/
20. DATE  02/08/2012

E-MAIL ADDRESS
paul.charlton@gknet.com

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY Patricia Lyons | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY    PHONE NUMBER | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY