☑ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 2 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Cellco Partnership d/b/a Verizon Wireless

    Plaintiff(s)/Petitioner(s),

vs.

Jason Hope, et al.,

    Defendant(s)/Respondent(s)

CASE NO: 2:11-cv-00432-DGC

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, Jonathan Jacob Nader, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of Jason Hope and Entity Defendants/Counterclaimants.

**City and State of Principal Residence:** Washington, DC
**Firm Name:** Squire Sanders (US) LLP
**Address:** 1200 19th Street, NW     **Suite:** 300
**City:** Washington   **State:** DC   **Zip:** 20036
**Firm/Business Phone:** (202) 626-6662
**Firm Fax Phone:** (202) 626-6780     **E-mail Address:** jack.nadler@squiresanders.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| United States Court of Appeals - District of Columbia Circuit | 08/07/1991 | ☑ Yes | ☐ No* |
| United States Court of Appeals for the Eighth Circuit | 12/23/1997 | ☑ Yes | ☐ No* |
| United States Supreme Court | 01/01/1998 | ☑ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c)

1/26/12     [signature]
Date        Signature of Applicant

Fee Receipt # PHK119079

(Rev. 03/11)

# Supreme Court of the United States
## OFFICE OF THE CLERK
## WASHINGTON, D.C. 20543



# JONATHAN JACOB NADLER
# OF WASHINGTON, DC

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the twenty-third day of March, in the year one thousand nine hundred and ninety-eight, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this thirteenth day of February 2012.

*William K. Suter*
Clerk of the Supreme Court
of the United States

By *[signature]*

Assistant Admissions Officer