# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership doing business as Verizon Wireless,<br><br>     Plaintiff,<br><br>vs.<br><br>Jason Hope, et al.,<br><br>     Defendants. | No. CV11-0432 PHX DGC<br><br>**ORDER** |

The parties have filed a joint request to vacate hearing set for March 14 at 2:00 p.m. (Doc. 293). In the joint request, the parties advise the Court that this case has settled.

**IT IS ORDERED:**

1. That this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2. The joint request to vacate hearing (Doc. 293) is **granted**.

3. Vacating any pending hearings.

4. Denying all pending motions as moot.

5. Directing the Clerk of the Court to **terminate** this matter on **April 16, 2012** without further leave of Court.

Dated this 14th day of March, 2012.

_____
David G. Campbell
United States District Judge