# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cellco Partnership doing business as Verizon Wireless,<br><br>  Plaintiff,<br><br>vs.<br><br>Jason Hope, et al.,<br><br>  Defendants. | No. CV11-0432 PHX DGC<br><br>**ORDER** |

The Court has received the parties' stipulation to postpone dismissal (Doc. 296).

**IT IS ORDERED** that this case will be terminated by the Clerk without further order of the Court on **April 25, 2012**. **The parties are advised that absent extraordinary circumstances, the Court is not inclined to grant further extensions to this deadline.**

Dated this 9th day of April, 2012.

_____
David G. Campbell
United States District Judge